UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF ST. PETERSBURG, FLORIDA,

    Plaintiff,

v.                                        CASE NO: 8:10-cv-693-T-26TBM

WACHOVIA BANK, NATIONAL
ASSOCIATION, et al.,

    Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that the Joint Motion for Reconsideration and/or Modification of the Case Management and Scheduling Order (Dkt. 39) is granted.  The following amended case management scheduling order shall govern the future course of this case:

    1) Third party joinder/amending of pleadings - February 4, 2011.

    2) Fact discovery cut-off - May 27, 2011.

    3) Plaintiff's expert disclosure - June 27, 2011.

    4) Defendant's expert disclosure - July 27, 2011.

    5) Expert discovery cut-off - August 26, 2011.

    6) Dispositive motion filing deadline - September 26, 2011.

    7) Pretrial statement due - to be determined by United States Magistrate Judge Thomas B. McCoun, III.

8) Pretrial conference - to be determined by United States Magistrate Judge Thomas B. McCoun, III.

9) Trial - January 2012 trial month.

**DONE AND ORDERED** at Tampa, Florida, on August 30, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record