UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF ST. PETERSBURG, FLORIDA,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

        Defendant.

**Case No. 8:10-cv-693-T-26TBM**

## PLAINTIFF'S INITIAL RESPONSE TO DEFENDANTS' MOTION TO CONTINUE TRIAL DATE AND FOR LEAVE TO DISCLOSE NEW EXPERT

Plaintiff, the City of St. Petersburg, FL (the "City"), hereby provides the following initial response to Defendant's Motion to Continue the Trial Date and for Leave to Disclose New Expert:

1.     Other than what is stated by counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in its Motion to Continue and for Leave to Disclose New Expert ("Motion to Continue"), the City has no further information as to the circumstances giving rise to Dr. Peavy's unavailability, and counsel for the City has had limited time to confer with its client to consider what, if any, options may be available to minimize the prejudice that will result to the City should Wells Fargo be allowed to designate a third expert witness in this matter.  Accordingly, the City is unable to take a position on Wells Fargo's Motion to Continue at this time, and the City respectfully requests that the Court take no action on the Motion until further information is made available to counsel for the City and the City has had an opportunity to provide a considered response.

2.      In particular, while respectful of Dr. Peavy's privacy and mindful of his condition, counsel for the City believes that it would be helpful to know, at least, the general nature of the health condition impacting Dr. Peavy and whether he and counsel for Wells Fargo were aware that he may have a health problem prior to his recent hospitalization.  In addition, it would also be helpful to know whether any of the employees of Analysis Group, Inc., the consulting firm that worked with Dr. Peavy in connection with the preparation of his expert report, can substitute for Dr. Peavy as an expert in this matter.

3.      Counsel for the City will undertake to work cooperatively with counsel for Wells Fargo on an expedited basis to obtain this information in a manner that is respectful of Dr. Peavy's privacy and his present condition.

4.      Once such information is obtained, counsel for the City will promptly either consent to the Motion or file a response.  Until such time as the City is able to file a considered response, the City respectfully requests that the Court take no action on the present Motion.

5.      In addition, the City notes that Wells Fargo's Motion to Continue requests that it be permitted to designate "another expert or experts", suggesting that it may designate more than one additional expert.  (*See* Def.'s Mot. ¶ 4 (emphasis added).)  The City believes that such a request is inappropriate.

6.       Moreover, Wells Fargo's Motion to Continue does not address any proposed deadlines for it to designate a new expert, provide an expert report, or make the expert available to be deposed. While the parties will likely be able to cooperate in jointly proposing such deadlines to the Court, the City believes that if a continuance were to be allowed, such interim scheduling issues should be addressed in any such order.

WHEREFORE, the City of St. Petersburg, FL respectfully requests that the Court refrain from taking any action on Defendants' Motion to Continue until such time as Wells Fargo is able to provide the City with the information requested in Paragraph No. 2 above and the City is able to submit a substantive response to the Motion to Continue.

This the 26th day of October, 2011.

CITY OF ST. PETERSBURG, FLORIDA

By its attorneys,

SMITH MOORE LEATHERWOOD LLP

*/s/ Robert R. Marcus*
Robert R. Marcus
N.C. State Bar No. 20041
C. Bailey King, Jr.
N.C. State Bar No. 34043
525 N. Tryon Street, Suite 1400
Charlotte, NC  28202
Telephone: 704.384.2600
Facsimile: 704.384.2800
rob.marcus@smithmoorelaw.com
bailey.king@smithmoorelaw.com

Matthew Nis Leerberg
N.C. State Bar No. 35406
P.O. Box 27525
Raleigh, NC  27611
Telephone: 919-755-8700
Facsimile: 919-755-8800
matt.leerberg@smithmoorelaw.com

JOHN C. WOLFE, CITY ATTORNEY

Jacqueline Kovilaritch
Assistant City Attorney
P.O. Box 2842
St. Petersburg, FL 33731
Telephone:  (727) 893-7401
Facsimile:  (727) 892-5262
FBN:  380570
Jacqueline.Kovilaritch@stpete.org

*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **PLAINTIFF'S INITIAL RESPONSE TO DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE AND FOR LEAVE TO DISCLOSE NEW EXPERT** was filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  I further certify that the foregoing was served on the following counsel for Defendants via e-mail:

Mary J. Hackett
Jack Cobetto
K. Isaac deVyver
George Linge
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222

Samuel J. Salario, Jr.
Kevin P. McCoy
CARTLON FIELDS, P.A.
4221 W. Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736

This the 26th day of October, 2011.

*/s/ C. Bailey King, Jr.*
C. Bailey King, Jr.
*Attorney for Plaintiff*