# Exhibit B

CONFIDENTIAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

-------------------------------------------------------x

CITY OF ST. PETERSBURG, FLORIDA    :      Case 8:10-cv-693-T-26TBM
                                 :

          Plaintiff,    :
                                 :

   vs.    :

WELLS FARGO BANK, N.A.,    :
                                 :

          Defendant.    :
-------------------------------------------------------x

## EXPERT REPORT OF ROBERT GLENN HUBBARD

### CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL

I.   INTRODUCTION ................................................................ 3

   A.   QUALIFICATIONS ................................................................ 3
   B.   ASSIGNMENT ................................................................ 4
   C.   DATA AND INFORMATION CONSIDERED ................................................................ 6
   D.   SUMMARY OF CONCLUSIONS ................................................................ 6

II.   RESEARCH APPROACH AND METHODOLOGY ................................................................ 8

III.   BACKGROUND ................................................................ 11

IV.   THE MARKET PRICES OF LEHMAN'S DEBT, EQUITY, AND CREDIT
     DEFAULT SWAPS DID NOT INDICATE THAT BANKRUPTCY WAS
     REASONABLY FORESEEABLE ................................................................ 13

   A.   LEHMAN'S BOND PRICES DID NOT INDICATE A BANKRUPTCY FILING WAS REASONABLY
      FORESEEABLE ................................................................ 13
   B.   ANALYSIS OF LEHMAN'S STOCK PRICE AND MARKET CAPITALIZATION DID NOT INDICATE
      BANKRUPTCY WAS REASONABLY FORESEEABLE ................................................................ 17
   C.   LEHMAN'S CREDIT DEFAULT SWAP SPREADS DID NOT INDICATE BANKRUPTCY WAS
      REASONABLY FORESEEABLE ................................................................ 20

V.   SOPHISTICATED MARKET PARTICIPANTS AND ANALYSTS DID NOT
     REASONABLY FORESEE LEHMAN'S BANKRUPTCY ................................................................ 25

   A.   CREDIT RATINGS AND CREDIT AGENCIES' COMMENTARY DID NOT INDICATE LEHMAN'S
      BANKRUPTCY FILING WAS REASONABLY FORESEEABLE ................................................................ 25
   B.   EQUITY ANALYSTS' COVERAGE AND RECOMMENDATIONS DID NOT INDICATE A
      BANKRUPTCY FILING WAS REASONABLY FORESEEABLE ................................................................ 31

VI.   OTHER MARKET EVIDENCE INDICATES THAT LEHMAN'S BANKRUPTCY
     WAS NOT REASONABLY FORESEEABLE ................................................................ 35

   A.   LEHMAN'S BANKRUPTCY WAS NOT REASONABLY FORESEEABLE EVEN IN THE FINAL
      WEEKS BEFORE LEHMAN'S COLLAPSE BECAUSE OTHER ACTIONS COULD HAVE
      PREVENTED BANKRUPTCY ................................................................ 35
   B.   OTHER SOPHISTICATED MARKET INVESTORS HELD LEHMAN SECURITIES AT THE TIME OF
      BANKRUPTCY ................................................................ 40

VII.   LEHMAN'S COLLAPSE IS CONSISTENT WITH THE "RUN ON THE BANK"
     PHENOMENON ................................................................ 43

CONFIDENTIAL

VIII.    THE FREED REPORT MISCHARACTERIZES THE EVIDENCE ON LEHMAN,
         DRAWING THE ERRONEOUS CONCLUSION THAT THERE WERE
         UNMISTAKABLE WARNINGS IN THE MARKET................................................. 46

    A.   THE FREED REPORT'S FINANCIAL HISTORY OF LEHMAN IS NOT SUPPORTED BY MARKET
         PRICES .............................................................................................................. 46

    B.   THE SELECTION BIAS IN THE ARTICLES CITED IN THE FREED REPORT UNDERMINES ITS
         CONCLUSIONS .................................................................................................... 47

    C.   THE FREED REPORT'S FINANCIAL HISTORY OF LEHMAN MISCHARACTERIZES QUOTATIONS
         FROM NEWS ARTICLES AND ANALYSTS' REPORTS ............................................. 51

CONFIDENTIAL

## I.  Introduction

### A.  Qualifications

1.  My name is Robert Glenn Hubbard.  I am the Dean of the Graduate School of Business of Columbia University, where I hold the Russell L. Carson Professorship in Finance and Economics.  In addition, I am a Professor of Economics in the Department of Economics of the Faculty of Arts and Sciences. At the National Bureau of Economic Research, I am a Research Associate in programs on corporate finance, public economics, industrial organization, monetary economics, and economic fluctuations and growth.  I have taught undergraduate and graduate courses in economics for 27 years, including *Principles of Economics, Intermediate Microeconomics, Intermediate Macroeconomics, Quantitative Methods in Policy Analysis, Entrepreneurial Finance, Future of Financial Services, Public Finance, and Money and Financial Markets*.  I am a director of ADP, Inc.; BlackRock Closed-End Funds; KKR Financial Corporation; and Met Life.

2.  From 2001 to 2003, I served as Chairman of the President's Council of Economic Advisers.  Over that time period, I also served as Chair of the Economic Policy Committee for the Organization for Economic Co-operation and Development in Paris.  Prior to joining the Columbia faculty as Professor of Economics and Finance in 1988, I taught in the Department of Economics at Northwestern University.  I have also served as Visiting Professor of Business Administration at Harvard Business School, John M. Olin Visiting Professor at the University of Chicago, Visiting Professor and Research Fellow of the Energy and Environmental Policy Center at the John F. Kennedy School of Government, and John M. Olin Fellow at the National Bureau of Economic Research.  I hold A.M. and Ph.D. degrees in economics from Harvard University, and B.A. and B.S. degrees in economics from the University of Central Florida, *summa cum laude*.

CONFIDENTIAL

3. As an economist, I have examined the evolution and behavior of a wide range of firms and industries, and I have published a variety of peer-reviewed empirical studies of market structure and firm behavior. I have authored more than 100 publications, edited a number of books, and authored a leading textbook on money and financial markets and a textbook on principles of economics.

4. I have been an advisor or consultant to the Board of Governors of the Federal Reserve System, Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue Service, International Trade Commission, National Science Foundation, U.S. Department of Energy, and U.S. Department of the Treasury. From 1991 to 1993, I served as Deputy Assistant Secretary (Tax Analysis) of the U.S. Department of the Treasury, where I was responsible for economic analysis of tax policy, the administration's revenue estimates, and health care policy issues. My *curriculum vitae*, which is attached as Appendix A, provides more biographical details and lists my writings. Appendix B lists my testimony in the past four years.

5. I am being compensated at an hourly rate of $1,200 for time spent on this matter. Employees of Analysis Group, Inc., an economic research and consulting firm, working under my direction and supervision, have assisted me in this assignment. In addition, I receive compensation based on the professional fees of Analysis Group. None of my compensation is contingent upon my findings or on the outcome of this litigation.

### B. Assignment

6. I have been retained by Reed Smith LLP, Counsel for Defendants, Wells Fargo Bank, N.A., ("Defendants" or "Wachovia"), in conjunction with the case caption referenced above.

7. In its complaint, the City of St. Petersburg ("Plaintiff" or "St. Petersburg") alleges that Defendants inappropriately invested and held cash collateral through the Bank's securities lending program in "risky" Lehman Brothers Holdings Inc.

4

CONFIDENTIAL

("Lehman") securities.[1] I have been asked by Counsel for Defendants to review and comment on the arguments and opinions advanced in the Expert Report of Laurence T. Freed submitted on behalf of the Plaintiff.[2] My focus on certain specific arguments and opinions in the Freed Report in no way implies that I agree with the other arguments and opinions expressed in the report. The Freed Report argues, among other things, that:

- "In the year prior to the Lehman bankruptcy, there were unmistakable warning in the market place and the financial press that Lehman Brothers was facing severe and critical problems."[3]

- "[T]he fate of Lehman had been foreshadowed by numerous events including the collapse of the Bear Stearns hedge funds…, the implosion of the Structured Investment Vehicle… and Asset Backed Commercial Paper… markets…, and the failure of Bear Stearns…"[4]

8.    Specifically, I have been asked by Counsel for Defendants to address these arguments and assess whether the bankruptcy filing of Lehman on September 15, 2008 was reasonably foreseeable between July 1, 2007 and September 12, 2008.[5]

---

[1]    Complaint, ¶¶ 49 and 77.

[2]    Written Report of Laurence Freed, July 27, 2011 (the "Freed Report"), in the Litigation City of St. Petersburg, Florida v. Wells Fargo Bank, National Association.

[3]    Freed Report, p. 7.

[4]    Freed Report, p. 7.

[5]    From an economic perspective, examining whether Lehman's bankruptcy was reasonably foreseeable is equivalent to examining whether Lehman's default on the at-issue senior unsecured note was reasonably foreseeable. For Lehman, a bankruptcy event necessarily implies a default event of the at-issue senior unsecured note, because a bankruptcy process curtails payments made by Lehman. Similarly, a default event on Lehman's at-issue senior unsecured note also implies a bankruptcy event since a default on the at-issue senior unsecured note will trigger a bankruptcy filing. Because these concepts are equivalent, I equate the risks of defaulting on the at-issue note with the risks of filing for bankruptcy. The Plaintiff acknowledge: "Because the Lehman bonds were corporate bonds, the risk that Lehman would default on those bonds was directly related to the financial health of Lehman Brothers itself." See Complaint ¶50.

CONFIDENTIAL

I hold all of my opinions as provided in this Report, and as may be expressed at trial, to a reasonable degree of professional certainty.

### C.    Data and Information Considered

9.    In preparing this Report, I relied upon my education and experience in the areas of finance, economics, and investments; publicly available information, such as equity analyst research reports, Securities and Exchange Commission ("SEC") filings, credit agency reports, and data from Bloomberg, Capital IQ, and the Center for Research in Security Prices ("CRSP"); and other materials.  Appendix C lists documents that I have reviewed in connection with this matter.

### D.    Summary of Conclusions

10.    Based upon the analyses I have performed and my review of pertinent materials, I disagree with the Freed Report's contention that the Lehman collapse was "foreshadowed" and that there were "unmistakable warnings" in the marketplace.[6]  In fact, the market evidence indicates the Lehman bankruptcy was not reasonably foreseeable.   I conclude that Lehman's bankruptcy was not reasonably foreseeable for the following reasons:

- Lehman's bond prices generally traded above 90 cents on the dollar, and most of the time above 95 cents on the dollar, until the week preceding its Chapter 11 filing on September 15, 2008.  Similarly, the Lehman at-issue note traded above 95 cents on the dollar until the week preceding Lehman's Chapter 11 filing on September 15, 2008.  Lehman's bond prices and changes in bond prices were inconsistent with investors' expectations of other firms near bankruptcy.

- Lehman's stock price performance was consistent with that of its peers; it did not decline precipitously until the last seven days preceding the firm's

---

[6]    Freed Report, p. 7.

CONFIDENTIAL

Chapter 11 filing. Lehman's stock price performance was not consistent with a pending bankruptcy filing.

- Until one week before bankruptcy, one-year and five-year credit default swap spreads for Lehman followed a pattern similar to the one-year and five-year credit default swap spreads of relevant comparable firms that did not file for bankruptcy. Furthermore, Lehman's one-year and five-year credit default swap spread pattern was different from the pattern exhibited by firms that did file for bankruptcy.

- Credit rating agencies gave investment grade credit ratings to Lehman throughout 2007 and until the day Lehman filed for bankruptcy, indicating a very low expected probability of default. Firms with the ratings assigned to Lehman experienced historical two-year default rates of 0.2 percent or lower.

- Equity analysts overwhelmingly recommended either buying or holding Lehman's stock over the entire period from June 1, 2007 through September 12, 2008.

- Following the government-assisted acquisition of Bear Stearns in March 2008, many market participants believed the Federal Reserve would also provide financial support to Lehman before it failed.

- Despite the economic environment and the increased risk of securities issued by financial institutions, many sophisticated investors with conservative investment mandates continued to hold Lehman securities through 2008 and up to its bankruptcy.

- The collapse of Lehman on September 15, 2008 is consistent with a classic run on the bank, which is not reasonably foreseeable.

11. Moreover, examination of the evidence that the Freed Report puts forward to support its conclusion is contradicted by market indicators. Despite arguing that "useful information about the credit quality of the issuer includes more than credit ratings—there are also the issuer's stock price, its credit spreads and its earnings announcements, among other data," the Freed Report ignored much of this

CONFIDENTIAL

information in its assessment of Lehman.   As I show below, these market indicators show that Lehman's bankruptcy filing was not reasonably foreseeable.

12.   Finally, the Freed Report's "summary narrative of the financial history of Lehman" is a biased selection of news articles and analysts' reports.[7]   Many of his excerpts and quotations are misleading and overstate market participants' concerns about Lehman. Not only is his analysis refuted by other news articles and analysts' reports, it is contradicted by many market indicators such as Lehman's bond prices.

13.   My opinions, and the bases for my opinions, are given in this Report and the attached exhibits.  I am prepared to testify at trial on the topics referenced in this Report.  I am also prepared to provide any additional relevant background.  I reserve the right to make any necessary corrections and additions to my Report, and to modify my opinions should any new or additional evidence become available.

14.   My Report is organized as follows.  Section II describes my research approach and methodology.  Section III provides a brief background on Lehman.  Section IV analyzes the market consensus regarding Lehman securities.   Section V evaluates Lehman's viability expectations of sophisticated market participants, that is, credit rating agencies and equity analysts.  Section VI examines other sophisticated market participants that held Lehman securities at the time of its bankruptcy.  Section VII describes how Lehman's collapse was consistent with the run on the bank phenomenon.  Finally, Section VIII addresses arguments made by Laurence Freed in Plaintiffs' expert report.

## II.    Research Approach and Methodology

15.   I examine the foreseeability of Lehman's bankruptcy by analyzing information typically used by market participants and economists to evaluate financial risk.

---

[7]      Freed Report, p. 7.

CONFIDENTIAL

Importantly, my analysis is based on the interpretation of information available to market participants at the time. The use of hindsight to assess the foreseeability of Lehman's bankruptcy filing introduces biases into the analysis that would increase the likelihood of an incorrect conclusion. For example, an article in *The Wall Street Journal* on September 16, 2008 (the day after Lehman's bankruptcy filing) stated: "Before Sunday, not even most people on Wall Street really believed that Lehman would go bust... But by Monday morning, everyone's beliefs had already been retroactively revised; suddenly, Lehman's bankruptcy had been 'inevitable.' Psychologists call this hindsight bias – the uncanny feeling that 'I knew it all along.'"[8]

16.   In my analysis, I rely primarily on market prices and market indicators, as this information incorporates the general sentiment of the market. Furthermore, prices are the acid test of market sentiment because they reflect the economic equilibrium of buyers and sellers rather than mere opinions. The market indicators I use include Lehman bond prices, Lehman stock prices, and the spreads on Lehman's credit default swaps. The Freed Report concurs in the use of these measures: "...useful information about the credit quality of the issuer includes more than credit ratings – there are also the issuer's stock price, its credit spreads and its earnings announcement, among other data..."[9] These market-based metrics, as a whole, provide a strong indication of the collective judgment of the many buyers and sellers that constitute the market. Because of the financial incentives involved, market participants have strong motives to be as accurate as possible. As I will show, these market indicators support my conclusion that Lehman's bankruptcy was not reasonably foreseeable.

17.   I supplement this analysis of market indicators and financial metrics with qualitative information provided by market participants such as equity analysts,

---

[8]   Zweig, J., "How to Handle a Market Gone Mad," *The Wall Street Journal*, September 16, 2008, available at http://online.wsj.com/article/SB122152121190739301.html, viewed on July 13, 2011.

[9]   Freed Report, p. 5.

9

CONFIDENTIAL

credit rating agencies and analysts, and other market commentators. The ratings and the commentary from the credit rating agencies are the result of in-depth analyses of publicly available and non-public information. Credit ratings were at all relevant times—and still are—widely used by investors, regulators, and other market participants to assess the risk of default. Equity analysts gather and analyze information about companies and their financial prospects.

18.    Throughout the Report, I compare Lehman's performance to two sets of comparable groups. The first set consists of other large companies that filed for bankruptcy between January 1, 2007 and December 31, 2009, where I define large as companies with more than $1 billion in assets.[10,11] I further divide this group into two subcategories, "banking and financial companies" and "companies in other industries."[12] The second set consists of peer financial companies that did not file for bankruptcy.[13] I define peer financial companies as all other standalone U.S. investment banks and financial institutions with more than $100 billion in assets.[14]

---

[10]    Companies with more than $1 billion in assets that filed for bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com.

[11]    A cut-off of $1 billion is chosen to focus on large firms that would be more comparable to Lehman, which had $600 billion in assets at the time of its bankruptcy according to Lehman's Form 8-K, filed September 10, 2008, p. 19. As a robustness check, I estimate results with different cut-off points. For example, I examine companies with at least $10 billion, $50 billion, or $100 billion in assets. None of these alternative analyses yield meaningfully different results.

[12]    Although Lehman is more similar to banking and financial companies than to companies in other business sectors, I still compare Lehman to this second group as a robustness check to my analysis.

[13]    All but one of the peer financial companies retained investment-grade ratings throughout the analyzed time period. Furthermore, all of these companies continued to pay their obligations as the obligations became due. See Capital IQ. Investment grade indicates a rating of AAA to BBB. Downes, J., and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 356.

[14]    Banking and financial institutions are identified by Capital IQ. This set of banking and financial institutions is limited to firms that: (1) have $100 billion or more in assets as of June 30, 2007; (2) are headquartered in the United States; (3) are not a government organization or a government sponsored enterprise; and (4) did not file for bankruptcy. National City Corp. and Wachovia Corp. are included as comparable financial institutions, as these companies had not been acquired as of September 15, 2008. Additionally, in certain parts of my analysis (bond price and CDS spread analysis), I replace General Electric and Ford Motor Co. with their financial subsidiaries,

CONFIDENTIAL

19. In this report, I analyze the sentiment of the collective market, focusing on market participants' beliefs and expectations, as exemplified by their actions and prices. The sentiments of a few select individual investors are not representative of the belief of the majority of investors at the time. I am aware, for example, that certain investors, such as hedge fund manager David Einhorn, raised concerns about Lehman's viability during late 2007 and early 2008, but these concerns were by no means shared by most market participants.[15] Even as these investors questioned Lehman's viability, other investors—through their statements *and* actions—indicated that Lehman was a viable investment. While one can agree today that Mr. Einhorn's concerns about Lehman's viability were not unfounded, it is only with the benefit of hindsight that one can make this assessment.[16]

## III. Background

20. Lehman was a global financial services company that provided services in equity and fixed income sales, trading and research, investment banking, asset management, private investment management, and private equity.[17] Lehman was founded in 1850 and was headquartered in New York with regional headquarters in London and Tokyo.[18] As of May 31, 2008, Lehman had $639 billion in assets

---

General Electric Capital Corp. and Ford Motor Credit Company LLC, respectively, in order to account for the nonfinancial business component of these firms. Finally, as a robustness check, I estimate results without making the additional adjustments (that is, I perform the analysis on the companies initially identified by Capital IQ using the four selection criteria specified above). This alternative analysis did not yield meaningfully different results.

[15] See, for example, Giannone, J.A., "Greenlight Sees More Lehman Write-Downs," Reuters, December 10, 2007; "Top Value Investors to Address 2008 Value Investing Congress West in Los Angeles This May," Business Wire, March 23, 2008; and Wilchins, D., "Lehman Should Raise More Capital: Einhorn," Reuters, May 22, 2008.

[16] Furthermore, Mr. Einhorn was short-selling Lehman stock at least since early 2008. See, for example, Trincal, E., "Greenlight's Einhorn Shorting Lehman," *HedgeWorld News*, May 22, 2008; "Top Value Investors to Address 2008 Value Investing Congress West in Los Angeles This May," *Business Wire*, March 23, 2008.

[17] Lehman Brothers Holdings Inc., Form 10-K for the fiscal year ended November 30, 2007, p. 3.

[18] Lehman Brothers Holdings Inc., Form 10-K for the fiscal year ended November 30, 2007, p. 3.

CONFIDENTIAL

and a market capitalization of $20 billion.[19],[20]

21.    Lehman filed for bankruptcy on the morning of Monday, September 15, 2008. At
       the time of its bankruptcy, Lehman was the fourth largest investment bank in the
       United States and employed over 25,000 people worldwide.[21] Lehman's
       bankruptcy was—and still is—the largest bankruptcy in U.S. history.[22] According
       to BankruptcyData.com, Lehman's assets at the time of bankruptcy were roughly
       $690 billion. Lehman had more than six times the assets of WorldCom, which
       was the largest bankruptcy in U.S. history prior to Lehman's collapse. Lehman
       also had approximately two times the assets of Washington Mutual, which filed
       for bankruptcy shortly after Lehman, making it the second largest bankruptcy in
       U.S. history after Lehman.[23]

22.    On September 15, 2008, general market indices suffered large negative
       movements in response to Lehman's bankruptcy filing.  The S&P 500 lost almost
       4.7 percent, dropping to levels not seen since 2005.  Similarly, the Dow Jones
       Industrial Average ("Dow") and the NASDAQ Composite ("NASDAQ") fell 4.4
       and 3.6 percent, respectively.[24]

---

[19]    Lehman Brothers Holdings Inc., Form 10-Q for the quarter ended May 31, 2008, p. 5.

[20]    Lehman's market capitalization peaked on February 2, 2007 at $44.4 billion. Bloomberg L.P.

[21]    "Lehman Bros Files for Bankruptcy," BBC News, September 16, 2008, available at
        http://newsvote.bbc.co.uk/mpapps/pagetools/print/news.bbc.co.uk/2/hi/business/7615931.stm,
        viewed on July 13, 2011.

[22]    "Lehman Brothers filed the largest bankruptcy case in history on Monday, Sept. 15, as the storied
        investment bank fell prey to the credit crisis." ("Top 10 Bankruptcies," *Time,* available at
        http://www.time.com/time/specials/packages/article/0,28804,1841334_1841431,00 html, viewed
        on July 13, 2011.) See also "20 Largest Public Company Bankruptcy Filings 1980 – Present,"
        BankruptcyData.com, available at http://www.bankruptcydata.com/Research/Largest_Overall_
        All-Time.pdf, viewed on July 13, 2011.

[23]    WorldCom had $104 billion in assets prior to filing for bankruptcy on July 21, 2002.  Washington
        Mutual, Inc had $328 billion in assets prior to filing for bankruptcy on September 26, 2008.  ("Top
        10 Bankruptcies," *Time,* available at http://www.time.com/time/specials/packages/article/
        0,28804,1841334_1841431,00 html, viewed on July 13, 2011.)  See also "20 Largest Public
        Company Bankruptcy Filings 1980 – Present," BankruptcyData.com, available at
        http://www.bankruptcydata.com/Research/Largest_Overall_All-Time.pdf, viewed on July 13,
        2011.

[24]    Bloomberg L.P.

CONFIDENTIAL

IV.     **The Market Prices of Lehman's Debt, Equity, and Credit Default Swaps Did Not Indicate that Bankruptcy Was Reasonably Foreseeable**

23.     In this section, I examine the prices of Lehman securities (bonds and equity).  In an efficient market, rational investors incorporate publicly available information regarding the prospects of the firm into the prices at which they transact.  More specifically, debt prices incorporate market participants' beliefs about the issuer's ability to repay its obligation.  Furthermore, in an efficient market, the price of a stock incorporates all available public information regarding the prospects of the firm.  Thus, if bankruptcy were reasonably foreseeable, this information would be reflected in the security prices of Lehman's debt and equity.  Other instruments, such as credit default swaps, also incorporate market sentiment regarding the likelihood of default.

A.     **Lehman's Bond Prices Did Not Indicate a Bankruptcy Filing Was Reasonably Foreseeable**

24.     The bond price represents the present value of expected future cash payments of its coupons and principal, discounted at an appropriate risk-adjusted rate of return.[25]  All else being equal, if the probability of a company's bankruptcy increases, the prices of its bonds decline.  Usually, after a company defaults on its debt or files for bankruptcy, its bonds trade, on average, for 30 to 40 cents on the dollar, depending on the seniority of the bond.[26]  If bankruptcy is foreseeable or expected by investors, the prices of a company's bonds should trade in this range, as investors will have incorporated the expectation of bankruptcy into the bond

---

[25]     Brealey, R., Myers, S., and Allen, F., *Principles of Corporate Finance*, Tenth Edition, McGraw-Hill/Irwin, 2010, pp. 46-47.

[26]     "Corporate Default and Recovery Rates, 1920-2008," Moody's Investors Service, February 2009, p. 7. Seniority refers to the order in which debt is paid in bankruptcy; holders of more senior debt are generally repaid out of available assets before the holders of less senior debt receive any payment. Thus, all else equal, purchasers are generally willing to pay more for a bond with higher seniority. In particular, I note that, according to Moody's, senior unsecured claims have a post-default price of 36.4 cents per dollar for bankruptcies filed between 1982 through 2008.

CONFIDENTIAL

price.

25. To analyze the market's assessment of Lehman's ability to repay its debt, I examine the prices of Lehman's outstanding publicly traded bonds in the year preceding its Chapter 11 filing. Exhibit 1 enumerates the 25 largest outstanding issuances of Lehman's debt ("Lehman bonds") when Lehman filed for Chapter 11 bankruptcy protection on September 15, 2008. These bonds represented approximately 30 percent of Lehman's total outstanding long-term debt. In addition to these 25 bonds, I also conduct my analysis on the Lehman note held in Plaintiff's securities lending portfolio (the "at-issue note").[27]

26. Because bond prices may differ due to their priority in bankruptcy, I examine the bond prices by their seniority. All else equal, more senior claims tend to trade at higher prices because they tend to recover more in the event of a default. Exhibit 3 shows weighted-average aggregate prices for Lehman's bonds from Exhibit 1, with available pricing data, segregated by their seniority—senior unsecured claims or subordinated claims. As demonstrated in this exhibit, even the subordinated Lehman bonds traded around 85 cents on the dollar one week prior to the bankruptcy filing.[28] In fact, for the majority of the time prior to the week before bankruptcy, the senior unsecured bonds traded above 90 cents on the dollar, and, on average, traded close to 80 cents on the dollar for the two trading days prior to Lehman's bankruptcy filing. These high prices for the Lehman securities (compared to the average of 30 to 40 cents for companies that file for bankruptcy) indicate that bond investors did not expect the bankruptcy filing on

---

[27]  Historical transaction prices for the Lehman at-issue note are not available from commonly used market data sources (for example, Bloomberg and Capital IQ). Therefore, I use market prices available in TRACE for notes comparable to the at-issue note in order to build a price series for this note. See Exhibit 2 for details on the comparable notes.

[28]  In this analysis, I use prices from Trade Reporting and Compliance Engine ("TRACE") which reflect actual transaction prices for the bonds. TRACE is the vehicle developed by the Financial Industry Regulatory Authority, Inc. ("FINRA") that "facilitates the mandatory reporting of over the counter secondary market transactions in eligible fixed income securities. All broker/dealers who are FINRA member firms have an obligation to report transactions in corporate bonds to TRACE under an SEC approved set of rules." See http://www.finra.org/Industry/Compliance/ MarketTransparency/TRACE/, viewed on July 13, 2011.

CONFIDENTIAL

September 15, 2008.

27.     I repeat the analysis for the Lehman at-issue note.  In aggregate, prices for this note also traded for more than 90 cents for almost the entire time period leading up to the bankruptcy filing.  In fact, the closing price for the Lehman at-issue note, as imputed by my calculation, was 82.44 cents on September 12, 2008, the last trading day before the bankruptcy filing.[29]  The fact that Lehman's bonds traded at prices substantially higher than 30 to 40 cents, during the preceding year *and* immediately prior to the bankruptcy filing, indicates that investors did not anticipate the bankruptcy filing.

28.     Closer examination of the decline in Lehman bond prices during 2008 suggests the price decline was due, at least in part, to factors affecting the entire financial industry, rather than idiosyncratic issues only affecting Lehman. In Exhibit 4, I compare Lehman's bond prices to the bond prices of comparable financial institutions in the year prior to Lehman's bankruptcy filing.  Lehman's bond prices fell, on average, around seven percent between one year preceding its bankruptcy filing and 10 days prior to the filing.  Likewise, bond prices for comparable financial companies fell, on average, around five percent over the same time frame.  Furthermore, the price of the Lehman at-issue note decreased less than one percent for the same time period.  Market and industry-wide factors depressed bond prices down during this time frame, so an imminent collapse of Lehman and not of its competitors seemed rather unlikely.

29.     I also examine the rate at which Lehman's bond prices declined and find the decline in Lehman's bond prices was atypical of firms that filed for bankruptcy.  To conduct this analysis, I benchmark Lehman's bond prices against the bond prices of firms that filed for bankruptcy.  I create two comparison groups.  The first group consists of banking and financial companies who filed for bankruptcy between January 1, 2007 and December 31, 2009, and had more than $1 billion in

---

[29]     According to Interactive Data ("IDC"), the price of the Lehman at-issue note on that same day was 98.7 cents.

CONFIDENTIAL

assets. Exhibit 5 shows the bond prices of these comparable institutions in the year preceding their bankruptcy filings. As shown in the exhibit, Lehman's largest bond issues declined, on average, close to 7 percent between one year preceding its bankruptcy filing and 10 days prior to its bankruptcy filing. On the other hand, bond values for banking and financial companies that filed for bankruptcy decreased, on average, close to 35 percent during the same measurement period.[30] The Lehman at-issue note also did not follow the same pattern as financial firms that filed for bankruptcy; this note decreased less than one percent during the same measurement period. Furthermore, the Lehman at-issue note decreased less than 16 percent between one year prior to bankruptcy and the second to last trading day before the bankruptcy filing.

30. The second comparison group includes companies in other industries that filed for bankruptcy between January 1, 2007 and December 31, 2009 and had more than $1 billion in assets. Exhibit 6 shows that the evolution of Lehman's bond prices over the year prior to Lehman's bankruptcy filing was not consistent with the pattern exhibited by the bond prices of companies in other industries in the year preceding their bankruptcy filings.[31] For example, as mentioned before, Lehman's largest bond issues declined, on average, close to 7 percent during the time period beginning one year preceding its bankruptcy filing and ending ten days prior to its bankruptcy filing. Similarly, bond values for companies in other industries that filed for bankruptcy decreased, on average, more than 75 percent during the same measurement period relative to their bankruptcies.

31. Additionally, Lehman was able to raise almost $28 billion in debt during the July

---

[30]   Mean and median values in Exhibit 5 are overstated because of CIT Group's bankruptcy agreement. "Under the bankruptcy plan approved by bondholders, creditors will end up owning the company. Most bondholders will also end up with new CIT debt worth about 70 percent of the face value of their old debt." (Wilchins, D., and Comlay, E., "CIT Group Files for Prepackaged Bankruptcy," Reuters, November 1, 2009, available at http://www.reuters.com/assets/print?aid= USTRE5A01NX20091101, viewed on July 13, 2011.)

[31]   As a robustness check, I analyzed the impact that differences in maturity, coupon type, changes in interest rates, seniority, and recovery rates had in my analysis. I find that accounting for these factors only provides additional support for my conclusions.

CONFIDENTIAL

1, 2007 to September 15, 2008 time period. As shown in Exhibit 7, Lehman was able to issue over $2.6 billion in the last calendar quarter of 2007, almost $6.0 billion in the first calendar quarter of 2008, and close to $5.0 billion in the second quarter of 2008. The majority of the debt issuances were senior unsecured. All else equal, this type of debt carries more risk than secured debt, which has a dedicated set of assets pledged to pay the obligation in the event of insolvency.[32] The ability of Lehman to issue debt in 2007 and through the summer of 2008 supports the conclusion that Lehman's demise was not foreseeable.

32. The analysis of Lehman's bond prices, considered both in absolute terms and relative to those of other bankrupt firms and competitors, as well as the prices at which Lehman's bonds were trading in early September, supports my conclusion that the market did not anticipate Lehman's bankruptcy filing, and therefore that the bankruptcy was not reasonably foreseeable.

**B.    Analysis of Lehman's Stock Price and Market Capitalization Did Not Indicate Bankruptcy Was Reasonably Foreseeable**

33. In liquid, well-functioning markets, the market price of a publicly traded stock incorporates all publicly available information about a company's future prospects and risks, reflecting both industry-wide and company-specific factors.[33] This incorporation of available information is the hallmark of an efficient market.[34]    Stock prices change quickly in response to new information. Therefore, I examine the stock price of Lehman and its peers to evaluate the market's assessment of Lehman's prospects.

---

[32]    Downes, J., and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 621.

[33]    Lehman's stock traded on the New York Stock Exchange, the "largest equities marketplace in the world." (Downes, J., and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 459.) An analysis of stock prices provides useful information whether one is evaluating a company's debt or equity.

[34]    Fama, E.F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* 25:2, 1970, p. 383.

CONFIDENTIAL

34. To quantify the extent of the "surprise" of Lehman's bankruptcy, I compare changes in Lehman's market capitalization, at a number of points in the 365-day period leading up to its bankruptcy, to the changes in the market capitalization of other U.S. firms that filed for bankruptcy between January 1, 2007 and December 31, 2009.[35] I measure erosion in market capitalization relative to market capitalization 365 days prior to bankruptcy. In Exhibit 8, I compare the decline in Lehman's market capitalization to that of banking and financial companies with assets of at least $1 billion that filed for bankruptcy during the relevant period; in Exhibit 9, I compare Lehman's erosion to that of companies in other industries with assets of at least $1 billion that filed for bankruptcy during the same period. These exhibits show that Lehman's market capitalization declined at a slower rate over most of the one-year period prior to its bankruptcy than that of most of the firms that filed for bankruptcy. Exhibit 10 plots the change in Lehman's market capitalization relative to the mean and median changes in market capitalization of all firms in Exhibits 8 and 9.

35. Only ten days before its bankruptcy filing, Lehman's market capitalization was still 36.3 percent of its value one year before the filing.[36] This valuation is in contrast to the other firms in Exhibit 8, which, at ten days prior to bankruptcy, retained only 9.2 percent on average (3.8 percent median) of their market capitalization one year before their respective bankruptcies. The other firms in Exhibit 9 retained only 7.9 percent on average (3.8 percent median) of their market capitalization one year before bankruptcy. As shown in Exhibit 10, at almost every point in the year prior to bankruptcy, Lehman's market capitalization as a percentage of its market capitalization one year prior to bankruptcy remained well above the median capitalization of other firms that filed

---

[35] During the 365-day period, several of the firms in the sample, including Lehman, issued stock. This change in the number of Lehman's shares and its effect on market capitalization do not change my conclusion. U.S. firms were analyzed because Lehman was a U.S. institution, its securities were traded in U.S. markets, and because they would be subject to the same bankruptcy laws.

[36] The S&P 500 declined close to 16 percent over this time period.

CONFIDENTIAL

for bankruptcy during the relevant period. The decline in market capitalization early in the one-year period for the other firms is in sharp contrast to the precipitous decline in Lehman's market capitalization in the last ten days before it filed for bankruptcy.

36.   Furthermore, much of the decline in Lehman's market capitalization one year before filing for bankruptcy was due to factors affecting the entire financial industry, rather than idiosyncratic issues only affecting Lehman. In Exhibit 11, I compare changes in Lehman's market capitalization to changes in the market capitalizations of comparable financial institutions in the year prior to Lehman's bankruptcy filing. The change in Lehman's market capitalization 180 days before filing for bankruptcy was similar to the average change experienced by comparable financial institutions during this time frame. Furthermore, the average market capitalization of comparable financial institutions continued to decline for the remainder of the period, albeit at a different rate than Lehman's decline. Clearly, market- and industry-wide factors depressed equity prices during this time frame.

37.   Exhibit 12 lists the amounts of capital Lehman was able to raise after July 1, 2007. In particular, in June 2008, Lehman struck a deal to raise $6 billion in capital from an array of institutional investors. As part of the deal, Lehman sold $4 billion of common stock priced at $28 a share and $2 billion of preferred stock that would convert into common stock in three years.[37] Buyers included the state pension fund of New Jersey and C.V. Starr & Co., the investment fund led by Maurice Greenberg, the former head of the American International Group. Investors in the deal said they were reassured by Lehman's actions.[38] BlackRock

---

[37]   Rappaport, L., and Mollenkamp, C., "Lehman Bonds Find Stability - Executives' Ouster Sends Share Price To a Six-Year Low," *The Wall Street Journal*, June 13, 2008; and Anderson, J., and Story, L., "Lehman Posts Loss and Plans to Raise Capital," *The New York Times*, June 10, 2008, available at http://nytimes.com/2008/06/10/business/10lehman.html, viewed on July 13, 2011.

[38]   Fineman, J., and Onaran, Y., "Lehman CEO Fuld Finds What a Difference a Week Makes," Bloomberg, June 14, 2008; and Kuykendall, L., "Greenberg: Lehman 'A Great Franchise,' Now Has Enough Capital," MarketWatch, June 10, 2008.

CONFIDENTIAL

also invested in Lehman's equity offering, and stated that, "Lehman is not a Bear Stearns situation. Lehman Brothers is adequately structured in terms of avoiding a liquidity crisis."[39]

38. The ability of Lehman to access the public markets was not consistent with market participants anticipating a bankruptcy in the near future, especially because Lehman was able to raise significant amounts of capital by issuing common stock.   Common stockholders have the lowest priority claim in bankruptcy, generally receiving nothing until more senior claims are settled.[40]   In the event of bankruptcy, the common stockholders of relatively highly leveraged financial firms are more likely to receive nothing.

39. Based on my analysis of these data, I conclude that Lehman's stock price performance behaved similarly to that of its peers and that the erosion in its market capitalization was not consistent with the typical pattern exhibited by other firms that filed for bankruptcy.   In conjunction with the fact that Lehman was able to sell approximately $6 billion in common and preferred stock three months prior to its bankruptcy filing, these events support my conclusion that the market did not anticipate the bankruptcy filing, and therefore that the bankruptcy was not reasonably foreseeable.

## C.   Lehman's Credit Default Swap Spreads Did Not Indicate Bankruptcy Was Reasonably Foreseeable

40. Credit default swaps are, in effect, insurance contracts that compensate the insured party ("protection buyer") for any reduction in the value of a bond or other debt instrument that occurs when a specified issuer defaults or experiences some other defined "credit event" like a bankruptcy filing.   In exchange for

---

[39]   "BlackRock's Fink Says Lehman Not Another Bear," Reuters, June 11, 2008, available at http://uk.reuters.com/assets/print?aid=UKN1146578820080611, viewed on July 13, 2011.

[40]   Downes, J., and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 128. See also, Fabozzi, F.J., *The Handbook of Fixed Income Securities*, Seventh Edition, 2005, p. 16.

CONFIDENTIAL

receiving this insurance coverage, the protection buyer makes regular payments to the insurance provider ("protection seller") over the life of the credit default swap, which can range from one to ten years. These regular payments are known as the credit default swap premium, or spread, which represent the percentage of notional amount of a bond for which the protection buyer seeks insurance coverage.[41]

41.   In order to examine the foreseeability of Lehman's demise, I compare Lehman's one-year and five-year credit default swaps to those of companies that filed for bankruptcy between January 1, 2007 and December 31, 2009. If Lehman's bankruptcy was foreseeable one would expect to observe both a pattern and a level similar to those companies that also filed for bankruptcy. Exhibits 13 and 14 graph the credit default swap spreads of Lehman against the credit default swap spreads of other firms that filed for bankruptcy.[42] Prior to bankruptcy, the credit default swap spreads of these companies reached values substantially higher than those reached by Lehman. For example, one-year credit default swap spreads, for all firms that filed for bankruptcy but one, rose above 3,000 basis points before these firms filed for bankruptcy, with most firms reaching levels beyond 5,000 basis points. Similarly, five-year credit default swap spreads, for all firms that filed for bankruptcy but one, rose above 1,000 basis points before these firms filed for bankruptcy. The spreads surpassed 3,000 basis points for most firms. Lehman's one-year and five-year credit default swap spreads never reached these levels. Lehman's one-year credit default swap spread peaked just above 1,000 basis points only four days before filing for bankruptcy. Similarly, Lehman's five-year credit default swap spreads peaked just above 600 basis points three days before filing for bankruptcy. Both the movement and level of

---

[41]   Credit default swap spreads are quoted in basis points (hundredths of a percent). A credit default swap spread of 100 basis points, for example, requires an annual payment of $50,000 for protecting a debt issue with a face value of $5 million.

[42]   Due to data limitations, it is not possible to compare the CDS spreads for Lehman with CDS spreads for other bankrupt firms.

CONFIDENTIAL

Lehman's credit default swap spreads did not appear to indicate that bankruptcy was forthcoming. Comparing Lehman's credit default swap spreads with the spreads of other firms that filed for bankruptcy supports my conclusion that Lehman's bankruptcy filing was not reasonably foreseeable.

42.  Similarly, the absolute level of Lehman's credit default swap spreads does not imply a bankruptcy filing. For example, as shown in Exhibits 15 and 16, Bear Stearns' credit default swap spreads in March 2008 were similar to Lehman's credit default swap spreads in September 2008. Yet, Bear Stearns did not go bankrupt; instead, Bear Stearns was purchased by JPMorgan Chase, and its debt obligations were assumed by JPMorgan Chase.[43]

43.  Furthermore, I also note that movements in Lehman's credit default swap spreads are highly correlated with those of other investment banks. Exhibits 15 and 16 show that while Lehman's credit default swap spreads were generally higher than those of its peers, the credit default swap spreads of investment banks increased in March 2008, at the time of the government-assisted acquisition of Bear Stearns by JPMorgan Chase.

44.  Following the government-assisted acquisition of Bear Stearns by JPMorgan Chase, relevant credit default swap spreads (including Lehman's) declined to pre-March 2008 levels within approximately one month, and Lehman's credit default swap spread did not reach its peak March 2008 level again until immediately prior to its bankruptcy filing in September 2008 for the five-year credit default swap, and until mid-July 2008 for the one-year credit default swap.

45.  Lehman's credit default swap spreads also behaved similarly to the credit default swap spreads of other comparable financial institutions. As Exhibits 17 and 18 show, the credit default swap spreads of comparable financial institutions also

---

[43]   "Amended and Restated Guaranty Agreement," March 16, 2008, attached as Exhibit 99.1 to JPMorgan Chase & Co. Form 8-K, March 24, 2008. Certain Bear Stearns assets were not purchased by JPMorgan Chase. See, for example, "Maiden Lane Transactions," Federal Reserve Bank of New York, available at http://www.ny frb.org/markets/maidenlane html#, viewed on July 13, 2011.

CONFIDENTIAL

spiked in March of 2008 and returned to pre-March levels within approximately one month.  Furthermore, several comparable financial institutions had credit default swap spreads greater than Lehman's and did not file for bankruptcy.  For example, National City, SLM Corp, and Ford Motor Credit continued to pay their obligations despite having five-year credit default swap spread levels greater than those of Lehman's five-year credit default swaps on the week before Lehman filed for bankruptcy.

46. On September 9, 2008, Lehman's five-year credit default swap spread was 322.5 basis points.[44]  This level was surpassed by other financial institutions shortly thereafter, but these other financial institutions did not default on their debt obligations.  The five-year credit default swap spread of Merrill Lynch passed this level in September 2008, and yet, Merrill Lynch did not declare bankruptcy.[45]  Instead, Merrill Lynch was purchased by Bank of America.  In this transaction, Bank of America assumed the debt obligations of Merrill Lynch and has continued to pay.[46]  Additionally, the five-year credit default swap spread of Wachovia passed the same level for one week in July and again in September of 2008, but Wachovia did not declare bankruptcy.[47]  Wells Fargo announced the purchase of Wachovia in October 2008 and assumed Wachovia's debt obligations.[48]

47. Further examination of credit default swap spreads corroborates the notion that the absolute price of Lehman's credit default swap did not indicate that investors

---

[44] Bloomberg L.P.

[45] Bloomberg L.P.

[46] Karnitschnig, M., Mollenkamp, C., and Fitzpatrick, D., "Bank of America to Buy Merrill," *The Wall Street Journal*, September 15, 2008; Bank of America Corporation Form 10-Q for the period ended March 31, 2009, p. 6; and "Agreement and Plan of Merger," September 15, 2008, p.5, attached as Exhibit 2.1 to Bank of America Corporation Form 8-K, September 18, 2008.

[47] Bloomberg L.P.

[48] "Wells Fargo to Buy Wachovia in $15.1 Billion Deal," *The New York Times*, October 3, 2008; and "Wells Fargo, Wachovia Agree to Merge," October 3, 2008, attached as Exhibit 99.1 to Wells Fargo & Company Form 8-K, October 3, 2008.

CONFIDENTIAL

anticipated bankruptcy. Exhibit 16 indicates that the U.S. standalone investment banks in my sample (Goldman Sachs, Morgan Stanley, and Merrill Lynch) had credit default swap spreads greater than the September 9, 2008 spread level of Lehman at some point after Lehman's bankruptcy, and yet, none of these institutions filed for bankruptcy. In fact, the credit default swap spread of Morgan Stanley grew to be more than twice the highest level that Lehman's credit default swap spread ever reached, and yet, Morgan Stanley did not file for bankruptcy.[49] The analysis of Lehman's credit default swaps and the comparison to those of Lehman's peers supports my conclusion that Lehman's bankruptcy was not reasonably foreseeable.

48.    Additionally, I compare Lehman's five-year credit default swap spreads to an index of credit default swap spreads of 125 North American investment grade firms published by Markit (the "CDX NA IG Index") over the period from July 1, 2007 to September 12, 2008. As shown in Exhibit 19, from November 2007 through May 2008 (excluding March, when the credit default swap spreads of Lehman and its investment bank peers increased at the time of the Bear Stearns' government-assisted acquisition), Lehman's five-year credit default swap spread was slightly lower (ranging from 5 to 72 basis points) than the sub-index of financial entities and exhibited a similar pattern through August 2008.[50]

49.    Finally, in Exhibit 20, I compare Lehman's five-year credit default swap spread to the CDX NA IG Index and the credit default swap spreads of the top quartile companies comprising the CDX NA IG Index.[51] From July 1, 2007 through September 9, 2008, Lehman's spread was often below (and frequently well below) the spread of the top quartile.

---

[49]    Bloomberg L.P.

[50]    The financial sub-index is made up of the entities in the CDX NA IG Index that the publishers identified to be in the financial industry. For the relevant time period, this sub-index includes 24 to 25 entities.

[51]    To calculate the top quartile credit default swap spreads, I replicate the CDX NA IG Index. The average difference between the reported index and the replicated index is 22 basis points.

CONFIDENTIAL

50. Based on my analysis of credit default swap spreads of Lehman, companies that filed for bankruptcy, other investment banks, and the investment grade firms comprising the CDX NA IG Index, I conclude that Lehman's credit default swap spreads behaved similarly to those of other firms that did not file for bankruptcy. This analysis supports my conclusion that the market did not reasonably foresee Lehman's bankruptcy.

## V.    Sophisticated Market Participants and Analysts Did Not Reasonably Foresee Lehman's Bankruptcy

51. My analysis of market prices supports my conclusion that Lehman's bankruptcy filing was not reasonably foreseeable.  In addition to market prices, market commentary and contemporaneous analysis by analysts (both credit and equity) provide additional support to my conclusion.  If bankruptcy were reasonably foreseeable, the actions and decisions of sophisticated market participants and analysts would have reflected this foreseeability.  Instead, I observe little evidence that these sophisticated market participants foresaw Lehman's bankruptcy filing.

## A.    Credit Ratings and Credit Agencies' Commentary Did Not Indicate Lehman's Bankruptcy Filing Was Reasonably Foreseeable

52. Lehman's creditworthiness (like the creditworthiness of other major corporations and financial institutions) was continuously monitored by all three major credit rating agencies ("major CRAs") —Standard & Poor's ("S&P"), Moody's, and Fitch.[52]   Generally, credit rating agencies examine *issuer* and *issue* creditworthiness. The *issuer* rating reflects the issuer's ability to meet its senior, unsecured financial obligations; the *issue* rating reflects the risk that an individual

---

[52]   In 2007 the combined market share of Standard & Poor's, Moody's and Fitch was 95 percent. "Measuring the Measurers: Credit Rating Could Do with More Competition, and A Bit More Rigour," *The Economist*, May 31, 2007.

CONFIDENTIAL

security or class of securities may not be fully repaid.[53]

53. Major CRAs evaluate the likelihood that companies, governments, and other issuers of debt will default on their obligations. The ratings are based on the major CRAs' review of detailed public and non-public financial information about the company in question, supplemented by conversations with management. Major CRAs consider a broad range of factors, both qualitative and quantitative, in evaluating a company's prospects and the risk of default. The weights assigned to the quantitative and qualitative factors and the analytical models used to process this information are not disclosed by major CRAs. Further, despite recent criticisms regarding credit rating agencies, credit ratings remain a widely used source for gauging credit risk.[54]

54. Major CRAs rate virtually all large issuers of fixed income securities. For example, S&P rates approximately $32 trillion of outstanding debt issued in 100 countries.[55] Moody's tracks over 12,000 corporate issuers, 25,000 public finance issuers, and 106,000 structured finance obligations in over 110 countries.[56] Fitch rates issuers in over 150 countries.[57]

55. If Lehman's bankruptcy were reasonably foreseeable, credit ratings should offer indications. Instead, I observe investment-grade ratings for Lehman. Major

---

[53] "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009, p. 7; "Rating Symbols and Definitions," Moody's Investors Service, November 2009, pp. 5 and 8; and "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010, pp. 9,12 and 18.

[54] "Credit ratings are the most common benchmark used to assess the ability of a bond issuer to make timely payments of interest and principal." See Morgan Stanley, "An Educational Look at Bond Credit Ratings," available at http://www.morganstanleyindividual.com/ markets/bondcenter/ school/credit/default.asp, viewed on July 11, 2011. See also, Katz, J., Emanuel S., and Stephanou, C., "Credit Rating Agencies," International Finance Corporation, October 2009.

[55] "Standard & Poor's | Key Statistics," Standard & Poor's, available at http://www.standardandpoors.com/about-sp/key-statistics/en/us, viewed on July 13, 2011.

[56] "Moody's Corporation," Moody's Investors Service, available at http://v3.moodys.com/pages/atc.aspx, viewed on July 13, 2011.

[57] "Fitch Ratings – Fitch Group Subsidiaries," Fitch Ratings, available at http://www.fitchratings.com/jsp/creditdesk/AboutFitch.faces?context=1&detail=19, viewed on July 13, 2011.

CONFIDENTIAL

CRAs assigned ratings to Lehman that are historically associated with low probabilities of default. As shown in Exhibit 21, major CRAs rated Lehman's long-term unsecured debt as investment grade until its bankruptcy. S&P maintained a credit rating of A+ through June 2008; Lehman had a Moody's rating of A1 through July 2008. S&P downgraded Lehman to A on June 2, 2008, and Moody's downgraded Lehman to A2 on July 17, 2008. Fitch's rating was AA- through June 9, 2008, when it was downgraded to A+. Even after the downgrades, however, Lehman continued to be rated at least five notches above speculative grade.

56. Exhibit 22 provides a guide to the long-term ratings of major CRAs. An "A" rating from S&P is given to an obligor who has a "strong capacity to meet its financial commitments but is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than obligors in higher-rated categories."[58] "A" rated Moody's issuers are "subject to low credit risk."[59] Additionally, according to Fitch, "A" ratings "denote expectations of low default risk."[60]

57. Major CRAs also compile data on actual historical default rates for debt issuers with various ratings. As shown in Exhibit 23, issuers with the same ratings as Lehman after its downgrades ("A" rating by S&P, "A2" by Moody's, and "A+" by Fitch) are associated with cumulative two-year default probabilities of less than two tenths of one percent. In other words, less than two issuers out of every thousand issuers who received a rating of A from S&P defaulted within two years. For a Moody's rating of A2 or a Fitch rating of A+, this ratio is even lower.[61]

---

[58]  "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009, p. 10.

[59]  "Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 5.

[60]  "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010, p. 9.

[61]  Historical default studies have found that "higher credit ratings are associated with lower default probability." Within S&P's methodology, AAA rated issuers have historically had the lowest default rates, followed by AA rated issuers with the next lowest default rates, and so on. The historical default rates of issuers with ratings below B (CCC, CC, and C) tend to be even higher

CONFIDENTIAL

58. The same holds true when analyzing Lehman's short-term ratings. Lehman was assigned a short-term rating of A-1 by S&P, P-1 by Moody's, and F-1 by Fitch from July 1, 2007 to September 14, 2008.[62] Exhibit 24 presents a guide to short-term credit ratings issued by major CRAs. An A-1 rating by S&P is given to an issuer with a "strong capacity to meet its financial commitments."[63] Moody's gives P-1 ratings to issuers who have a "superior ability to repay short-term debt obligations."[64] An F-1 rating by Fitch "indicates the strongest intrinsic capacity for timely payment of financial commitments."[65,66] Lehman maintained these ratings up to the date of its bankruptcy filing.[67]

59. S&P and Moody's also compile data on actual historical defaults of debt issuers by short-term rating category. As shown in Exhibit 25, issuers with the same short-term credit ratings as Lehman are associated with cumulative one-year default probabilities of less than one tenth of one percent.

60. In addition to their credit ratings, S&P, Moody's, and Fitch each publish an "Outlook" for rated companies, which expresses the agencies' opinions about the likely direction of an issuer's rating over the medium term (meaning, in the case

---

still. The tendency for higher rated issuers to have lower historical default rates is consistent across all three major CRAs. The tendency for higher rated issuers to have lower historical default rates is also consistent for short-term credit ratings, though the rating scales are different. See "Default, Transition, and Recovery: 2007 Annual Global Corporate Default Study and Rating Transitions," Standard and Poor's, February 5, 2008, pp. 2 and 11; "Corporate Default and Recovery Rates, 1920-2007," Moody's Investors Service, February 2008, p. 27; "Fitch Ratings Global Corporate Finance 2007 Transition and Default Study," Fitch Ratings, April 30, 2008, p. 12; "Default, Transition, and Recovery: Global Short-Term Default Study And Rating Transitions," Standard and Poor's, June 21, 2007, pp. 15-16; and "Short-Term Corporate and Structured Finance Rating Transition Rates," Moody's Investors Service, June 2007, p. 2.

[62] Bloomberg L.P.

[63] "Standard & Poor's Ratings Definitions," Standard & Poor's, April 27, 2011, available at http://www.standardandpoors.com/ratings/articles/en/us/?assetID=1245303711350#ID578, viewed on July 13, 2011.

[64] "Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 7.

[65] "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010, p. 18.

[66] Fitch changed Lehman's short-term credit rating from F1+ to F1 on June 9, 2008. (Bloomberg L.P.)

[67] Bloomberg L.P.

CONFIDENTIAL

of S&P, typically six months to two years).[68] S&P's Outlook for Lehman was "stable" through April 3, 2008, when it was revised to "negative."[69] Despite this change in its Outlook, however, S&P did not reduce its rating of Lehman until June 2, 2008, when the rating was lowered to A.[70] Moody's had a "positive" outlook for Lehman until March 17, 2008, when it was revised to "stable;"[71] Moody's revised Lehman's outlook to "negative" on June 9, 2008 and then placed Lehman's rating on review for downgrade on June 13, 2008,[72] but did not reduce its rating until July 17, 2008.[73] Fitch's outlook for Lehman was "stable" through April 1, 2008, when it was revised to "negative."[74] Despite this change in outlook, Fitch continued to rate Lehman AA- until June 9, 2008 when the rating was lowered to A+.[75] Fitch maintained Lehman's outlook at negative even after the downgrade but also affirmed Lehman's A+ rating in July 9, 2008.[76] Fitch

---

[68] "A Moody's rating outlook is an opinion regarding the likely direction of an issuer's rating over the medium term. Where assigned, rating outlooks fall into the following four categories: Positive (POS), Negative (NEG), Stable (STA), and Developing (DEV - contingent upon an event)." ("Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 43); "A Standard & Poor's rating outlook assesses the potential direction of a long-term credit rating over the intermediate term (typically six months to two years). In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions." ("Standard & Poor's Ratings Definitions," Standard & Poor's, April 27, 2011, available at http://www.standardandpoors.com/ratings/articles/en/us/?assetID=1245303711350#ID578, viewed on July 13, 2011.)

[69] "Summary Analysis: Lehman Brothers Holdings Inc.," Standard & Poor's, April 3, 2008.

[70] "Research Update: Lehman Brothers Holdings Inc. Rating Lowered to 'A' From 'A+'; Outlook Negative," Standard & Poor's, June 2, 2008; and Bloomberg L.P.

[71] "Rating Action: Moody's Affirms Lehman's A1 Rating; Outlook Now Stable," Moody's Investors Service, March 17, 2008.

[72] "Rating Action: Moody's Changes Lehman's Rating Outlook to Negative," Moody's Investors Service, June 9, 2008; "Rating Action: Moody's Places Lehman's A1 Rating on Review for Downgrade; Prime-1 Affirmed," Moody's Investors Service, June 13, 2008; and Bloomberg L.P.

[73] "Rating Action: Moody's Lowers Lehman Brothers Rating to A2; Outlook Negative," Moody's Investors Service, July 17, 2008; and Bloomberg L.P.

[74] "Fitch Revises Outlook on Lehman Brothers to Negative; Affirms 'AA-/F1+' IDRs," Fitch Ratings, April 1, 2008.

[75] "Fitch Downgrades Lehman Brothers' L-T & S-T IDRs to 'A+/F1'; Outlook Negative," Fitch Ratings, June 9, 2008; and Bloomberg L.P.

[76] "Fitch Affirms Lehman Brothers' IDRs at 'A+/F1'; Outlook Negative," Fitch Ratings, July 9, 2008.

CONFIDENTIAL

placed Lehman on "Rating Watch Negative" on September 9, 2008, but continued to rate Lehman A+ up to its bankruptcy filing on September 15, 2008.[77]

61.  Moreover, even accounting for the credit rating downgrades during the summer of 2008, Lehman's credit rating did not exhibit a pattern similar to the credit rating patterns of companies that did file for bankruptcy.  Moody's plots the average and median ratings of roughly 1,300 corporate issuers that have defaulted during the period 1983 to 2007.  I have appended this chart as Exhibit 26 of this report.  The data is presented for two cohorts: the issuers that defaulted between 1983 and 2007 and the issuers that just defaulted in 2007.  The chart shows that Moody's-rated issuers have, on average, been downgraded to the Ba3 level as early as five years prior to default.  Among issuers that defaulted in 2007, the average rating is B2 five years prior to default, which itself is low by historical standards.  In the year prior to default, 2007 defaulters' ratings were downgraded to Caa1 on average, compared to B2 for issuers that defaulted since 1983.  Regardless of which cohort we use for comparison, Lehman's credit rating was meaningfully higher than the credit ratings of other firms that eventually filed for bankruptcy.

62.  To summarize, the consensus among the major credit rating agencies between July 1, 2007 and Lehman's bankruptcy filing was that Lehman had a "strong capacity to meet its financial commitments" and was "subject to low credit risk."[78]  Moreover, issuers with the same ratings as those assigned to Lehman (following its downgrade to A in June 2, 2008 by S&P and A2 in July 17, 2008 by Moody's) have rarely defaulted on their debt (fewer than two issuers out of every thousand after two years as illustrated by S&P, Moody's, and Fitch data on the historical incidence of default by rating).  Thus, the assessments of the rating agencies provide further evidence that Lehman's bankruptcy was not reasonably

---

[77]   "Fitch Places Lehman Brothers on Rating Watch Negative," Fitch Ratings, September 9, 2008; and Bloomberg L.P.

[78]   "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009, p. 10; and "Rating Symbols and Definitions," Moody's Investors Service, November 2009, p. 5.

CONFIDENTIAL

foreseeable.[79]

**B.**     **Equity Analysts' Coverage and Recommendations Did Not Indicate a Bankruptcy Filing Was Reasonably Foreseeable**

63.   In addition to being monitored by the credit rating agencies, Lehman was also followed by equity analysts. Equity analysts examine the financial prospects of firms and provide earnings estimates, stock recommendations, commentary and analysis on many publicly traded companies. Brokerage firms spend significant resources gathering and analyzing company information. Analysts build reputational capital and are rewarded for being able to provide accurate forecasts and timely recommendations. Because of these reasons, analysts would have been in a position to opine on the foreseeability of a bankruptcy filing. If analysts were able to foresee Lehman's bankruptcy, one would expect to observe "sell" recommendations from most analysts covering Lehman.

64.   Exhibit 27 summarizes the recommendations of the equity analysts surveyed by Thomson IBES who followed Lehman during the period from July 1, 2007 to September 12, 2008.[80] I find that throughout the entire period, at least 90 percent of analysts had a buy or hold recommendation for Lehman's stock. In some periods, all of the surveyed analysts had a buy or hold recommendation (that is, no analyst recommended selling Lehman's stock). Furthermore, as Exhibit 27 shows, in August and September 2008, the percentage of analysts recommending buy or hold for Lehman was greater than the percentage of analysts recommending buy or hold for Goldman Sachs or Merrill Lynch. Neither of these companies filed for bankruptcy.

---

[79]   Furthermore, analysis by major CRAs also supports my conclusion that Lehman's bankruptcy was not reasonably foreseeable. For example, S&P discussed in a report "[t]he unforeseen collapse of Lehman Brothers." See Vazza, D., Aurora, D., and Kraemer, N., "Default, Transition, and Recovery: 2008 Annual Global Corporate Default Study and Rating Transitions," Standard and Poor's, April 2, 2009, p. 25.

[80]   For Lehman, Thomson IBES compiled the buy/hold/sell recommendations of approximately 20 equity analysts.

CONFIDENTIAL

65. Exhibit 28 compares the percentage of analysts that issued a buy or hold recommendation for Lehman's stock against the mean and median percentages of analysts' buy or hold recommendations for comparable financial institutions. As the exhibit shows, the percentage of analysts that issued a buy or hold recommendation for Lehman's stock was higher than the mean and median percentage of analysts' buy or hold recommendation for comparable financial institutions from January through September 2008. Again, none of these financial institutions filed for bankruptcy.

66. I also review numerous equity analysts' reports filed between July 1, 2007 and September 15, 2008 and find none prior to September 9, 2008 that concluded that Lehman would likely file for bankruptcy.[81]   Exhibit 29 presents the ratings and commentary excerpts from several of these reports. An increased expectation of a bankruptcy filing would depress stock prices. If Lehman's bankruptcy had been reasonably foreseeable, analysts who followed Lehman would have incorporated that expectation into their reports and discussed the implications and prospects; none did.   Moreover, given that analysts have incentives to make accurate forecasts and recommendations and spend a great deal of their time gathering information on companies, analysts would have anticipated Lehman's bankruptcy, had it been reasonably foreseeable. Again, none did.

67. In the midst of Bear Stearns' government-assisted acquisition in March 2008, equity analysts argued that Lehman was not similar to Bear Stearns for several reasons. They pointed to Lehman's international diversification, strong execution track record, and seasoned management.[82]   They also noted that Lehman, unlike Bear Stearns, had financial backing from the Federal Reserve and that "anyone

---

[81]   I identify equity analysts' reports by searching Thomson ONE Banker's equity research report database. I review reports published by BernsteinResearch, The Buckingham Research Group, CIBC World Markets, Credit Suisse, Deutsche Bank, Fox-Pitt Kelton Cochran Caronia Waller, HSBC Global Research, JPMorgan, Ladenburg Thalmann, Morgan Stanley, Oppenheimer, Punk, Ziegel & Company, Raymond James Euro Equities, and Wachovia.

[82]   "Lehman Brothers Holding; It is not Bear," Deutsche Bank, March 17, 2008, p. 1; and "Upgrading to Buy; Reality Will Trump Fear," Citigroup, March 28, 2008, p. 1.

CONFIDENTIAL

attacking Lehman would have to be able to bankrupt the Fed to break Lehman."[83]

68.   Several analysts also evaluated the ability of investment banks, including Lehman, to survive, focusing on liquidity and access to credit.  For example, a report issued by Buckingham Research Group in March 2008 stated: "All of the brokers besides [Bear Stearns] have total liquidity in excess of short-term debt and net repo financing, with [Lehman] the highest [most favorable] at 418% and [Goldman Sachs] the lowest at 116%."[84]   Morgan Stanley Research issued a report titled "Lehman Brothers: Bruised, Not Broken -- and Poised for Profitability" on June 30, 2008. The report stated "we believe downside risk stems from medium-term damage to the franchise rather than a Bear Stearns-like run-on-bank scenario;" the report further stated "we believe that comparisons to Bear do not hold up, particularly in the wake of the Fed's aggressive action [establishing the Primary Dealer Credit Facility] in the wake of Bear's collapse."[85]

69.   Although Lehman experienced difficulties in June and July 2008, many market participants remained confident about its future.  Several analysts maintained that Lehman was not another Bear Stearns situation and believed that Lehman was well positioned to not only survive the crisis but also expand and recover in the coming years.[86]  Additionally, despite the fact that Lehman reported a loss for the second quarter of 2008, many research analysts remained optimistic about Lehman's prospects.  Through June and July, equity analysts noted Lehman's strength in revenue, solid capital footing, lowered exposure to risk, and increased

---

[83]   "Attacking the Federal Reserve," Punk, Ziegel & Company, March 18, 2008, p. 1.

[84]   "Evaluating Liquidity at the Rest of the Brokers in a 'Run on the Bank' Scenario," The Buckingham Research Group, March 17, 2008, p. 3.

[85]   "Lehman Brothers: Bruised, Not Broken -- and Poised for Profitability," Morgan Stanley, June 30, 2008, pp. 3 and 8.

[86]   "Follow-Up Thoughts on Recent Bearish Arguments," Fox-Pitt Kelton Cochran Caronia Waller, June 4, 2008, p. 1; "Lowering Estimates," Deutsche Bank, June 5, 2008, pp. 1 and 2; "Lehman Brothers: Bruised, Not Broken – and Poised for Profitability," Morgan Stanley, June 30, 2008, p. 8; and "Greater Than Expected Loss, But More Than in the Stock," The Buckingham Research Group, June 9, 2008, p. 1.

CONFIDENTIAL

diversification.[87]

70.   Finally, even in the days immediately preceding Lehman's bankruptcy filing, analysts were not uniformly negative in their assessments.   On September 10, 2008, Credit Suisse and JPMorgan gave Lehman a "Neutral" rating while Fox-Pitt Kelton Cochran Caronia Waller gave it an "Outperform" rating, Oppenheimer a "Perform" rating, Morgan Stanley an "Overweight" rating, and Deutsche Bank a "Buy" rating.[88]   On September 11, 2008, Lehman was given "Outperform," "Buy," "Neutral," "Market Perform," "Hold," and "Underweight" ratings.[89] Analysts disagreed with the major CRAs' negative outlooks, stating that Lehman remained "one of the best companies on Wall Street."[90]   In addition, HSBC reiterated that:

> *"Lehman is a better, more diversified franchise [than Bear Stearns]. It is much more conservatively funded, and carries a huge liquidity pool of some $42 billion. It has access to the Federal Reserve for emergency funding. It also has one thing that it shares with Bear Stearns—it is too big to fail in our opinion."[91]*

---

[87]   "Greater Than Expected Loss, But More Than in the Stock," The Buckingham Research Group, June 9, 2008, pp. 2 and 3; "2Q08: Risks Are Coming Down; Reaffirm S. Buy," The Buckingham Research Group, June 17, 2008, pp. 1, 3, and 4; and "Plausible Downside on Fundamentals is Priced In," Morgan Stanley, July 24, 2008, p. 7.

[88]   "Starting the Clean Up: Follow Through Critical," Credit Suisse, September 10, 2008, p. 1; "Management Has Plan, Not Action – We Await Inv. Mgmt Sale," JPMorgan, September 10, 2008, p. 1; "LEH 3Q08: Core Results As Expected, Dispositions Bigger," Fox-Pitt Kelton Cochran Caronia Waller, September 10, 2008, p. 1; "LEH Reports 3Q08 EPS Loss of ($5.92) and Net Write-Down of $5.6B," Oppenheimer, September 10, 2008, p. 1; "Quick Take on 3Q EPS, Strategic Initiatives," Morgan Stanley, September 10, 2008, p. 1; and "3Q08 Pre-Release," Deutsche Bank, September 10, 2008, p. 1.

[89]   "LEH: A Great Restructuring Plan, But Will the Markets Get It?," Fox-Pitt Kelton Cochrain Caronia Waller, September 11, 2008, p. 1; "Rating Agency Risk Too High," The Buckingham Research Group, September 11, 2008, p. 1; "Lehman's Non-Strategy," Ladenburg Thalman, September 11, 2008, p. 1; "LEH: Pre-Announces and Highlights Initiatives – Adjusting Ests.," Wachovia, September 11, 2008, p. 1; "Downgrade from Buy to Hold on Rating Agency Reports," Deutsche Bank, September 11, 2008, p. 1; and "De-risking and Depending on Markets to Hold," HSBC Global Research, September 11, 2008, p. 1.

[90]   "Rating Agency Risk Too High," The Buckingham Research Group, September 11, 2008, p. 1; and "Lehman's Non-Strategy," Ladenburg Thalmann, September 11, 2008, p. 1.

[91]   "De-risking and Depending on Markets to Hold," HSBC Global Research, September 11, 2008, p. 5.

CONFIDENTIAL

71. Overall, my analysis of equity analysts' reports shows that analysts consistently recommended buying or holding Lehman's stock leading up to September 2008. This is further supported by the fact that no analyst, of those with available information, concluded that Lehman was at risk of filing for bankruptcy prior to September 9, 2008. The assessments of the equity analysts further demonstrate that Lehman's bankruptcy filing was not reasonably foreseeable.

## VI.   Other Market Evidence Indicates that Lehman's Bankruptcy Was Not Reasonably Foreseeable

### A.   Lehman's Bankruptcy Was Not Reasonably Foreseeable Even in the Final Weeks Before Lehman's Collapse Because Other Actions Could Have Prevented Bankruptcy

72. As mentioned above, the outstanding Lehman obligations could be repaid if Lehman either continued as a going concern or merged with another entity who would assume those obligations. Lehman may have been able to continue as a going concern if, among other things, it had been able to restructure successfully, raise additional capital, or if it had received interim government assistance.

73. Although, as I detail in this report, Lehman was able to raise billions in capital from sophisticated investors, Lehman's bankruptcy may have been averted if it had raised additional capital. During this time, many investors were rumored to be possible investors.[92]

74. Months before its bankruptcy filing, Lehman was rumored to be in negotiations with several interested buyers. As early as July 2008, the Royal Bank of Canada

---

[92]   See Gee, M., "Troubled Lehman Draws an Unlikely Suitor," *The Globe and Mail*, September 3, 2008; Bawden, T., "Kuwait fund keeps eye on US banks as Lehman seeks cash," *The Times (UK)*, June 5, 2008; "LEH: Analyzing the Firm's Shrinking Options...," BernsteinResearch, September 8, 2008, p. 1; "Going Private May Be the Best Course of Action," Fox-Pitt Kelton Cochran Caronia Waller, July 14, 2008, p. 1; and "Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt Kelton Cochran Caronia Waller, July 25, 2008, p. 3.

CONFIDENTIAL

considered buying Lehman.[93]  In late August, reports of a possible buyout caused Lehman's share price to increase substantially.[94]  By early September 2008, the list of potential buyers grew to include HSBC, Nomura, Bank of America, JC Flowers & Co., China Investment Co., and Barclays.[95]  Although none of these mergers came to fruition, an acquisition could have prevented the bankruptcy filing.

75.   Even without raising capital or being acquired, Lehman might have successfully restructured itself into a form that would permit it to continue as a going concern. One alternative raised in July was for Lehman to take itself private.[96]  A second possibility mentioned in multiple analysts' reports was that Lehman could sell Neuberger Berman, Lehman's investment management unit.[97]  An additional possibility was that Lehman might spin off its commercial mortgage assets into a new entity and then distribute the shares in that to Lehman's shareholders.[98]  This solution was referred to as the "good bank/bad bank" solution and has

---

[93]   Sender, H., "RBC Pulled Back from Lehman Bid," *Financial Times (FT.com)*, September 8, 2008.

[94]   Gangahar, A., "Lehman Buy-out Prospects Boost Wall Street," *Financial Times (FT.com)*, August 22, 2008.

[95]   Sender, H., Guerrera, F., and Larsen, P.T., "BofA, JC Flowers, CIC Planning Joint Lehman Brothers Bid," *Financial Times (FT.com)*, September 12, 2008; "LEH: Analyzing the Firm's Shrinking Options...," BernsteinResearch, September 8, 2008, p. 1.

[96]   "Going Private May Be the Best Course of Action," Fox-Pitt Kelton Cochran Caronia Waller, July 14, 2008 p. 1; "LEH: Analyzing the Firm's Shrinking Options...," BernsteinResearch, September 8, 2008, p. 4; and "Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt Kelton Cochran Caronia Waller, July 25, 2008, p. 3.

[97]   "LEH: Analyzing the Firm's Shrinking Options...," BernsteinResearch, September 8, 2008, p. 1; and "Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt Kelton Cochran Caronia Waller, July 25, 2008, pp. 1-2.

[98]   "Assessing Strategic Alternatives for Commercial Mortgage," Fox-Pitt Kelton Cochran Caronia Waller, September 4, 2008, pp. 1-3; Onaran, Y., "Lehman May Shift $32 Billion of Mortgage Assets to 'Bad Bank,'" *Bloomberg*, September 4, 2008, available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aQjsXBJ4uN1Y, viewed on July 13, 2011; White, B., and Anderson, J., "Lehman Weighs Split to Shed Troubling Loans," *The New York Times*, September 5, 2008, available at http://www.nytimes.com/2008/09/05/business/05lehman.html, viewed on July 13, 2011; and "Govt GSE Action Can Help," Deutsche Bank, September 5, 2008, p. 2.

CONFIDENTIAL

successfully been employed by banks in prior financial crises.[99]

76.   Additionally, many market participants viewed some form of government support as possible.[100]   The government could have provided support through a variety mechanisms.[101]   Some of these mechanisms were ultimately used to support other institutions.[102]   Furthermore, some form of federal bailout of Lehman was highly likely. Lehman's bankruptcy Examiner wrote:

> *"Other senior members of the Government, Wall Street executives and experts doubted that the Government really would refuse to make money available for Lehman if necessary.   As late as September 10, 2008, the FRBNY [Federal Reserve Bank of New York] circulated a presentation that discussed potential federal monetary assistance to Lehman.   On September 11, 2008, Geithner's discussions with the Financial Services Authority (the "FSA") left open the possibility that there would be Government assistance.  On September 12, 2008, Paulson advised the FSA that the FRBNY might be prepared to provide Barclays with regulatory assistance if necessary.   Cox told the Examiner that Lehman's apparent belief that the Government would provide help was a*

---

[99]   White, B., and Anderson, J., "Lehman Weighs Split to Shed Troubling Loans," *The New York Times*, September 5, 2008, available at http://www.nytimes.com/2008/09/05/business/05lehman.html, viewed on July 13, 2011; Onaran, Y., "Lehman May Shift $32 Billion of Mortgage Assets to 'Bad Bank,'" *Bloomberg*, September 4, 2008 available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aQjsXBJ4uN1Y, viewed on July 13, 2011.

[100]   "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008, p. 5; Soros, G., "The Game Changer," *Financial Times (FT.com)*, January 29, 2009; Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times*, January 25, 2009, available at http://www.nytimes.com/2009/01/25/business/economy/25view.html?_r=1, viewed on July 13, 2011; and Guha, K., "No Public Subsidy for Lehman Takeover," *Financial Times (FT.Com)*, September 12, 2008.

[101]   These mechanisms may have included an assisted transaction, conservatorship, guaranteeing debt, or conversion into a bank holding company

[102]   "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's,  September 17, 2008, p. 5; "US Government Rescues Insurer AIG," *BBC News*, September 17, 2008, available at http://newsvote.bbc.co.uk/mpapps/pagetools/print/news.bbc.co.uk/2/hi/business/7620127.stm, viewed on July 13, 2011; Scinta, C., "GM Wins Final Approval of $33 Billion Government Loan," *Bloomberg*, June 25, 2009, available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=ahDD1Cs1N5wE, viewed on July 13, 2011; "Chrysler Gets $4 Billion U.S. Government Loan," *Reuters*, January 2, 2009; Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc. et. al., Debtors*, 08-13555 (JMP), Southern District of New York, March 11, 2010, pp. 631-632.

CONFIDENTIAL

> *"real fact of life" and said that most attendees of the FRBNY*
> *meetings on September 12 through 14 2008 "probably assumed*
> *that [Paulson's statement that there would be no Government*
> *help] was a negotiation." Chairman Bernanke told the Examiner*
> *that he remained in Washington, D.C., during Lehman's final*
> *weekend in part because a possibility existed that Bernanke might*
> *need to convene a meeting of the Federal Reserve Board to*
> *exercise the Federal Reserve's emergency lending powers under*
> *Section 13(3) of the Federal Reserve Act."[103]*

77.    Following the government-assisted acquisition of Bear Stearns in March 2008,
many market participants believed the Federal Reserve would also provide
financial support to Lehman.  For example, after Lehman declared bankruptcy,
George Soros stated that: "In the past, whenever the financial system came close
to a breakdown, the authorities rode to the rescue and prevented it from going
over the brink. That is what I expected in 2008 but that is not what happened."[104]
Lehman and Bear Stearns were players in the same market, though Lehman was
much larger.  Lehman's assets were $786 billion[105] at the quarter ended February
29, 2008, while Bear Stearns' assets were almost $400 billion[106] at the quarter
ended February 29, 2008.  It seemed logical to assume that, "[i]f Bear was too big
to fail, how could Lehman, at twice its size, not be? If Bear was too entangled to
fail, why was Lehman not?"[107]  The Lehman merger negotiations may also have
been stalled as potential buyers held out for government assistance.[108]  Even as

---

[103]    Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc. et. al., Debtors*, 08-13555 (JMP), Southern District of New York, March 11, 2010, pp. 617-618.

[104]    Soros, G., "The Game Changer," *Financial Times (FT.com)*, January 29, 2009.

[105]    Lehman Brothers Holdings Inc., Form 10-Q for the quarterly period ended February 29, 2008, p. 5.

[106]    The Bear Stearns Companies Inc., Form 10-Q for the quarterly period ended February 29, 2008, p. 5.

[107]    Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times*, January 25, 2009, available at http://www.nytimes.com/2009/01/25/business/economy/25view.html?_r=1, viewed on July 13, 2011.

[108]    Bruno, J.B., and Crutsinger, M., "Lehman's Future in Doubt, Banks Seen Unveiling Plan to Restore Confidence in Financial System," Associated Press, September 15, 2008; and Gasparino, C., "Street Prepares for Worst as Lehman Deal Stalls," *CNBC*, September 14, 2008, available at

CONFIDENTIAL

the government remained adamant that it would not be involved in any rescue during the days leading to Lehman's bankruptcy, reports suggested that it was "possible that as negotiations proceed[ed] [the Federal Reserve and Treasury] may be pressed to take on some financial role."[109]

78.   In a report published on September 17, 2008 Standard and Poor's wrote:

> *"To be sure, the government has supported financial institutions for many years in a variety of ways. The bailout last March of Bear Stearns contributed to this view, especially as the Federal Reserve Board put in place liquidity facilities for broker-dealers not invoked since the 1930s. Indeed, we factored this type of liquidity support as part of our ratings for the broker-dealers this year. By also brokering the JPMorganChase takeover of Bear Stearns to avoid the latter's collapse the government showed extreme support to limit systemic risk.*
>
> *The government provided such support again with its intervention via conservatorship of Fannie and Freddie this month. Some could argue that the GSE's conservatorship is a special case of extraordinary intervention because of the GSE's status as institutions with implicit governmental support. Still, market expectations that the government would stand by and support failing financial institutions were reinforced, thus creating moral hazard as an unintended consequence of the Bear and GSE bailouts."[110]*

79.   The government's decision to allow Lehman to go bankrupt came as a surprise to the market. Federal Reserve Chairman Ben Bernanke stated that he was "never of the view that [Lehman's] failure was inevitable."[111]   In the days following the bankruptcy, analysts' reports referred to Lehman's collapse as a "shock" and a "nasty surprise," citing previously held "widespread expectations that a deal on

---

http://www.cnbc.com/id/26704405/Street_Prepares_for_Worst_As_Lehman_Deal_Stalls/, viewed on July 13, 2011.

[109]   Guha, K., "No Public Subsidy for Lehman Takeover," *Financial Times (FT.Com)*, September 12, 2008.

[110]   "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008, p. 5.

[111]   Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc. et. al., Debtors*, 08-13555 (JMP), Southern District of New York, March 11, 2010, p. 615.

CONFIDENTIAL

Lehman would somehow be brokered."[112]   It was clear that, "[c]oming just six months after Bear's rescue, the Lehman decision tossed the presumed rule book out the window."[113]   Dick Fuld, Lehman's chief executive officer, indicated in a congressional hearing that he would "go to his grave wondering why the U.S. government had opted to save AIG and Bear Stearns but had judged Lehman unworthy of federal bail-out."[114]   Others shared the view that allowing Lehman to fail had been "one of the biggest blunders in this whole financial crisis. Christine Lagarde, France's finance minister, called the decision 'a genuine error.'"[115]

80.   As discussed in the previous sections, the market price analysis of Lehman's debt, equity, and credit default swaps reflect the market consensus that Lehman would not default on its obligations and instead would continue as a going concern, merge with another firm, or receive government assistance.  These expectations were reasonably founded market beliefs at the time and based, in part, on the government-assisted acquisition of Bear Stearns.  Therefore, the expectations of a possible merger or government intervention are additional reasons that support my conclusion that Lehman's bankruptcy was not reasonably foreseeable.

### B.   Other Sophisticated Market Investors Held Lehman Securities at the Time of Bankruptcy

81.   When Lehman filed for bankruptcy, its securities were widely held by many types of investors, including investment vehicles with conservative investment mandates such as money market funds, local government investment pools, and

---

[112]   "Investment Perspectives," Morgan Stanley, September 24, 2008, p. 6; "Bank Stocks Fail to Rally on AIG Bailout - Lehman Bankruptcy Still Reverberating; Difficult to Gauge Impact on Banks," JPMorgan, September 18, 2008, p. 1; "Shock Therapy," UniCredit, September 15, 2008, p. 1; and "2009 New Year Preview: Sector Themes for 2009," RBC Capital Markets, January 2009, p. 56.

[113]   Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times*, January 25, 2009, available at http://www.nytimes.com/2009/01/25/business/economy/25view.html?_r=1, viewed on July 13, 2011.

[114]   "Keynes, Libor, Leverage," *Financial Times (FT.com)*, December 30, 2008.

[115]   Sorkin, A.R., "How the Fed Reached Out to Lehman," *The New York Times*, December 16, 2008.

CONFIDENTIAL

pension funds. For example, the Reserve Primary Fund, one of the oldest and largest money market funds, held $785 million in Lehman-issued commercial paper. After Lehman's bankruptcy filing, the net asset value of the Reserve Primary Fund dropped below $1 per share, and the Reserve Primary Fund became the first retail money market fund to "break the buck."[116] Sponsors of other money market funds entered into support agreements to prevent the net asset values of their funds from similarly falling below one dollar per share: "Other fund families, including Wachovia's Evergreen Funds, Northwestern Mutual's Russell Funds, Riversource Investments, and Columbia Management, took similar actions [to support their money market funds] due to holdings of Lehman debt."[117]

82. Government investment pools also held Lehman securities at the time of bankruptcy and experienced substantial losses on these investments. For example, "Florida public agencies lost a total of more than $400 million, mostly from a state investment pool. California municipalities lost a total of $250 million across some 28 cities and counties.[118] Securities lending programs, including Bank of New York Mellon, Wells Fargo, Northern Trust, and JPMorgan Chase, also held Lehman-issued securities at the time that Lehman declared bankruptcy.[119] In light

[116]   Waggoner, J., "Reserve Primary Money Market Fund Breaks A Buck," *USA Today*, updated September 17, 2008, available at http://www.usatoday.com/money/perfi/basics/2008-09-16-damage_N.htm, viewed on July 13, 2011.

[117]   "Report of the Money Market Working Group," Investment Company Institute, March 17, 2009, p. 62; See also, Gullapalli, D., Anand, S., and Maxey, D., "Money Fund, Hurt by Debt Tied to Lehman, Breaks the Buck," *The Wall Street Journal*, September 17, 2008; and Condon, C., "Reserve Money Fund Falls Below $1, Delays Withdrawals," Bloomberg, September 17, 2008, available at http://www.bloomberg.com/apps/news?pid=21070001&sid=aZQNfHdzabDY, viewed on July 13, 2011.

[118]   Carreyrou, J., "Lehman's Ghost Haunts California," *The Wall Street Journal*, February 24, 2010.

[119]   See, for example, Second Amended Class Action Complaint, *IBEW vs. Bank of New York Mellon, N.A.*, Civil Action No. 09-cv-06273 (RMB)(AJP), Southern District of New York, December 17, 2009; Class Action Complaint, *Board of Trustees of the Imperial County Employees' Retirement System et al. v. JPMorgan Chase Bank, N.A.*, 1:09-cv-03020-UA, Southern District of New York, March 27, 2009; Amended Complaint and Jury Demand, *Copic Insurance Company v. Wells Fargo & Company et al.*, 1:09-cv-00041-WDM-BNB, District of Colorado, February 20, 2009; and "Northern Trust Global Securities Lending Presentation (October 2008)," Exhibit 18 to

CONFIDENTIAL

of the economic conditions facing both Lehman and the economy at this time, many sophisticated investors apparently agreed that Lehman investments continued to comply with their conservative investment profile and maintained positions in Lehman securities through the bankruptcy filing. If Lehman's bankruptcy filing had been reasonably foreseeable, one would not expect to observe the quantity of sophisticated investors with conservative mandates continuing to hold Lehman securities. The fact that so many conservative investors continued to hold Lehman's securities at this time buttresses my opinion that Lehman's bankruptcy was not reasonably foreseeable.

83.   Additionally, Pacific Investment Management Company ("PIMCO"), one of the largest and most respected fixed income managers, continued to add to its Lehman positions throughout the first half of 2008.[120] "Underlying the Lehman bet was [William Gross, co-founder and Total Return Fund manager's] belief, articulated in a July 2008 appearance on CNBC-TV and shared by many others, that there was 'close to 100% probability' that Lehman would avoid failure."[121]

84.   Furthermore, Lehman's securities were not only held by sophisticated market investors, Lehman's stock was part of the S&P 500 *and* S&P 100 indices through all of 2007 and up to its bankruptcy.[122] S&P defines the S&P 100 as consisting "of 100 companies selected from the S&P 500. To be included, the companies

---

Plaintiffs' Proposed Findings of Fact and Conclusions of Laws, *BP Corporation North America Inc. Savings Plan Investment Oversight Committee et al. v. Northern Trust Investments N.A. and the Northern Trust Company*, 1:08-cv-06029, Northern District of Illinois, December 4, 2008.

[120]   Morath, E., "Pimco Paid Hefty Prices for Lehman Debt as Collapse Neared," The Wall Street Journal, May 16, 2011, available at http://online.wsj.com/article/SB10001424052748703509104576327440394557176 html, viewed on August 23, 2011; and Spector, M., Pilon, M., and McGinty, T., "Pimco Takes Bath on Lehman," The Wall Street Journal, June 7, 2011, available at http://online.wsj.com/article/SB10001424052702304563104576361742449372266 html, viewd on August 23, 2011.

[121]   Spector, M., Pilon, M., and McGinty, T., "Pimco Takes Bath on Lehman," The Wall Street Journal, June 7, 2011, available at http://online.wsj.com/article/SB10001424052702304563104576361742449372266.html, viewd on August 23, 2011.

[122]   It was not until Lehman filed for bankruptcy on September 15, 2008 that S&P dropped Lehman from its S&P 500 and S&P 100 indices. See "S&P 500 to Drop Lehman Brothers, Add Harris," Reuters, September 15, 2008.

CONFIDENTIAL

should be among the larger and more stable companies in the S&P500." [123] Among the criteria for inclusion in the indices are adequate liquidity and financial viability.[124]

85.   Finally, the after-effects of Lehman's collapse are also a clear indication of how unforeseen its demise was.   Worldwide, many sophisticated investors such as banks, insurers, investment advisors, pension plans, financial institutions, and hedge funds suffered massive losses tied to the collapse of Lehman.[125]

86.   Sophisticated investors from all over the world were making their investment decisions by relying on publicly available information just as Wachovia's securities lending program did.   It would be irrational for investors to continue holding long positions in Lehman securities if Lehman's bankruptcy had been reasonably foreseeable.   Therefore, the fact that many other sophisticated investors continued to hold Lehman investments until Lehman declared bankruptcy further supports my conclusion that Lehman's bankruptcy was not reasonably foreseeable.   If Lehman's bankruptcy had been foreseeable, these sophisticated investors with substantial sums at risk would have sold their Lehman investments rather than continue to hold onto their investments until bankruptcy.

## VII.   Lehman's Collapse Is Consistent with the "Run on the Bank" Phenomenon

87.   Following Lehman's bankruptcy filing, S&P published a report assessing the

---

[123]   "S&P U.S. Indices, Index Methodology," Standard & Poor's, August 2009, p. 3.

[124]   "S&P U.S. Indices, Index Methodology," Standard & Poor's, August 2009, pp. 5-6.

[125]   See, for example, Ivry, B., Pittman, M., and Harper, C., "Sleep-At-Night-Money Lost in Lehman Lesson Missing $63 Billion," Bloomberg, September 8, 2009, available at http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aLhi.S5xkemY, viewed on July 13, 2011; Thomas, L. Jr., "Big Hedge Funds Chasing Assets Held by Lehman," *International Herald Tribune*, October 2, 2008; Duncan, G., "Lehman Collapse Sends Shockwave Round World," *The Times (UK)*, September 16, 2008; Smith, M., "$ : Bill to Taxpayer of Bailout," *The Herald*, September 14, 2009; and "Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008, p. 3.

CONFIDENTIAL

cause of the bankruptcy. The report stated that "facing a likely complete collapse in confidence on the part of creditors, counterparties, and customers when it opened for business on Monday, Sept. 15, Lehman Brothers Holdings Inc. filed for Chapter 11 bankruptcy protection."[126] The report also stated: "In conclusion, we believe the downfall of Lehman reflected escalating fears that led to a loss of confidence—ultimately becoming a real threat to Lehman's viability in a way that fundamental credit analysis could not have anticipated."[127]

88. Such a "complete collapse in confidence" is consistent with the "run on the bank" phenomenon. In a run on the bank, the collapse of the institution is rapid and unforeseen. Commercial banks fund themselves with short-term deposits and use those deposits to issue mortgages and other long-term loans. A run on the bank is defined as a "demand for their money by many depositors all at once... Such a run is caused by a breach of confidence in the bank."[128] If a bank does not have enough cash to satisfy these demands, the bank may be rendered insolvent.

89. This "run on the bank" phenomenon is not unique to commercial banks. A run on the bank may occur at other institutions that fund themselves with short-term financing and invest in longer term assets. Like many other "shadow banks" at the time, Lehman funded itself with short-term borrowings and used those borrowings to make long-term investments.[129] Specifically, a substantial portion of Lehman's funding came from commercial paper and repurchase transactions which have short-term maturities, usually of less than a year.[130] This maturity

---

[126]  "Why Was Lehman Brothers Rated 'A'?," Standard & Poor's, September 24, 2008, p. 5.

[127]  "Why Was Lehman Brothers Rated 'A'?," Standard & Poor's, September 24, 2008, p. 5.

[128]  Downes, J., and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides)*, Seventh Edition, Barron's Educational Series, 2006, p. 603.

[129]  Financial institutions which do not accept deposits and are not regulated by the Federal Reserve, like Lehman, have come to be called "shadow banks." Investment banks, mutual funds, hedge funds, finance companies, pension funds, and insurance companies are all part of the "shadow" banking system. See Hubbard, R.G., and O'Brien, A.P., *Money, Banking, and the Financial System*, First Edition, Pearson Prentice Hall, 2011, Chapters 10 and 11.

[130]  Hubbard, R.G., and O'Brien, A.P., *Money, Banking, and the Financial System*, First Edition, Pearson Prentice Hall, 2011, Chapters 10 and 11.

CONFIDENTIAL

mismatch between Lehman's assets and liabilities created the potential for a run on the bank. For example, if Lehman were unable to roll over most of its overnight repurchase agreements and commercial paper, it would face a liquidity crunch similar to the one experienced by commercial banks during a run on the bank.

90. Bank runs are a topic of ongoing research in the fields of finance and economics.[131] Though many theories have been proposed, there is no established and reliable method of predicting bank runs. Nevertheless, as described earlier, financial institutions with asset-liability maturity mismatches are vulnerable to bank runs. The incentive to withdraw one's funds is created by the belief that others will withdraw their funds first. [132] In other words, a bank run is triggered by the belief that there will be a bank run. By the time creditors believe that there will be a bank run, the run has already started, and it is, generally, too late to prevent or avoid. Clearly, when bank runs occur, they arise very quickly and without warning.[133] The precipitous collapse of Lehman Brothers on September 15, 2008 was consistent with a run on the bank, which is not reasonably foreseeable.

---

[131] See Starr, M.A., and Yilmaz, R., "Bank Runs in Emerging Market Economies: Evidence From Turkey's Special Finance Houses," *Southern Economic Journal*, 73(4), April 2007: 1112-1132; See also Schotter, A., and Yorulmazer, T., "On the Dynamics and Severity of Bank Runs: An Experimental Study," *Journal of Financial Mediation*, 18 (2009): 217-241.

[132] For example, U.S. Treasury Secretary Timothy Geithner described the freezing of the credit markets as a "run" on the entities of the shadow banking system. See Geithner, T.F., "Causes of the Financial Crisis and the Case for Reform," Testimony Before the Financial Crisis Inquiry Commission, May 6, 2010.

[133] For a discussion of the run-on-the-bank phenomenon, see, for example, DeAngelo, H., DeAngelo, L., and Gilson, S. C., "The Collapse of First Executive Corporation: Junk Bonds, Adverse Publicity, and the 'Run on the Bank' Phenomenon," *Journal of Financial Economics,* 36 (March 1994): 287-336.

CONFIDENTIAL

**VIII.  The Freed Report Mischaracterizes the Evidence on Lehman, Drawing the Erroneous Conclusion that There Were Unmistakable Warnings in the Market**

91.  The Freed Report claims that there were "unmistakable warnings in the market place [sic] and the financial press that Lehman Brothers was facing severe and critical problems."[134] It also contends that "by August 2008, at the latest, Wachovia knew or should have known that investments in Lehman had become too risky for St. Petersburg's securities lending portfolio."[135]  To support these claims, the Freed Report includes a "summary narrative of the financial history of Lehman" that reviews market events leading up to Lehman's bankruptcy.[136]

92.  The financial history of Lehman contained in the Freed Report is selective and conceptually problematic.  First, the Freed Report's review of market events is contradicted by market prices, which, in an efficient market, incorporate all available public information.  Second, the Freed Report's review of market events is not representative of all of the information available in news articles and analysts' reports during this time period (economically speaking, the sample in the Freed Report suffers from selection bias).  Third, closer examination of the sources cited in the Freed Report indicates that much of the information used as support is either mischaracterized or contradicted in the same article that is cited.  Because of these issues, the Freed Report presents a biased and misleading summary of market information concerning Lehman that overstates investor concerns during the year preceding the bankruptcy filing.

**A.      The Freed Report's Financial History of Lehman Is Not Supported by Market Prices**

93.  As discussed earlier in my Report, in an efficient market, bond prices reflect

---

[134]      Freed Report, p. 7.

[135]      Freed Report, p. 11.

[136]      Freed Report, p. 7-11.

CONFIDENTIAL

rational investors' beliefs about the issuer's ability to repay its outstanding debts.[137]   The Freed Report's analysis of news articles and analysts' reports regarding Lehman selectively states investor concerns and does not comport with the market sentiment reflected by bond prices.   As the risk of a company's default increases, the prices of the company's bonds usually decline.   More specifically, if the market events listed in the Freed Report truly indicated to professional money managers such as Wachovia that Lehman's "severe and critical problems" were significant enough to affect Lehman's ability to pay its debts, then this indication would have been reflected in the prices of Lehman bonds.[138]   If the Lehman bankruptcy had been reasonably foreseeable, the price of its corporate debt should have fallen dramatically in the months preceding the bankruptcy filing.   However, as I discuss in Section IV, the price of Lehman's debt did not experience such a precipitous decline, and the price of Lehman's debt did not trade at a similar level to that of other firms that did eventually declare bankruptcy.[139]   In fact, even subordinated Lehman bonds traded above 85 cents on the dollar in the week prior to the bankruptcy filing.[140]

### B.   The Selection Bias in the Articles Cited in the Freed Report Undermines Its Conclusions

94.   Selection bias occurs when the sample drawn for observation or inferences is systematically distorted.[141]   The effect of selection bias is to render inferences drawn from the biased samples essentially meaningless.[142]   The Freed Report's financial history of Lehman does not cite a representative sample of news reports

---

[137]   Fabozzi, F. J., *The Handbook of Fixed Income Securities,* Seventh Edition, 2005, pp. 80-81.

[138]   Freed Report, p. 7.

[139]   See ¶26.

[140]   See ¶26.

[141]   Heckman, J. J., "Sample Selection Bias as a Specification Error," *Econometrica*, Volume 47, No. 1, January 1979, pp. 153-161 at p. 153.

[142]   "Ethical and Professional Standards and Quantitative Methods," CFA Program Level 1 Curriculum, Volume 1, 2010, p. 496.

CONFIDENTIAL

from the time period and suffers from selection bias. Beyond the cherry-picked examples cited in the Freed Report, there are several contemporaneous analysts' reports and other materials that render its conclusion meaningless. In this section, I provide some examples to outline the extent of the Freed Report's omissions.

95. To support its claims, the Freed Report excerpts comments from fixed income analysts' reports.[143]   However, the Freed Report fails to mention any equity analysts' reports regarding Lehman, and in doing so, the Freed Report omits a large number of analysts' reports that recommended buying Lehman and included favorable comments about the firm's fundamentals.[144]

96. As I discussed earlier in my report, at least 90 percent of analysts surveyed by Thomson IBES who followed Lehman during the period from July 1, 2007 to September 12, 2008 had a buy or hold recommendation for Lehman's stock.[145] Furthermore, in August and September 2008 the percentage of analysts recommending buy or hold for Lehman was greater than the percentage of analysts recommending buy or hold for Goldman Sachs or Merrill Lynch, neither of which filed for bankruptcy.[146]

97. Moreover, while the Freed Report cites two reports that discuss Bear Stearns and Lehman, it fails to cite any analysts' reports issued after the government-assisted

---

[143]   Freed Report, pp. 9-10.

[144]   It is important to note that equity holders in a firm represent a "residual claim" on the assets and income of the firm. That is, equity holders have claim to what is left over after employees, suppliers, bondholders, and other creditors have been paid during liquidation. See, for example, Bodie, Z., Kane, A., and Marcus, A. J., *Investments*, Seventh Edition, 2008, p. 39. Given that a bondholder's claim is higher in priority than an equity claim, positive statements or projections regarding Lehman's equity implicitly represent a positive outlook for the repayment of Lehman's debt.

[145]   According to Thomson, its Thomson IBES analyst research collection is the most comprehensive database of analysts' reports. It contains research from more than 1,400 analyst sources around the globe including Morgan Stanley, JPMorgan, Credit Suisse, Deutsche Bank, ABN AMRO, CA Cheuvreux, Jefferies & Company, CIBC World Markets, RBC Capital Markets, Société Générale, HSBC Global Research, BNP Paribas Securities, Macquarie, and Wachovia. ("Analyst Research," ThomsonOne, available at http://thomsonreuters.com/content/financial/pdf/i_and_a/ thomsononecom_ib_research.pdf, viewed on February 15, 2011.)

[146]   See ¶64 and Exhibit 27.

CONFIDENTIAL

acquisition of Bear Stearns which stated that the Lehman and Bear Stearns situations were not the same.[147]   Regarding the differences between these two firms, several analysts pointed to Lehman's international diversification, strong execution track record, and seasoned management.[148]   Additionally, immediately following the government-assisted acquisition of Bear Stearns, the Buckingham Research Group maintained its "Strong Buy" rating for Lehman while Wachovia acknowledged that, despite Lehman's significant mortgage exposures, Lehman "is a better firm than the market continues to give it credit for."[149]   A Morgan Stanley report issued in June 2008 conceded downside risk potential stemming from balance sheet overhang, the possibility of franchise erosion, and longer term revenue replacement concerns. The report, however, concluded that "comparisons to Bear do not hold up, particularly in the wake of the Fed's aggressive action in the wake of Bear's collapse."[150]

98.   Also, the Freed Report notes that Lehman announced losses for the second quarter of 2008,[151] but it fails to mention that many research analysts remained optimistic regarding Lehman's prospects throughout the summer of 2008.   As I illustrated earlier in my report, during this time period equity analysts noted Lehman's strength in revenue, solid capital footing, lowered exposure to risk, and increased diversification.[152]   For example, a Morgan Stanley analyst's report stated, "[w]e

---

[147]   Freed Report, pp. 9-10. I review these reports and discuss the Freed Report's mischaracterization of them in ¶¶105-107.

[148]   See ¶67.

[149]   "1Q08: Underlying Earnings Power Remains Intact," The Buckingham Research Group, March 19, 2008, p. 1; and "LEH: Lehman Defies Skeptics...Again – Lowering Est.," Wachovia, March 19, 2008, p. 1.

[150]   "Lehman Brothers: Bruised, Not Broken – and Poised for Profitability," Morgan Stanley, June 30, 2008, p. 8.

[151]   Freed Report, p. 10.

[152]   While acknowledging Lehman's negative results in Q2 2008 and the downside risks to the firm, these reports also discussed positive takeaways and upside potential which ultimately led them to place confidence in the firm's prospects going forward.   See, "Greater Than Expected Loss, But More Than in the Stock," The Buckingham Research Group, June 9, 2008, p. 2; "2Q08: Risks Are

CONFIDENTIAL

think LEH has adequate capital and liquidity to withstand [severe] write-downs and sufficient earnings power to generate low-double-digit ROE. A return to profitability in the context of reduced balance sheet overhang should help unlock valuation upside."[153]

99.  Finally, the Freed Report fails to note that as late as September 10, 2008, just days before Lehman's bankruptcy filing, many analysts did not have a sell recommendation for Lehman. Credit Suisse and JPMorgan rated Lehman "Neutral," and Fox-Pitt rated it "Outperform," stating that the "franchise does not appear to have been impacted by the negative headlines and weak stock performance."[154] The following day, analysts continued to assign Lehman ratings of "Outperform," "Buy," "Hold," "Market Perform," "Neutral," and "Underweight."[155]

100.  Based on my review of the sources cited in the Freed Report, as well as numerous additional equity reports filed between July 1, 2007 and September 15, 2008, the sources that the Freed Report presents appear to be an unrepresentative sample that mischaracterizes the analysts' opinions and overlooks valuable information.

---

Coming Down; Reaffirm S. Buy," The Buckingham Research Group, June 17, 2008, pp. 1, 3, and 4; and "Plausible Downside on Fundamentals Is Priced In," Morgan Stanley, July 24, 2008, p. 1.

[153]  "Plausible Downside on Fundamentals Is Priced In," Morgan Stanley, July 24, 2008, p. 1.

[154]  "Starting the Clean Up: Follow Through Critical," Credit Suisse, September 10, 2008, p. 1; "Management Has Plan, Not Action -- We Await Inv. Mgmt Sale," JPMorgan, September 10, 2008, p. 1; and "LEH 3Q08: Core Results As Expected, Dispositions Bigger," Fox-Pitt Kelton Cochran Caronia Waller, September 10, 2008, p. 1.

[155]  "LEH: A Great Restructuring Plan, But Will the Markets Get It?," Fox-Pitt Kelton Cochran Caronia Waller, September 11, 2008, p. 1; "Lehman's Non-Strategy," Ladenburg Thalmann, September 11, 2008, p. 1; "Downgrade from Buy to Hold on Rating Agency Reports," Deutsche Bank, September 11, 2008, p. 1; "LEH: Pre-Announces and Highlights Initiatives—Adjusting Ests," Wachovia Capital Markets, LLC, September 11, 2008, p. 1; "Rating Agency Risk Too High," The Buckingham Research Group, September 11, 2008, p. 1; and "De-risking and Depending on Markets to Hold," HSBC Global Research, September 11, 2008, p. 1.

CONFIDENTIAL

C.   **The Freed Report's Financial History of Lehman Mischaracterizes Quotations from News Articles and Analysts' Reports**

101. The Freed Report claims that "the fate of Lehman had been foreshadowed by the collapse of the Bear Sterns hedge funds..."[156]  In its financial history of Lehman, the Freed Report cites several sources meant to link Lehman to Bear Stearns with regard to investment risk and ultimate prospects for survival.  The excerpts that the Freed Report draws upon for support are often presented out of context.  In several instances, the Freed Report presents quotations from sources that also contain comments that contradict the intended point of the Freed Report, including positive statements regarding Lehman's future outlook and ability to manage through the credit crisis.

102. For example, the Freed Report cites a March 15, 2008 *Wall Street Journal* article that asserts that Lehman was "Bear's closest cousin on Wall Street."[157]  However, the same article also states, "[l]ike Bear, Lehman is a big bond player and also one of the smaller Wall Street firms. But it is on sturdier ground than Bear, many investors said. 'I'm pretty comfortable with Lehman's liquidity,' said [Michael Peterson, director of research at Pzena Investment Management], whose firm owns Lehman shares. 'The lessons of 1998 were not at all lost on Lehman.'"[158]  The author of the article also recognizes that Lehman's liquidity access was much stronger than Bear's, stating, "[i]n a crunch, Lehman may be able to raise cash by selling another big pool of liquid assets, which is valued at more than $60 billion. Adding that to the liquidity cash reserve gives Lehman a potential $100 billion cash pile, equal to 54% of collateralized financing. That is ahead of some other brokers and far stronger than Bear's 31%."[159]  The article also notes that Lehman

---

156   Freed Report, p. 7.
157   Freed Report, p. 9.
158   Eaves, P., and Reilly, D., "Heard on the Street," *Wall Street Journal*, March 15, 2008.
159   Eaves, P., and Reilly, D., "Heard on the Street," *Wall Street Journal*, March 15, 2008.

51

CONFIDENTIAL

was less reliant on short-term borrowing than it was in 1998.[160]   These points are simply omitted from the Freed Report.

103.   The Freed Report cites another *Wall Street Journal* article from March 18, 2008 that states that Lehman "also makes relatively high use of the same short-term debt obligation known as repos, which turned out to be Bear Stearns's Achilles heel."[161]   However, the Freed Report disregards the section of the article which reports positive developments regarding Lehman's stock and CDS prices: "[b]y midday shares in Lehman had risen 40%, while Goldman, which has fared relatively well over the past year, climbed 13%. Meanwhile, credit-protection costs for both firms, which have become a proxy measure of traders' nerves about banks' liquidity, declined. The glow of the earnings helped lighten suspicions of other firms that some investors feared would follow in Bear's footsteps."[162]

104.   The Freed Report also cites an April 1, 2008 *Wall Street Journal* article which references a Bank of America analyst's report stating mortgages represented 29% of Lehman's total assets.[163]   Again, the Freed Report ignores the positive statements regarding Lehman's outlook in the same article.  The article notes, "[Lehman] says it has enough cash on hand to weather the current crisis, $31 billion in cash and cash equivalents and another $65 billion in assets it can easily borrow against. Furthermore, thanks to a recent change in the rules, it now has access for the first time to Federal Reserve funds, a move that gives Lehman access to an essentially unlimited pool of money at the same rate as commercial banks."[164]

105.   The Freed Report continues to mischaracterize analysts' findings by citing portions of a June 5, 2008 JPMorgan Short-Term Fixed Income research report.

---

[160]   Eaves, P., and Reilly, D., "Heard on the Street," *Wall Street Journal*, March 15, 2008.

[161]   Freed Report, p. 9.

[162]   Moroney, Robin, "No News, Good News," *Wall Street Journal*, March 18, 2008.

[163]   Freed Report, p. 9.

[164]   Craig, S., "Lehman Wants to Short-Circuit Short Sellers," *Wall Street Journal*, April 1, 2008.

CONFIDENTIAL

The Freed Report references the research report's discussion of the concerns of certain investors changing their willingness to fund Lehman in the light of potential future ratings downgrades.[165] However, the Freed Report overlooks the the JPMorgan analysts' opinion that a ratings downgrade would not necessarily be life threatening to Lehman:

> *[For both Lehman and Merrill Lynch] the issuers would continue to qualify as First Tier securities under 2a-7 since at least two NRSROs continue to rate these firms in the agencies respective highest short-term rating categories. In fact, both MER and LEH each currently carry short-term ratings from four NRSROs (S&P, Moody's, Fitch and DBRS), and so would have to be downgraded to the second highest rating category by three of the four before they were considered Second Tier under rule 2a-7. Many prime funds take some or all of their broker exposure in the form of repurchase agreements (repo) which do not necessarily count for purposes of calculating issuer concentrations. Rule 2a-7's portfolio diversification standards permit a fund to "look-through" a repo to the underlying collateral and disregard the counterparty in determining compliance with the rule. In effect, this means even if one or more of these brokers were downgraded to Second Tier access to the repo market and the funding it provides could continue. Whether it actually would continue is a different story.[166]*

106. The same report also notes that Lehman has access to federal funding for emergency backstop funding as well as other alternative sources of funding.[167] These details led the JPMorgan analyst to conclude that "the combination of these factors partly mitigate the risks of a major insolvency event like that suffered by Bear Stearns,"[168] and that "[i]n the end, S&P's rating actions this week will impact how liquidity investors view the affected firms, but at this time we do not think

---

[165]   Freed Report, pp. 9-10.

[166]   Roever, A., JPMorgan Short-Term Fixed Income Research Note, June 5, 2008, p. 2. WACH-STPETE 165534 – 165538 (Deposition Exhibit 40) at 165535.

[167]   Roever, A., JPMorgan Short-Term Fixed Income Research Note, June 5, 2008, p. 3. WACH-STPETE 165534 – 165538 (Deposition Exhibit 40) at 165536.

[168]   Roever, A., JPMorgan Short-Term Fixed Income Research Note, June 5, 2008, p. 3. WACH-STPETE 165534 – 165538 (Deposition Exhibit 40) at 165536.

CONFIDENTIAL

these moves are likely to spark a funding crisis for either [Merrill Lynch] or [Lehman]."[169]  The Freed Report omits any mention of these observations.

107.  The Freed Report also cites a July 11, 2008 Wachovia analyst's report, noting, "concerns regarding the possibility of a Bear Stearns-like liquidity run at Lehman Brothers have weighed on its spreads over the past few weeks."[170]  The Freed Report ignores the two sentences which immediately follow. In these sentences, the Wachovia analysts acknowledge, "However, the response has been more muted than it arguably might have been otherwise due to LEH's access to the Fed window. Whereas BSC's five-year CDS surged to more than 700 bps over prior to its demise, LEH's five-year CDS is currently trading at 304 bps over as, in our opinion, access to the Fed window would give LEH time to engineer a sale versus undergoing a Bear Stearns-style capitulation."[171]

108.  Finally, the Freed Report notes that Moody's downgraded Lehman's short term rating from A1 to A2 on July 17, 2008.[172]  However, the Freed Report does not acknowledge Moody's positive remarks regarding Lehman: "Lehman has been proactive in its efforts at bolstering capital and de-leveraging its balance sheet. Moody's said that over the past two quarters Lehman has made significant progress reducing its exposures to commercial and residential real estate."[173]  Moody's also noted that the $6 billion in capital Lehman raised in June left Lehman "well positioned to absorb potential valuation marks that are within Moody's stress-case expectations."[174]

---

[169]  Roever, A., JPMorgan Short-Term Fixed Income Research Note, June 5, 2008, p. 4. WACH-STPETE 165534 – 165538 (Deposition Exhibit 40) at 165537.

[170]  Freed Report, p. 10.

[171]  Burnell, M., and Strecker, J., Wachovia Fixed Income Research, July 11, 2008, p. 2. WACH-STPETE 089670 - 089709 (Deposition Exhibit 45) at 086372.

[172]  Freed Report, p. 10.

[173]  "Rating Action: Moody's lowers Lehman Brothers rating to A2; outlook negative," Moody's Investors Service, July 17, 2008.

[174]  "Rating Action: Moody's lowers Lehman Brothers rating to A2; outlook negative," Moody's Investors Service, July 17, 2008.

CONFIDENTIAL

109. To summarize, the Freed Report's financial history of Lehman is misleading and mischaracterizes the positions of the authors that it cites. Not only does the Freed Report fail to investigate market indicators such as bond prices and CDS spreads, it also fails to report a representative selection of information. It ignores positive remarks made regarding Lehman in the same sources that it cites, and it presents a biased and distorted view of market sentiment in the time period leading up to Lehman's bankruptcy.

Signed: _R   Glenn Hubbard_

Robert Glenn Hubbard

August 24, 2011

CONFIDENTIAL

Exhibit 1

## Lehman's 25 Largest U.S. Dollar Debt Issuances at Time of Default

| CUSIP[1] | Seniority | Issue Date | Years to Maturity from Issuance | Maturity Date | Coupon | Coupon Rate | Issued Amount ($ millions) | Notes |
|---|---|---|---|---|---|---|---|---|
| 5252M0JZ9 | Senior Unsecured | 1/22/2008 | 5.0 | 1/24/2013 | Fixed Rate | 5.625% | $ 4,000 | |
| 52517P2K6 | Senior Unsecured | 5/25/2007 | 3.0 | 5/25/2010 | Variable | LIBOR 3M + 14 bp | 2,750 | |
| 5252A03D4 | Senior Unsecured | 4/24/2008 | 10.0 | 5/2/2018 | Fixed Rate | 6.875% | 2,500 | |
| 52517P5X5 | Senior Unsecured | 9/26/2007 | 7.0 | 9/26/2014 | Fixed Rate | 6.200% | 2,250 | |
| 524908R36 | Junior Subordinated | 7/19/2007 | 10.0 | 7/19/2017 | Fixed Rate | 6.500% | 2,000 | [2] |
| 524908TN4 | Subordinated | 5/9/2008 | 30.0 | 5/11/2038 | Fixed Rate | 7.500% | 2,000 | [2] |
| 52517PW31 | Senior Unsecured | 3/23/2007 | 2.0 | 3/23/2009 | Variable | LIBOR 3M + 7 bp | 1,600 | |
| 52517P5C6 | Senior Unsecured | 1/10/2002 | 10.0 | 1/18/2012 | Fixed Rate | 6.625% | 1,500 | |
| 52517PR78 | Senior Unsecured | 1/12/2007 | 5.0 | 1/12/2012 | Variable | LIBOR 3M + 23 bp | 1,500 | |
| 52517PR60 | Senior Unsecured | 1/12/2007 | 5.1 | 2/6/2012 | Fixed Rate | 5.250% | 1,500 | |
| 52517P4C2 | Senior Unsecured | 7/19/2007 | 5.0 | 7/19/2012 | Fixed Rate | 6.000% | 1,500 | |
| 524908R44 | Subordinated | 7/19/2007 | 30.0 | 7/17/2037 | Fixed Rate | 6.875% | 1,500 | [2] |
| 524908TM6 | Subordinated | 12/21/2007 | 10.0 | 12/28/2017 | Fixed Rate | 6.750% | 1,500 | [2] |
| 52517PN98 | Senior Unsecured | 11/16/2006 | 3.0 | 11/16/2009 | Variable | LIBOR 3M + 10 bp | 1,350 | |
| 524908UB4 | Subordinated | 10/24/2006 | 10.2 | 1/3/2017 | Fixed Rate | 5.750% | 1,250 | [2] |
| 52517PVV0 | Senior Unsecured | 2/25/2004 | 10.0 | 3/13/2014 | Fixed Rate | 4.800% | 1,150 | |
| 524908W97 | Senior Unsecured | 9/27/2007 | 2.0 | 9/25/2009 | Variable | LIBOR 3M + 16 bp | 1,135 | [2] [3] [4] |
| 52517PYN5 | Senior Unsecured | 1/11/2005 | 5.0 | 1/27/2010 | Fixed Rate | 4.250% | 1,100 | |
| 524908CM0 | Senior Unsecured | 8/15/2007 | 10.0 | 8/15/2010 | Fixed Rate | 7.875% | 1,000 | |
| 52517PA35 | Senior Unsecured | 7/13/2005 | 5.0 | 7/26/2010 | Fixed Rate | 4.500% | 1,000 | |
| 52517PF63 | Senior Unsecured | 3/29/2006 | 10.0 | 4/4/2016 | Fixed Rate | 5.500% | 1,000 | |
| 52517PG21 | Senior Unsecured | 4/3/2006 | 3.0 | 4/3/2009 | Variable | LIBOR 3M + 9 bp | 1,000 | |
| 52517PQ46 | Senior Unsecured | 12/21/2006 | 2.0 | 12/23/2008 | Variable | LIBOR 3M + 5 bp | 1,000 | |
| 52517PSY3 | Senior Unsecured | 9/26/2007 | 20.0 | 9/27/2027 | Fixed Rate | 7.000% | 1,000 | |
| 52517PD65 | Senior Unsecured | 12/21/2005 | 5.0 | 12/23/2010 | Variable | LIBOR 3M + 21 bp | 975 | |
| | | | | | | Total | $ 39,060 | |
| | | | | | | Total long-term borrowings as of 5/31/2008 | 128,182 | |
| | | | | | | Percent contained in this sample | 30% | |

**Notes:**

[1] Zero-coupon securities were issued at a discount to par value and are excluded from this sample.

[2] CUSIPs 524908R36, 524908TN4, 524908TM6, 524908R44, 524908UB4, and 524908W97 were identified as callable securities.

[3] No price data is available for CUSIP 524908W97.

[4] Spread to benchmark interest rate increased annually. The coupon rate shown applies to the first year after the issuance date.

**Sources:**

[1] Bloomberg L.P.

[2] Lehman Brothers Holdings Inc., Form 10-Q for the quarterly period ended May 31, 2008.

[3] Pricing Supplements to the Prospectuses for CUSIPs 52517P2K6, 52517PW31, 52517PR78, 52517PN98, 52517PVV0, 524908W97, 52517PG21, 52517PQ46, and 52517PD65.

CONFIDENTIAL

Exhibit 2
Lehman Debt Issuances

**Lehman At-Issue Note**

| CUSIP | Seniority | Issue Date | Years to Maturity from Issuance | Maturity Date | Coupon Rate | Issued Amount ($ millions) | Notes |
|---|---|---|---|---|---|---|---|
| 52517PW56 | Senior Unsecured | 3/23/2007 | 2.0 | 3/23/2009 | Fed Funds (Open) + 16 bp | 650 | [1] |

**Comparable Lehman Notes**

| CUSIP | Seniority | Issue Date | Years to Maturity from Issuance | Maturity Date | Coupon Rate | Issued Amount ($ millions) | Notes |
|---|---|---|---|---|---|---|---|
| 52517PE23 | Senior Unsecured | 1/25/2006 | 3.0 | 1/23/2009 | LIBOR 3M + 9 bp | 500 | [2] |
| 52517PG21 | Senior Unsecured | 4/3/2006 | 3.0 | 4/3/2009 | LIBOR 3M + 9 bp | 1,000 | [2] [3] |
| 52517PQ46 | Senior Unsecured | 12/21/2006 | 2.0 | 12/23/2008 | LIBOR 3M + 5 bp | 1,000 | [2] [3] |
| 52517PW31 | Senior Unsecured | 3/23/2007 | 2.0 | 3/23/2009 | LIBOR 3M + 7 bp | 1,600 | [2] [3] |

Notes:

[1] The Lehman At-Issue Note is identified in the Written Report of Laurence Freed, dated July 27, 2011.
[2] Because the Lehman At-Issue Note has limited TRACE pricing data, I used a set of comparable Lehman notes to impute the price of the Lehman At-Issue Note. I selected comparable notes that (1) are senior unsecured, (2) have a maturity date between and including December 23, 2008 and June 23, 2009 (i.e., three months before and after the Lehman At-Issue Note's maturity date), (3) are not subject to an early redemption option, (4) have a coupon rate benchmarked to an interest rate index, and (5) have TRACE prices for at least 50 days in the period between January 1, 2007 and September 15, 2008.
[3] These issuances are also included in the largest 25 Lehman Brothers U.S. dollar debt issuances. See Exhibit 1 for comparison.

Source:
[1] Bloomberg L.P.
[2] Lehman Brothers Holdings Inc., Form 424(b)(3), October 19, 2005.
[3] Lehman Brothers Holdings Inc., Form 424(b)(3), August 23, 2006.
[4, ] Lehman Brothers Holdin_s Inc., Form 424_b_3_, December 18, 2006.
[5] Lehman Brothers Holdings Inc., Form 424(b)(3), January 20, 2006.
[6] Lehman Brothers Holdings Inc., Form 424(b)(2), March 20, 2007.

CONFIDENTIAL

**Exhibit 3**

**Weighted-Average Prices for Lehman's 25 Largest U.S. Dollar Debt Issuances by Seniority**

**July 1, 2007 - September 30, 2008**



**Notes:**

[1] Weighted-average prices for Lehman's 25 largest U.S. dollar debt issuances are computed daily. The average is weighted by the issuance amount of each bond issue. Bonds are weighted and graphed only on the dates for which pricing information is present.

[2] The subordinated bonds include one CUSIP (52490RR36) classified as junior subordinated.

[3] Lehman's 25 largest U.S. dollar debt issuances are as of the time of default. See Exhibit 1 for a description of these issuances.

[4] See Exhibit 2 for a description of the Lehman At-Issue Note.

[5] Prices close to par value after Lehman's bankruptcy were removed. According to trade reports posted by FINRA, these prices represent cancelled trades or special trades at seller's option.

[6] No price data are available for CUSIP 524908W97.

**Sources:**

[1] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L.P.

[2] FINRA.

CONFIDENTIAL

**Exhibit 4**
**Bond Value as a Percent of the Value 12 Months Prior to Lehman's Bankruptcy Filing**
**Comparable Financial Companies**

| Company | Days Prior to Lehman's Bankruptcy Filing, September 15, 2008 [1][2][3] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 |
| **Investment Banks** | | | | | | | | | | |
| Bear Stearns Companies Inc [4] | 100.0% | 99.4% | | | | | | | | |
| Goldman Sachs Group, Inc | 100.0% | 102.0% | 100.1% | 99.3% | 97.6% | 98.5% | 98.0% | 97.4% | 98.1% | 96.5% |
| Merrill Lynch & Co, Inc [5] | 100.0% | 100.1% | 96.6% | 94.1% | 93.0% | 94.4% | 89.8% | 91.8% | 90.5% | 76.2% |
| Morgan Stanley | 100.0% | 100.2% | 97.1% | 97.7% | 94.1% | 95.0% | 96.0% | 97.1% | 94.7% | 95.0% |
| **Banking and Financial Institutions [6]** | | | | | | | | | | |
| American Express Co | 100.0% | 101.7% | 99.2% | 98.8% | 96.7% | 95.4% | 96.3% | 95.4% | 96.1% | 94.6% |
| Ameriprise Financial, Inc | 100.0% | 101.7% | 99.1% | 96.4% | 94.6% | 95.2% | 95.8% | 94.6% | 98.5% | 99.7% |
| Bank of America Corp [5] | 100.0% | 102.3% | 102.7% | 102.1% | 101.3% | 102.3% | 102.2% | 102.3% | 102.4% | 101.7% |
| Bank of New York Mellon Corp | 100.0% | 101.5% | 101.7% | 101.2% | 99.6% | 100.7% | 102.4% | 101.6% | 101.5% | 99.4% |
| BB&T Corp | 100.0% | 100.9% | 100.6% | 98.1% | 93.0% | 93.3% | 94.9% | 93.8% | 96.3% | 96.3% |
| Capital One Financial Corp | 100.0% | 97.9% | 97.1% | 97.7% | 94.5% | 95.0% | 95.1% | 94.2% | 93.5% | 92.0% |
| Citigroup Inc | 100.0% | 99.5% | 98.0% | 98.5% | 95.9% | 97.5% | 97.8% | 96.6% | 96.6% | 96.5% |
| Fifth Third Bancorp | 100.0% | 99.5% | 95.5% | 92.1% | 77.0% | 78.2% | 78.6% | 78.6% | 71.8% | 75.8% |
| Ford Motor Credit Company LLC [7] | 100.0% | 95.9% | 90.1% | 96.6% | 89.4% | 90.6% | 89.7% | 90.1% | 90.3% | 92.0% |
| General Electric Capital Corp [7] | 100.0% | 101.1% | 100.7% | 98.7% | 97.5% | 98.7% | 98.7% | 98.3% | 99.3% | 98.3% |
| JPMorgan Chase & Co [4] | 100.0% | 100.4% | 101.3% | 100.2% | 99.4% | 99.6% | 100.0% | 100.4% | 99.1% | 99.2% |
| National City Corp [8] | 100.0% | 97.2% | 92.8% | 83.9% | 69.2% | 73.4% | 71.7% | 74.4% | 69.7% | 71.3% |
| PNC Financial Services Group, Inc [8][9] | 100.0% | 100.0% | 98.1% | 97.4% | 97.7% | 96.4% | 98.0% | 98.2% | 100.0% | 98.1% |
| Regions Financial Corp | 100.0% | 99.1% | 97.0% | 95.7% | 93.2% | 88.0% | 91.3% | 91.7% | 90.6% | 91.6% |
| SLM Corp | 100.0% | 99.7% | 88.0% | 98.5% | 96.9% | 98.6% | 97.4% | 97.1% | 98.5% | 96.4% |
| State Street Corp | 100.0% | 98.2% | 98.6% | 98.1% | 95.7% | 99.3% | 98.3% | 98.9% | 98.5% | |
| SunTrust Banks, Inc | 100.0% | 99.8% | 99.7% | 95.8% | 92.1% | 94.4% | 97.0% | 94.8% | 97.8% | 96.4% |
| U S Bancorp | 100.0% | 100.3% | 100.5% | 99.8% | 97.4% | 99.4% | 100.4% | 101.2% | 100.8% | 101.9% |
| Wachovia Corp [10] | 100.0% | 99.7% | 99.6% | 97.3% | 92.7% | 91.5% | 92.0% | 90.6% | 91.2% | 89.3% |
| Wells Fargo & Co [10] | 100.0% | 99.9% | 99.5% | 99.5% | 98.9% | 99.3% | 99.9% | 101.4% | 98.7% | 100.2% |
| **Mean [11]** | **100.0%** | **99.9%** | **98.0%** | **97.3%** | **93.8%** | **94.5%** | **94.8%** | **94.8%** | **94.5%** | **93.6%** |
| **Median [11]** | **100.0%** | **99.9%** | **99.1%** | **98.1%** | **95.7%** | **95.4%** | **97.0%** | **96.6%** | **97.8%** | **96.4%** |
| Lehman [12] | 100.0% | 101.2% | 94.3% | 95.8% | 93.4% | 94.6% | 93.2% | 92.7% | 82.9% | 76.0% |
| Lehman At-Issue Note [13] | 100.0% | 100.2% | 98.3% | 99.8% | 98.9% | 99.3% | 99.3% | 99.8% | 98.6% | 84.5% |

Notes:

[1] For figures fewer than 30 days prior to September 15, 2008, the last available trading price within the two trading day window ending on the specified date is used

[2] For figures 30 days or more prior to September 15, 2008, the last available trading price within the 30 calendar day window ending on the specified date is used. Bonds without price data are excluded from this analysis

[3] Figures for companies other than Lehman are calculated as the weighted average of bond value as a percent of the bond value 365 days prior to September 15, 2008, using the company's ten largest outstanding U S Dollar corporate bond issues that were issued at least one year prior to Lehman's bankruptcy filing; in the case of several bonds qualifying for the tenth largest issuance, all are included. The average is weighted by the issuance amount of each bond issue

[4] JPMorgan Chase & Co announced the acquisition of The Bear Stearns Companies Inc on March 16, 2008

[5] Bank of America Corp announced the acquisition of Merrill Lynch & Co, Inc on September 14, 2008

[6] Banking and financial institutions are identified by Capital IQ See Footnote 8 of the Expert Report for further detail

[7] The debt issuances of the financial subsidiaries of Ford Motor Co and General Electric Co (Ford Motor Credit LLC and General Electric Capital Corp, respectively) are used in this analysis to account for the non-financial business components of these firms

[8] PNC Financial Services Group, Inc announced the acquisition of National City Corp on October 24, 2008

[9] Bonds issued by PNC Funding Corp and unconditionally guaranteed by PNC Financial Services Group, Inc or its predecessor, PNC Bank Corp, are used in this analysis

[10] Wells Fargo & Co announced the acquisition of Wachovia Corp on October 3, 2008

[11] Mean and median exclude Lehman

[12] Figures for Lehman rely on the company's 25 largest U S Dollar debt issuances outstanding as of the bankruptcy filing on September 15, 2008 (see Exhibit 1) Seven of these issuances are excluded from this analysis, as they were issued less than one year prior to the bankruptcy filing

[13] The Lehman At-Issue Note is identified in the Written Report of Laurence Freed, dated July 27, 2011

[14] All prices used in this analysis are sourced from TRACE as reported by FINRA. Use of an alternative source, Bloomberg Generic Pricing offered by Bloomberg L P, does not yield meaningfully different results

[15] The Capital Group Companies, Inc did not have any debt issuances outstanding as of Lehman's bankruptcy filing and is excluded from this analysis

Sources:

[1] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L P

[2] Capital IQ

[3] Pricing Supplements to the Prospectuses for the debt issuances of PNC Funding Corp, CUSIPs 693476AZ, 693476BB, 693476AT, 693476AP, 693476BC, 693476BA, 693476AW, 69347UAC, 693476AV, and 693476AL

CONFIDENTIAL

**Exhibit 5**

**Bond Value as a Percentage of Bond Value 12 Months Prior to Bankruptcy Filing**

**Banking and Financial Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1][2][3] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 |
| BankUnited Financial Corp. | 5/21/2009 | 100.0% | 70.1% | 22.6% | 21.2% | 18.1% | 15.8% | | | 81.4% | 53.9% |
| Capmark Financial Group Inc. | 10/25/2009 | 100.0% | 114.3% | 80.4% | 61.0% | 63.1% | 66.8% | 56.4% | 54.4% | 56.3% | 107.7% |
| CIT Group Inc. | 11/1/2009 | 100.0% | 136.8% | 123.2% | 93.0% | 100.8% | 112.0% | 106.8% | 109.2% | 108.8% | |
| Downey Financial Corp. | 11/25/2008 | 100.0% | 87.9% | 71.1% | 62.9% | 31.2% | 8.2% | | | | |
| Franklin Bank Corp. | 11/12/2008 | 100.0% | | 42.0% | 33.8% | | | | | | |
| Fremont General Corp. | 6/18/2008 | 100.0% | 90.3% | 95.3% | 59.7% | 91.5% | 91.5% | | | | |
| Thornburg Mortgage, Inc. | 5/1/2009 | 100.0% | 85.0% | 24.1% | 29.5% | 23.1% | 2.6% | | | | |
| Washington Mutual, Inc. | 9/26/2008 | 100.0% | 91.3% | 84.6% | 87.3% | 70.6% | 68.4% | 50.2% | 33.0% | 54.3% | 27.5% |
| Mean [4] | | 100.0% | 96.5% | 67.9% | 56.0% | 56.9% | 52.2% | 71.2% | 65.5% | 75.2% | 63.0% |
| Median [4] | | 100.0% | 90.3% | 75.8% | 60.4% | 63.1% | 66.8% | 56.4% | 54.4% | 68.8% | 53.9% |
| Lehman [5] | 9/15/2008 | 100.0% | 101.2% | 94.3% | 95.8% | 93.4% | 94.6% | 93.2% | 92.7% | 82.9% | 76.0% |
| Lehman At-Issue Note [6] | | 100.0% | 100.2% | 98.3% | 99.8% | 98.9% | 99.3% | 99.3% | 99.8% | 98.6% | 84.5% |

Notes:

[1] For figures fewer than 30 days prior to bankruptcy filing, the last available trading price within the two trading day window ending on the specified date is used.

[2] For figures 30 days or more prior to bankruptcy filing, the last available trading price within the 30 calendar day window ending on the specified date is used. Bonds without price data are excluded from this analysis.

[3] Figures for companies other than Lehman are calculated as the weighted average of bond value as a percent of bond value 365 days prior to bankruptcy filing, using up to ten of the company's largest outstanding U.S. Dollar corporate bond issues that were issued at least one year prior to the company's bankruptcy filing. The average is weighted by the issuance amount of each bond issue.

[4] Mean and median exclude Lehman.

[5] Figures for Lehman rely on the company's 25 largest U.S. Dollar debt issuances outstanding as of the bankruptcy filing on September 15, 2008 (see Exhibit 1). Seven of these issuances are excluded from this analysis, as they were issued less than one year prior to the bankruptcy filing.

[6] The Lehman At-Issue Note is identified in the Written Report of Laurence Freed, dated July 27, 2011.

[7] Banking and financial companies are those that have an industry classification of "Banking & Finance" as classified by BankruptcyData.com.

[8] Advanta Corp., American Home Mortgage Investment Corp., AmTrust Financial Corp., Capital Corp of the West, Colonial BancGroup, Inc., Delta Financial Corp., Guaranty Financial Group Inc., HomeBanc Corp., Imperial Capital Bancorp, Inc., IndyMac Bancorp, Inc., Integrity Bancshares, Inc., Irwin Financial Corp., Luminent Mortgage Capital, Inc., NetBank, Inc., New Century Financial Corp., People's Choice Financial Corp., PFF Bancorp, Inc., ResMAE Mortgage Corp., Security Bank Corp., Silver State Bancorp, Taylor, Bean & Whitaker Mortgage Corp., Temecula Valley Bancorp Inc., UCBH Holdings, Inc., and Vineyard National Bancorp are excluded from this sample, as bond price data for these issuers are not available for the relevant time period.

[9] All prices used in this analysis are sourced from TRACE as reported by FINRA. Use of an alternative source, Bloomberg Generic Pricing offered by Bloomberg L.P., does not yield meaningfully different results.

Sources:

[1] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com.

[2] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L.P.

CONFIDENTIAL

**Exhibit 6**
**Bond Value as a Percentage of Bond Value 12 Months Prior to Bankruptcy Filing**
**Companies in Other Industries with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1][2][3] | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 |
| AbitibiBowater Inc | 4/16/2009 | 100.0% | 109.3% | 52.6% | 33.2% | 34.1% | 22.6% | 14.2% | 26.1% | 42.7% | |
| Aleris International, Inc | 2/12/2009 | 100.0% | 105.7% | 101.9% | 42.9% | 12.7% | 14.4% | 14.0% | 16.9% | 2.0% | 1.2% |
| Apex Silver Mines Limited | 1/12/2009 | 100.0% | 84.6% | 55.9% | 14.0% | 8.9% | 1.4% | 2.8% | 8.4% | 2.8% | 2.1% |
| Bally Total Fitness Holding Corp | 12/3/2008 | 100.0% | 66.6% | 68.0% | | 22.7% | 0.6% | | 0.1% | | |
| Charter Communications, Inc | 3/27/2009 | 100.0% | 102.1% | 74.3% | 7.8% | 7.2% | 11.3% | | | | 13.4% |
| Chemtura Corp | 3/18/2009 | 100.0% | 102.8% | 95.5% | 49.4% | 53.4% | 41.9% | 45.3% | 32.4% | 33.0% | 31.3% |
| Chrysler LLC | 4/30/2009 | 100.0% | 85.1% | 70.0% | 63.3% | 64.0% | 62.6% | 65.4% | 65.8% | 67.1% | 63.4% |
| Citadel Broadcasting Corp | 12/20/2009 | 100.0% | 67.8% | | | | 39.5% | | | | |
| General Motors Corp | 6/1/2009 | 100.0% | 71.6% | 30.7% | 18.2% | 16.4% | 13.3% | 6.2% | 8.1% | 9.3% | 13.6% |
| Hawaiian Telcom Communications, Inc | 12/1/2008 | 100.0% | 80.2% | 39.8% | 26.4% | 20.8% | 10.3% | 0.1% | | | |
| Herbst Gaming, Inc | 3/22/2009 | 100.0% | 147.3% | 38.7% | 0.1% | 0.1% | 0.7% | | 1.6% | 0.8% | 0.7% |
| Idearc Inc | 3/31/2009 | 100.0% | 95.0% | 36.8% | 11.5% | 6.1% | 3.1% | 3.0% | 2.3% | 3.1% | 5.6% |
| ION Media Networks, Inc | 5/19/2009 | 100.0% | 105.8% | 6.7% | 0.5% | 0.0% | 0.0% | | | | |
| LandAmerica Financial Group, Inc | 11/26/2008 | 100.0% | 126.4% | 99.0% | 84.0% | 85.4% | 81.7% | | | | |
| Lear Corp | 7/7/2009 | 100.0% | 66.1% | 53.2% | 26.0% | 28.7% | 35.0% | 26.3% | 30.9% | 45.7% | 45.7% |
| Linens 'n Things, Inc | 5/2/2008 | 100.0% | 68.9% | 67.9% | 48.3% | 42.6% | 40.0% | 44.7% | 44.7% | 51.1% | 46.3% |
| Magna Entertainment Corp | 3/5/2009 | 100.0% | 73.4% | 75.7% | 63.7% | 52.1% | | | | | 28.4% |
| Masonite Corp | 3/16/2009 | 100.0% | 95.7% | 41.2% | 11.6% | 12.3% | 7.6% | | 4.0% | | |
| Metaldyne Corp | 5/27/2009 | 100.0% | 51.4% | 23.9% | 34.2% | | 30.3% | | | | |
| Movie Gallery, Inc | 10/16/2007 | 100.0% | 122.6% | 144.4% | 62.9% | 25.0% | 64.5% | 57.3% | 56.5% | 50.4% | 50.8% |
| Nortel Networks Corp / Nortel Networks, Inc | 1/14/2009 | 100.0% | 91.2% | 91.3% | 67.3% | 29.7% | 17.4% | 20.8% | | 19.4% | 22.7% |
| NTK Holdings, Inc | 10/21/2009 | 100.0% | 37.1% | 32.9% | 15.0% | 14.3% | 7.7% | | 7.3% | | |
| Pilgrim's Pride Corp | 12/1/2008 | 100.0% | 94.3% | 92.3% | 89.4% | 43.3% | 27.5% | 10.2% | 10.4% | 11.8% | 4.6% |
| Quebecor World (USA), Inc | 1/21/2008 | 100.0% | 103.9% | 98.1% | 97.0% | 90.4% | 88.8% | 86.9% | 77.4% | 70.5% | 70.0% |
| R H Donnelley Corp | 5/28/2009 | 100.0% | 74.4% | 20.6% | 7.0% | 11.9% | 8.6% | 6.4% | 3.9% | 12.8% | 10.5% |
| Reader's Digest Association, Inc | 8/24/2009 | 100.0% | 40.4% | 14.2% | 16.9% | 24.6% | 7.5% | | | 13.3% | 4.2% |
| Six Flags, Inc | 6/13/2009 | 100.0% | 97.4% | 26.1% | 24.3% | 16.2% | 20.8% | 23.7% | 20.4% | 19.7% | 15.2% |
| Smurfit-Stone Container Corp | 1/26/2009 | 100.0% | 94.2% | 89.8% | 53.7% | 27.3% | 19.8% | 19.4% | 13.1% | 12.5% | 11.9% |
| Spectrum Brands, Inc | 2/3/2009 | 100.0% | 103.5% | 85.2% | 48.7% | 24.3% | 28.9% | 29.1% | 29.1% | 32.8% | 32.8% |
| Station Casinos, Inc | 7/28/2009 | 100.0% | 35.0% | 14.9% | 23.1% | 23.8% | 21.6% | | 14.7% | 5.2% | 5.2% |
| TOUSA, Inc | 1/29/2008 | 100.0% | 90.4% | 65.9% | 28.9% | 16.0% | 18.5% | 20.8% | 22.6% | 18.9% | 20.5% |
| Tribune Company | 12/8/2008 | 100.0% | 72.4% | 79.7% | 66.4% | 59.9% | 41.9% | 21.7% | 20.3% | 16.5% | 17.5% |
| Trump Entertainment Resorts, Inc | 2/17/2009 | 100.0% | 87.0% | 63.8% | 21.7% | 18.9% | 19.3% | 19.6% | 19.9% | 19.6% | 20.3% |
| VeraSun Energy Corp | 10/31/2008 | 100.0% | 98.0% | 90.8% | 86.1% | 87.1% | 59.7% | 59.7% | 51.7% | 46.8% | 35.8% |
| Visteon Corp | 5/27/2009 | 100.0% | 85.0% | 20.0% | 7.9% | 8.6% | 7.7% | 12.8% | 7.5% | 8.7% | 8.7% |
| WCI Communities, Inc | 8/4/2008 | 100.0% | 91.6% | 77.0% | 71.2% | 59.6% | 58.5% | 44.3% | 61.9% | | 59.3% |
| **Mean [4]** | | **100.0%** | **86.8%** | **61.1%** | **38.9%** | **30.8%** | **26.7%** | **27.3%** | **24.4%** | **24.7%** | **23.8%** |
| **Median [5]** | | **100.0%** | **90.8%** | **65.9%** | **31.0%** | **24.1%** | **19.8%** | **20.8%** | **19.9%** | **18.9%** | **17.5%** |
| Lehman [5] | 9/15/2008 | 100.0% | 101.2% | 94.3% | 95.8% | 93.4% | 94.6% | 93.2% | 92.7% | 82.9% | 76.0% |
| Lehman At-Issue Note [6] | | 100.0% | 100.2% | 98.3% | 99.8% | 98.9% | 99.3% | 99.3% | 99.8% | 98.6% | 84.5% |

Notes:
[1] For figures fewer than 30 days prior to bankruptcy filing, the last available trading price within the two trading day window ending on the specified date is used

[2] For figures 30 days or more prior to bankruptcy filing, the last available trading price within the 30 calendar day window ending on the specified date is used. Bonds without price data are excluded from this analysis

[3] Figures for companies other than Lehman are calculated as the weighted average of bond value as a percent of the bond value 365 days prior to bankruptcy filing, using up to ten of the company's largest outstanding U.S. Dollar corporate bond issues that were issued at least one year prior to the company's bankruptcy filing. The average is weighted by the issuance amount of each bond issue

[4] Mean and median exclude Lehman

[5] Figures for Lehman rely on the company's 25 largest U.S. Dollar debt issuances outstanding as of the bankruptcy filing on September 15, 2008 (see Exhibit 1) Seven of these issuances are excluded from this analysis, as they were issued less than one year prior to the bankruptcy filing

[6] The Lehman At-Issue Note is identified in the Written Report of Laurence Freed, dated July 27, 2011

[7] Companies in Other Industries are those that have an industry classification other than "Banking & Finance" by BankruptcyData.com

[8] BearingPoint, Inc , Chesapeake Corp , Circuit City Stores, Inc , Cooper-Standard Holdings, Inc , Crescent Resources, LLC, Education Resources Institute, Inc , Extended Stay Inc , FairPoint Communications, Inc , Flying J Inc , Fountainblue Las Vegas, LLC, Frontier Airlines Holdings, Inc , General Growth Properties, Inc , Hayes Lemmerz International, Inc , LandSource Communities Development LLC, Lyondell Chemical Company, Qimonda North America Corp , SemGroup, L P , SIRVA, Inc , Source Interlink Companies, Inc , Spansion Inc , Tarragon Corp , Tronox Inc , Tropicana Entertainment, LLC, WL Homes LLC, and Woodside Group, LLC are excluded from this sample because bond price data for these issuers are not available for the relevant time period

[9] All prices used in this analysis are sourced from TRACE as reported by FINRA Use of an alternative source, Bloomberg Generic Pricing offered by Bloomberg L P , does not yield meaningfully different results

Sources:
[1] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com

[2] Bond price data are from the Trade Reporting and Compliance Engine (TRACE) via Bloomberg L P

CONFIDENTIAL

### Exhibit 7
### Debt Issued by Lehman
### July 1, 2007 - September 15, 2008

| Quarter | Issue Amount | | | |
|---|---|---|---|---|
| | Senior Unsecured | Subordinated | | Total |
| Q3 2007 | $ 10,784,728,230 | $ 3,500,000,000 | $ | 14,284,728,230 |
| Q4 2007 | 1,138,585,860 | 1,500,000,000 | | 2,638,585,860 |
| Q1 2008 | 5,933,512,690 | - | | 5,933,512,690 |
| Q2 2008 | 2,922,104,790 | 2,000,000,000 | | 4,922,104,790 |
| Q3 2008 | 103,984,020 | - | | 103,984,020 |
| Total | $ 20,882,915,590 | $ 7,000,000,000 | $ | 27,882,915,590 |

**Notes:**

[1] Debt is limited to new debt issued by Lehman in U.S. dollars between July 1, 2007 and September 15, 2008, as reported by Bloomberg.

[2] Senior unsecured is the sum of all senior unsecured, senior unsubordinated, unsecured, senior note, and unsubordinated debt.

[3] Subordinated is the sum of all subordinated and junior subordinated debt.

[4] Lehman also issued $230 million of debt in the form of notes. A note is defined as "a legal document that is evidence of a debt and that requires payment within a specific time period."

[5] Thirty-eight of the 678 debt securities issued by Lehman do not have an issue amount available on Bloomberg. I exclude these notes from this analysis.

**Source:** Bloomberg L.P.

CONFIDENTIAL

Exhibit 8

**Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Bankruptcy Filing**

**Banking and Financial Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009**

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1] | | | | | | | | | | Market Cap 12 Months Prior to Bankruptcy Filing ($ million) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 | |
| Advanta Corp | 11/8/2009 | 100.0% | 26.5% | 43.2% | 24.9% | 23.9% | 23.9% | 18.8% | 18.3% | 14.9% | 16.8% | $ 28.3 |
| American Home Mortgage Investment Corp | 8/6/2007 | 100.0% | 95.6% | 107.5% | 71.8% | 71.0% | 59.3% | 43.2% | 35.3% | 5.0% | 2.3% | 1,610.0 |
| BankUnited Financial Corp | 5/21/2009 | 100.0% | 50.6% | 9.4% | 6.6% | 6.9% | 8.2% | 16.8% | 22.6% | 24.2% | 22.0% | 112.0 |
| Capitol Corp of the West | 5/11/2009 | 100.0% | 72.2% | 39.8% | 1.7% | 0.2% | 0.4% | 0.6% | 0.6% | 0.5% | 0.8% | 55.4 |
| CIT Group Inc | 11/1/2009 | 100.0% | 94.0% | 92.8% | 35.0% | 48.6% | 40.1% | 38.4% | 38.4% | 32.9% | 24.7% | 1,144.4 |
| Colonial BancGroup, Inc | 8/25/2009 | 100.0% | 40.7% | 8.1% | 22.6% | 11.4% | 11.7% | 8.6% | 6.7% | 1.4% | 1.1% | 1,247.1 |
| Delta Financial Corp | 12/17/2007 | 100.0% | 86.3% | 123.2% | 52.4% | 51.8% | 15.1% | 18.2% | 2.0% | 1.3% | 1.1% | 239.2 |
| Downey Financial Corp | 11/25/2008 | 100.0% | 78.8% | 22.3% | 6.0% | 6.1% | 4.2% | 4.6% | 1.2% | 0.6% | 0.6% | 926.6 |
| Franklin Bank Corp | 11/12/2008 | 100.0% | 55.6% | 13.9% | 8.8% | 5.8% | 3.8% | 3.4% | 3.1% | 3.4% | 3.4% | 191.3 |
| Fremont General Corp | 6/18/2008 | 100.0% | 48.5% | 33.7% | 3.7% | 1.0% | 1.0% | 0.8% | 0.7% | 0.6% | 0.6% | 957.7 |
| Guaranty Financial Group Inc | 8/27/2009 | 100.0% | 139.7% | 22.2% | 16.0% | 13.5% | 6.7% | 20.7% | 20.7% | 15.0% | 7.7% | 210.5 |
| HomeBanc Corp | 8/9/2007 | 100.0% | 60.2% | 52.4% | 24.6% | 23.6% | 15.2% | 12.1% | 10.2% | 4.3% | 1.0% | 362.1 |
| Imperial Capital Bancorp, Inc | 12/18/2009 | 100.0% | 15.1% | 12.1% | 9.1% | 17.8% | 2.1% | 2.7% | 3.0% | 3.0% | 2.4% | 18.0 |
| IndyMac Bancorp, Inc | 7/31/2008 | 100.0% | 60.3% | 56.1% | 21.0% | 13.5% | 4.6% | 0.5% | 1.0% | 0.7% | 1.1% | 1,415.8 |
| Integrity Bancshares, Inc | 10/10/2008 | 100.0% | 53.0% | 15.6% | 7.2% | 6.0% | 0.5% | 0.1% | 0.6% | 0.1% | 0.1% | 64.7 |
| Irwin Financial Corp | 9/18/2009 | 100.0% | 48.8% | 46.9% | 14.7% | 17.8% | 27.8% | 23.1% | 22.6% | 21.7% | 11.9% | 126.7 |
| Luminent Mortgage Capital, Inc | 9/5/2008 | 100.0% | 87.2% | 42.1% | 17.3% | 8.9% | 9.8% | 6.0% | 6.8% | 4.9% | 6.0% | 57.6 |
| NetBank, Inc | 9/28/2007 | 100.0% | 76.1% | 41.4% | 5.8% | 4.3% | 2.1% | 1.9% | 1.5% | 1.5% | 1.4% | 282.9 |
| New Century Financial Corp | 4/2/2007 | 100.0% | 101.4% | 95.6% | 77.4% | 73.9% | 35.9% | 5.7% | 4.9% | 2.7% | 2.6% | 2,263.3 |
| PFF Bancorp, Inc | 12/5/2008 | 100.0% | 73.5% | 14.2% | 13.6% | 12.5% | 12.3% | 6.1% | 6.1% | 0.1% | 0.1% | 208.1 |
| Security Bank Corp | 7/31/2009 | 100.0% | 40.4% | 15.3% | 11.1% | 10.5% | 8.8% | 6.1% | 6.1% | 4.6% | 4.6% | 122.0 |
| Silver State Bancorp | 1/6/2009 | 100.0% | 62.5% | 11.3% | 0.4% | 0.2% | 0.1% | 0.0% | 0.1% | 0.0% | 0.1% | 207.6 |
| Temecula Valley Bancorp Inc | 11/6/2009 | 100.0% | 22.2% | 13.6% | 0.3% | 0.3% | 0.5% | 0.3% | 0.3% | 0.3% | 0.3% | 37.5 |
| Thornburg Mortgage, Inc | 5/1/2009 | 100.0% | 29.0% | 17.9% | 13.5% | 7.2% | 2.3% | 1.6% | 1.5% | 1.5% | 2.2% | 306.9 |
| UCBH Holdings, Inc | 11/24/2009 | 100.0% | 42.2% | 41.4% | 37.9% | 25.0% | 24.2% | 23.1% | 23.1% | 2.4% | 1.9% | 438.7 |
| Vineyard National Bancorp | 7/21/2009 | 100.0% | 28.0% | 6.9% | 5.9% | 4.5% | 3.4% | 3.8% | 3.8% | 4.5% | 4.0% | 29.4 |
| Washington Mutual, Inc | 9/26/2008 | 100.0% | 38.6% | 29.6% | 16.8% | 22.2% | 19.9% | 16.0% | 13.1% | 24.0% | 12.7% | 30,245.3 |
| Mean [2] | | 100.0% | 60.3% | 38.1% | 19.5% | 18.1% | 12.7% | 10.5% | 9.2% | 6.5% | 4.9% | |
| Median [2] | | 100.0% | 55.6% | 20.4% | 13.6% | 11.4% | 8.2% | 6.0% | 3.8% | 2.7% | 2.2% | |
| Lehman | 9/15/2008 | 100.0% | 104.9% | 71.3% | 56.0% | 41.9% | 36.2% | 36.0% | 36.3% | 16.2% | 8.2% | $ 31,026.0 |

Notes:
[1] If the indicated number of days prior to bankruptcy falls on a non-trading day, data from the previous trading day are used
[2] Mean and median exclude Lehman
[3] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends
[4] Banking and financial companies are those that have an industry classification of "Banking & Finance" as classified by BankruptcyData.com
[5] AmTrust Financial Corp, Capmark Financial Group Inc., People's Choice Financial Corp., ResMAE Mortgage Corp., and Taylor, Bean & Whitaker Mortgage Corp. were not publicly traded during the relevant period and are excluded from this analysis

Sources:
[1] Bloomberg L.P
[2] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com

CONFIDENTIAL

Exhibit 9
Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Bankruptcy Filing
Companies in Other Industries with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009

| Company | Bankruptcy Filing Date | Days Prior to Bankruptcy Filing [1] | | | | | | | | | | Market Cap 12 Months Prior to Bankruptcy Filing ($ millions) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 | |
| AbitibiBowater Inc | 4/16/2009 | 100.0% | 65.4% | 14.8% | 4.9% | 4.7% | 5.7% | 4.3% | 4.1% | 4.0% | 4.0% | $ 663.1 |
| Apex Silver Mines Limited | 1/12/2009 | 100.0% | 69.9% | 32.2% | 10.7% | 5.3% | 4.5% | 8.2% | 5.5% | 4.5% | 4.5% | 927.6 |
| BearingPoint, Inc | 2/18/2009 | 100.0% | 74.7% | 60.8% | 2.2% | 1.5% | 2.2% | 1.4% | 0.8% | 0.5% | 0.5% | 405.3 |
| Charter Communications, Inc | 3/27/2009 | 100.0% | 116.9% | 93.4% | 12.8% | 8.7% | 2.6% | 2.5% | 2.8% | 5.5% | 3.8% | 366.4 |
| Chemtura Corp | 3/18/2009 | 100.0% | 115.8% | 81.8% | 17.7% | 14.5% | 9.6% | 4.0% | 3.8% | 2.4% | 1.4% | 1,741.7 |
| Chesapeake Corp | 12/29/2008 | 100.0% | 92.6% | 39.5% | 12.5% | 0.9% | 0.5% | 0.6% | 1.0% | 0.9% | 1.4% | 109.8 |
| Circuit City Stores, Inc | 11/10/2008 | 100.0% | 76.9% | 77.8% | 27.8% | 26.9% | 5.7% | 3.8% | 4.0% | 4.2% | 3.8% | 1,091.9 |
| Citadel Broadcasting Corp | 12/20/2009 | 100.0% | 30.4% | 18.4% | 25.3% | 72.8% | 23.1% | 21.4% | 17.5% | 6.0% | 6.8% | 62.1 |
| FairPoint Communications, Inc | 10/26/2009 | 100.0% | 66.9% | 28.5% | 14.2% | 22.3% | 16.0% | 10.4% | 9.7% | 9.7% | 9.0% | 371.3 |
| Frontier Airlines Holdings, Inc | 4/10/2008 | 100.0% | 96.0% | 109.6% | 58.3% | 52.4% | 43.6% | 44.1% | 41.8% | 35.9% | 32.6% | 221.7 |
| General Growth Properties, Inc | 4/16/2009 | 100.0% | 83.2% | 16.9% | 3.7% | 1.8% | 2.0% | 2.1% | 3.1% | 3.1% | 3.4% | 9,660.1 |
| General Motors Corp | 6/1/2009 | 100.0% | 62.5% | 30.9% | 12.5% | 13.2% | 11.4% | 6.9% | 9.0% | 7.3% | 4.7% | 9,681.2 |
| Hayes Lemmerz International, Inc | 5/11/2009 | 100.0% | 67.2% | 14.8% | 2.5% | 1.0% | 5.5% | 4.5% | 3.8% | 5.6% | 5.8% | 403.3 |
| Idearc Inc | 3/31/2009 | 100.0% | 47.8% | 27.7% | 2.4% | 1.8% | 1.4% | 1.5% | 1.7% | 1.6% | 1.7% | 533.9 |
| LandAmerica Financial Group, Inc | 11/26/2008 | 100.0% | 154.6% | 127.3% | 76.3% | 101.3% | 33.4% | 28.6% | 23.0% | 18.6% | 2.2% | 361.0 |
| Lear Corp | 7/7/2009 | 100.0% | 46.1% | 12.0% | 6.9% | 18.9% | 9.4% | 6.7% | 3.0% | 1.7% | 1.7% | 1,022.7 |
| Magna Entertainment Corp | 3/5/2009 | 100.0% | 56.2% | 50.9% | 7.3% | 5.6% | 4.5% | 3.5% | 1.7% | 2.4% | 2.0% | 42.5 |
| Movie Gallery, Inc | 10/16/2007 | 100.0% | 136.0% | 179.3% | 26.6% | 12.0% | 23.5% | 20.8% | 20.5% | 12.2% | 12.1% | 70.7 |
| Nortel Networks, Inc | 1/14/2009 | 100.0% | 59.7% | 64.1% | 14.7% | 5.1% | 3.0% | 2.5% | 2.7% | 3.6% | 3.8% | 5,429.0 |
| Pilgrim's Pride Corp | 12/1/2008 | 100.0% | 92.0% | 101.6% | 57.0% | 12.9% | 4.7% | 1.1% | 1.3% | 4.4% | 4.9% | 1,727.6 |
| Quebecor World (USA), Inc | 1/21/2008 | 100.0% | 115.4% | 104.8% | 75.3% | 21.0% | 16.8% | 14.7% | 7.6% | 1.6% | 2.7% | 1,012.9 |
| R H Donnelley Corp | 5/28/2009 | 100.0% | 74.1% | 10.9% | 3.4% | 4.5% | 2.6% | 2.9% | 3.4% | 3.0% | 3.2% | 348.1 |
| SIRVA, Inc | 2/5/2008 | 100.0% | 72.3% | 28.0% | 13.2% | 5.5% | 4.2% | 3.5% | 3.5% | 3.5% | 4.0% | 235.2 |
| Six Flags, Inc | 6/13/2009 | 100.0% | 51.0% | 15.5% | 8.3% | 9.8% | 17.6% | 16.0% | 16.0% | 14.5% | 13.7% | 189.4 |
| Smurfit-Stone Container Corp | 1/26/2009 | 100.0% | 64.8% | 60.0% | 11.0% | 5.9% | 3.0% | 4.3% | 0.7% | 0.5% | 0.7% | 2,255.7 |
| Source Interlink Companies, Inc | 4/27/2009 | 100.0% | 117.2% | 23.4% | 8.3% | 8.3% | 17.9% | 10.2% | 15.5% | 13.0% | 13.1% | 75.9 |
| Spansion Inc | 3/1/2009 | 100.0% | 131.5% | 99.3% | 8.7% | 8.2% | 2.9% | 2.6% | 2.2% | 2.6% | 2.2% | 372.2 |
| Spectrum Brands, Inc | 2/3/2009 | 100.0% | 94.8% | 56.2% | 13.8% | 2.2% | 1.9% | 1.2% | 0.8% | 1.0% | 1.0% | 245.0 |
| Tarragon Corp | 1/12/2009 | 100.0% | 159.5% | 69.9% | 10.1% | 3.9% | 8.1% | 5.4% | 6.1% | 6.7% | 6.7% | 43.1 |
| TOUSA, Inc | 1/29/2008 | 100.0% | 40.8% | 31.1% | 7.9% | 1.2% | 1.4% | 1.7% | 1.4% | 1.5% | 1.5% | 549.4 |
| Tronox Inc | 1/12/2009 | 100.0% | 45.0% | 15.5% | 1.8% | 1.9% | 0.5% | 0.3% | 0.5% | 0.7% | 0.7% | 137.4 |
| Trump Entertainment Resorts, Inc | 2/17/2009 | 100.0% | 65.5% | 29.5% | 10.0% | 5.1% | 5.6% | 5.8% | 5.4% | 5.6% | 5.6% | 130.3 |
| VeraSun Energy Corp | 10/31/2008 | 100.0% | 78.8% | 90.8% | 84.4% | 75.8% | 37.6% | 26.3% | 23.2% | 15.1% | 6.4% | 1,194.4 |
| Visteon Corp | 5/27/2009 | 100.0% | 78.2% | 18.2% | 2.9% | 4.2% | 4.7% | 7.0% | 6.9% | 6.7% | 6.7% | 537.7 |
| WCI Communities, Inc | 8/4/2008 | 100.0% | 71.3% | 81.7% | 52.3% | 31.4% | 23.1% | 23.1% | 22.8% | 20.4% | 21.3% | 250.0 |
| Mean [2] | | 100.0% | 82.0% | 54.8% | 20.2% | 16.4% | 10.3% | 8.7% | 7.9% | 6.6% | 5.7% | |
| Median [2] | | 100.0% | 74.1% | 39.5% | 11.0% | 5.9% | 5.5% | 4.3% | 3.8% | 4.2% | 3.8% | |
| Lehman | 9/15/2008 | 100.0% | 104.9% | 71.3% | 56.0% | 41.9% | 36.2% | 36.0% | 36.3% | 16.2% | 8.2% | $ 31,026.0 |

Notes:
[1] If the indicated number of days prior to bankruptcy falls on a non-trading day, data from the previous trading day are used
[2] Mean and median exclude Lehman
[3] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends
[4] Companies in Other Industries are those that have an industry classification other than "Banking & Finance" by BankruptcyData.com
[5] Aleris International, Inc , Bally Total Fitness Holding Corp , Chrysler LLC, Cooper-Standard Holdings, Inc , Crescent Resources, LLC, Education Resources Institute, Inc , Extended Stay Inc , Flying J Inc , Fountainbleu Las Vegas, LLC, General Motors Corp , Hawaiian Telcom Communications, Inc , Herbst Gaming, Inc , Ion Media Networks, Inc , LandSource Communities Development LLC, Linens 'n Things, Inc , Lyondell Chemical Company, Masonite Corp , Metaldyne Corp , NTK Holdings, Inc , Qimonda North America Corp , Reader's Digest Association, Inc , SemGroup, L P , Station Casinos, Inc , Tribune Company, Tropicana Entertainment, LLC, WL Homes LLC, and Woodside Group, LLC were not publicly traded during the relevant period and are excluded from this analysis

Sources:
[1] Bloomberg L P
[2] Spectrum Brands, Inc , Form 10-K for the fiscal year ended September 30, 2007
[3] Spectrum Brands, Inc , Form 10-Q for the quarterly period ended December 30, 2007
[4] Spectrum Brands, Inc , Form 10-Q for the quarterly period ended March 30, 2008
[5] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com

CONFIDENTIAL

Exhibit 10

Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Bankruptcy Filing
Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009



**Notes:**
[1] If the indicated number of days prior to bankruptcy filing falls on a non-trading day, data from the previous trading day is used.
[2] Sample means and medians exclude Lehman.
[3] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends.
[4] The banking and financial sample is comprised of companies that have an industry classification of "Banking & Finance" as classified by BankruptcyData.com.

**Sources:**
[1] Bloomberg L.P.
[2] Companies with at least $1 billion in assets that filed for Chapter 7 or Chapter 11 bankruptcy between January 1, 2007 and December 31, 2009 are identified using data from BankruptcyData.com.

CONFIDENTIAL

Exhibit 11
Market Capitalization as a Percentage of Market Capitalization 12 Months Prior to Lehman's Bankruptcy Filing
Comparable Financial Companies

| Company | Days Prior to Lehman's Bankruptcy Filing, September 15, 2008 [1] | | | | | | | | | | Market Cap 12 Months Prior to Bankruptcy Filing ($ millions) |
| | 365 | 270 | 180 | 90 | 60 | 30 | 15 | 10 | 5 | 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bear Stearns Companies Inc [2] | 100 0% | 77 8% | | | | | | | | | $ 13,517 6 |
| Goldman Sachs Group, Inc | 100 0% | 104 4% | 85 5% | 92 0% | 92 8% | 83 7% | 84 1% | 83 7% | 80 8% | 79 1% | 74,885 9 |
| Merrill Lynch & Co , Inc [3] | 100 0% | 72 9% | 63 4% | 59 2% | 48 0% | 64 7% | 69 8% | 65 8% | 57 4% | 42 0% | 60,815 2 |
| Morgan Stanley | 100 0% | 78 7% | 69 7% | 65 6% | 62 5% | 66 7% | 66 6% | 67 4% | 63 5% | 60 7% | 65,232 9 |
| American Express Co | 100 0% | 85 8% | 70 2% | 71 7% | 70 4% | 65 9% | 66 9% | 66 5% | 64 4% | 65 7% | 64,617 8 |
| Ameriprise Financial, Inc | 100 0% | 91 7% | 82 6% | 73 8% | 66 3% | 70 7% | 71 2% | 70 2% | 67 2% | 70 8% | 13,044 1 |
| Bank of America Corp [3] | 100 0% | 84 1% | 79 7% | 61 8% | 56 0% | 66 4% | 67 4% | 71 1% | 71 5% | 74 5% | 200,429 5 |
| Bank of New York Mellon Corp | 100 0% | 115 6% | 103 0% | 97 5% | 85 2% | 89 9% | 83 8% | 88 0% | 93 3% | 96 8% | 45,170 3 |
| BB&T Corp | 100 0% | 76 6% | 83 3% | 66 8% | 71 7% | 78 4% | 78 2% | 82 9% | 81 9% | 88 7% | 19,078 2 |
| Capital One Financial Corp | 100 0% | 64 1% | 67 4% | 60 5% | 59 1% | 61 2% | 61 5% | 62 3% | 63 5% | 64 0% | 25,743 9 |
| Citigroup Inc | 100 0% | 65 0% | 46 9% | 49 7% | 43 6% | 46 0% | 47 1% | 47 3% | 46 3% | 44 5% | 216,486 1 |
| Fifth Third Bancorp | 100 0% | 74 5% | 64 3% | 38 2% | 41 9% | 49 8% | 52 2% | 53 4% | 49 1% | 50 6% | 17,104 7 |
| Ford Motor Co | 100 0% | 85 0% | 71 5% | 88 0% | 73 2% | 68 7% | 60 0% | 59 3% | 60 1% | 66 0% | 16,290 8 |
| General Electric Co | 100 0% | 90 6% | 88 0% | 71 3% | 69 9% | 74 3% | 70 0% | 69 5% | 70 0% | 66 7% | 357,609 0 |
| JPMorgan Chase & Co [2] | 100 0% | 95 2% | 95 2% | 90 4% | 94 3% | 88 0% | 89 0% | 91 6% | 91 1% | 95 2% | 144,191 2 |
| National City Corp [3] | 100 0% | 63 7% | 38 0% | 23 0% | 20 3% | 25 1% | 24 3% | 23 3% | 23 1% | 23 3% | 15,697 8 |
| PNC Financial Services Group, Inc [5] | 100 0% | 94 2% | 93 8% | 88 0% | 100 7% | 110 1% | 110 4% | 114 0% | 108 7% | 111 9% | 21,688 6 |
| Regions Financial Corp | 100 0% | 77 5% | 67 6% | 43 5% | 33 4% | 31 1% | 31 7% | 37 9% | 38 4% | 39 9% | 19,204 5 |
| SLM Corp | 100 0% | 43 1% | 38 9% | 57 9% | 43 4% | 38 2% | 39 1% | 40 4% | 36 4% | 34 3% | 19,735 8 |
| State Street Corp | 100 0% | 121 8% | 121 1% | 114 9% | 119 0% | 119 9% | 117 1% | 117 5% | 120 5% | 124 1% | 24,630 5 |
| SunTrust Banks, Inc | 100 0% | 80 9% | 78 1% | 55 9% | 47 6% | 59 4% | 59 1% | 64 1% | 63 8% | 66 7% | 24,153 0 |
| U S Bancorp | 100 0% | 99 1% | 104 9% | 99 5% | 90 7% | 104 0% | 105 0% | 107 9% | 104 9% | 111 5% | 50,379 7 |
| Wachovia Corp [6] | 100 0% | 81 7% | 61 1% | 41 0% | 32 1% | 37 2% | 38 1% | 40 2% | 36 2% | 34 2% | 89,183 7 |
| Wells Fargo & Co [6] | 100 0% | 86 3% | 86 3% | 72 5% | 79 4% | 86 0% | 87 5% | 90 2% | 91 6% | 99 1% | 109,859 2 |
| Mean[7] | 100.0% | 83.8% | 76.5% | 68.8% | 65.3% | 68.9% | 68.7% | 70.2% | 68.9% | 70.0% | |
| Median[7] | 100.0% | 82.9% | 78.1% | 66.8% | 66.3% | 66.7% | 67.4% | 67.4% | 64.4% | 66.7% | |
| Lehman | 100 0% | 104 9% | 71 3% | 56 0% | 41 9% | 36 2% | 36 0% | 36 3% | 16 2% | 8 2% | $ 31,026 0 |

Notes:
[1] If the indicated number of days prior to bankruptcy falls on a non-trading day, data from the previous trading day are used
[2] JPMorgan Chase & Co announced the acquisition of The Bear Stearns Companies, Inc on March 16, 2008
[3] Bank of America Corp announced the acquisition of Merrill Lynch & Co , Inc on September 14, 2008
[4] Banking and financial institutions are identified by Capital IQ See Footnote 14 of the Expert Report for further detail
[5] PNC Financial Services Group, Inc announced the acquisition of National City Corp on October 24, 2008
[6] Wells Fargo & Co announced the acquisition of Wachovia Corp on October 3, 2008
[7] Mean and median exclude Lehman
[8] Stock price and shares outstanding data used to calculate market capitalization are adjusted for stock splits and dividends
[9] The Capital Group Companies, Inc was not publicly traded during this period and is excluded from this analysis

Sources:
[1] Bloomberg L P
[2] Capital IQ

CONFIDENTIAL

## Exhibit 12
## Equity Issued by Lehman
### July 1, 2007 - September 15, 2008

| Issue Date | Size |
|---|---|
| **Common Stock** | |
| June 9, 2008 | 4,004,000,000 |
| **Total Common Stock** | $ 4,004,000,000 |
| **Preferred Securities** | |
| July 24, 2007 | $ 10,000,012 |
| July 24, 2007 | 10,000,009 |
| August 7, 2007 | 40,358,342 |
| August 24, 2007 | 63,000,038 |
| September 10, 2007 | 60,000,005 |
| September 27, 2007 | 20,000,001 |
| October 1, 2007 | 10,000,075 |
| October 12, 2007 | 65,000,000 |
| January 14, 2008 | 500,007,600 |
| January 30, 2008 | 35,630,587 |
| February 12, 2008 | 1,897,500,000 |
| March 5, 2008 | 57,995,488 |
| April 4, 2008 | 4,000,000,000 |
| June 12, 2008 | 2,000,000,000 |
| **Total Preferred Securities** | $ 8,769,492,157 |
| **Total** | $ 12,773,492,157 |

**Notes:**
[1] Size of common stock reflects Capital IQ's reported size, which represents the actual stock price times the number of shares as listed in Lehman's SEC filings.
[2] Total common stock is calculated as the sum of the size of all Lehman common stock offerings between July 1, 2007 and September 15, 2008.
[3] Preferred securities are limited to new debt issued by Lehman in U.S. dollars between July 1, 2007 to September 15, 2008 according to Bloomberg. All of the preferred securities listed are "preferreds issued after the Securities Act of 1931."
[4] Size of preferred securities is calculated as the number of shares, recorded as issue amount, multiplied by par value.
[5] Seven of the twenty-one preferred securities issued by Lehman do not have issue amount available on Bloomberg. I exclude these securities from this analysis.

**Sources:**
[1] Capital IQ.
[2] Lehman Brothers Holdings Inc., Form 424(b)(2), June 9, 2008.
[3] Bloomberg L.P.

CONFIDENTIAL



**Exhibit 13**

**One-Year Credit Default Swap Spreads for Senior Debt**

**Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between**

**January 1, 2007 and December 31, 2009**

CDS Spread (basis points)

Days Prior to Bankruptcy Filing

CIT Group Inc.
AbitibiBowater Inc.
Lyondell Chemical Company
Capmark Financial Group Inc.
Idearc Inc., Su₁ erMedia Inc.,
Tribune Company
Lear Corporation
Chemtura Corp.
Washington Mutual, Inc.
Visteon Corporation
Nortel Networks Corp.
Lehman

**Note:** 51 of the 62 publicly traded companies did not have one-year credit default swap spread data available.

**Source:** Bloomberg L.P.

CONFIDENTIAL

Exhibit 14

Five-Year Credit Default Swap Spreads for Senior Debt

Companies with at Least $1 Billion in Assets that Filed for Bankruptcy between January 1, 2007 and December 31, 2009



**Note:** 50 of the 62 publicly traded companies did not have five-year credit default swap data available.

**Source:** Bloomberg L.P.

CONFIDENTIAL

**Exhibit 15**
**One-Year Credit Default Swap Spreads for Senior Debt**
**Comparable Financial Companies - Investment Banks**
**July 1, 2007 - December 31, 2008**



**Notes:**
[1] JPMorgan Chase & Co. announced the acquisition of The Bear Stearns Companies, Inc. on March 16, 2008.
[2] Bank of America Corp. announced the acquisition of Merrill Lynch & Co., Inc. on September 14, 2008.

**Sources:**
[1] Bloomberg L.P.
[2] Capital IQ.

CONFIDENTIAL

**Exhibit 16**
**Five-Year Credit Default Swap Spreads for Senior Debt**
**Comparable Financial Companies – Investment Banks**
**July 1, 2007 – December 31, 2008**



CDS Spread (basis points)

**Notes:**
[1] JPMorgan Chase & Co. announced the acquisition of The Bear Stearns Companies, Inc. on March 16, 2008.
[2] Bank of America Corp. announced the acquisition of Merrill Lynch & Co., Inc. on September 14, 2008.

**Sources:**
[1] Bloomberg L.P.
[2] Capital IQ.

CONFIDENTIAL

**Exhibit 17**
**One-Year Credit Default Swap Spreads for Senior Debt**
**Comparable Financial Companies – Banking and Financial Institutions**
**July 1, 2007 – December 31, 2008**



CDS Spread (basis points)

Legend:
- American Express Company
- Ford Motor Credit Co.
- SLM Corporation
- Lehman
- Bank of America Corporation
- General Electric Capital Corp
- U.S. Bancorp
- Capital One Financial Corp.
- JPMorgan Chase & Co.
- Wells Fargo & Company
- Citigroup, Inc.
- National City Corp.
- Wachovia Corp.

**Notes:**
[1] Banking and financial institutions are identified by Capital IQ. See Footnote 14 of the Expert Report for further detail. Nine of the 21 firms did not have one-year credit default swap spread data available.
[2] The credit default swap spreads of the financial subsidiaries of Ford Motor Co. and General Electric Co. (Ford Motor Credit Co. LLC and General Electric Capital Corp., respe...v..., are u..., ...., ...a...., ...o ..c...umt ... ... non-financial business components of these firms.
[3] Wells Fargo & Co. announced the acquisition of Wachovia Corp. on October 3, 2008.
[4] PNC Financial Services Group, Inc. announced the acquisition of National City Corp. on October 24, 2008.

**Sources:**
[1] Bloomberg L.P.
[2] Capital IQ.

CONFIDENTIAL



**Exhibit 18**
**Five-Year Credit Default Swap Spreads for Senior Debt**
**Comparable Financial Companies – Banking and Financial Institutions**
**July 1, 2007 – December 31, 2008**

**Notes:**
[1] Banking and financial institutions are identified by Capital IQ. See Footnote 14 of the Expert Report for further detail. Nine of the 21 firms did not have one-year credit default swap spread data available.
[2] The credit default swap spreads of the financial subsidiaries of Ford Motor Co. and General Electric Co. (Ford Motor Credit Co. LLC and General Electric Capital Corp., respectively) are used in this analysis to account for the non-financial business components of these firms.
[3] Wells Fargo & Co. announced the acquisition of Wachovia Corp. on October 3, 2008.
[4] PNC Financial Services Group, Inc. announced the acquisition of National City Corp. on October 24, 2008.

**Sources:**
[1] Bloomberg L.P.
[2] Capital IQ.

CONFIDENTIAL



Exhibit 19
Five-Year Credit Default Swap Spreads
Lehman and the CDX North American Investment Grade Financial CDS Index
July 1, 2007 - December 31, 2008

Notes:
[1] The Markit CDX North American Investment Grade Index is comprised of 125 investment grade entities. The composition of the Markit CDX Index is determined by a consortium of 16 member banks. The Markit CDX Index is updated every six months in March and September. Series 9 was updated on September 20, 2007, Series 10 was updated on March 25, 2008, and Series 11 was updated on October 6, 2008.
[2] The CDX FIN Index is the sub-index of financial entities. Series 9 was the first series to identify a financial sub-index. The CDX FIN Indices are simple averages of the spreads of the financial companies included in each index.

Source: Bloomberg L.P.

CONFIDENTIAL



**Exhibit 20**
Five-Year Credit Default Swap Spreads
Lehman and the CDX North American Investment Grade CDS Index
July 1, 2007 – December 31, 2008

CDS Spread (basis points)

Legend:
- CDX NA IG 5Y S8
- CDX NA IG 5Y S11
- CDX NA IG 5Y S10 Top Quartile Average
- CDX NA IG 5Y S9
- CDX NA IG 5Y S8 Top Quartile Average
- CDX NA IG 5Y S11 Top Quartile Average
- CDX NA IG 5Y S10
- CDX NA IG 5Y S9 Top Quartile Average
- Lehman

**Notes:**
[1] The Markit CDX North American Investment Grade Index is comprised of 125 investment grade entities.   The composition of the Markit CDX Index is determined by a consortium of 16 member banks.  The Markit CDX Index is updated every six months in March and September.   Series 8 was updated on March 25, 2007, Series 9 was updated on September 20, 2007, Series 10 was updated on March 25, 2008, and Series 11 was updated on October 6, 2008.

[2] Top-quartile averages are simple averages of the spreads of the top-quartile companies included in the CDX Index as ranked by highest average spread over the relevant time period.

[3] Only two of the companies in the top quartile (*i.e.* CIT Group Inc. and Washington Mutual, Inc.) filed for bankruptcy.

**Source:** Bloomberg L.P.

CONFIDENTIAL



Exhibit 21
Lehman Long-Term Unsecured Credit Rating
July 1, 2007 – September 14, 2008

Notes:
[1] The S&P rating for Lehman is the 'LT Local Issuer Credit' rating.
[2] The Moody's rating for Lehman is the 'Senior Unsecured Debt' rating.
3. The Fitch ratin_ for Lehman is the 'Senior Unsecured Debt' ratin_.
[4] Moody's does not have a rating below 'C'.

Sources:
[1] Bloomberg L.P.
[2] "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009.
[3] "Rating Symbols and Definitions," Moody's Investors Service, November 2009.
[4] "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010.

CONFIDENTIAL

**Exhibit 22**

**Guide to Long-Term Credit Ratings Issued by Major Rating Agencies**

| Rating | | | Description | | |
|---|---|---|---|---|---|
| S&P | Moody's | Fitch | S&P | Moody's | Fitch |
| AAA | Aaa | AAA | An obligation rated 'AAA' has the highest rating assigned by Standard & Poor's. The obligor's capacity to meet its financial commitment on the obligation is extremely strong | Obligations rated Aaa are judged to be of the highest quality, with minimal credit risk. | 'AAA' ratings denote the lowest expectation of default risk. They are assigned only in cases of exceptionally strong capacity for payment of financial commitments. This capacity is highly unlikely to be adversely affected by foreseeable events |
| AA+ | Aa1 | AA+ | An obligation rated 'AA' differs from the highest-rated obligations only in a small degree. The obligor's capacity to meet its financial commitment on the obligation is very strong | Obligations rated Aa are judged to be of high quality and are subject to very low credit risk. | 'AA' ratings denote expectations of very low default risk. They indicate very strong capacity for payment of financial commitments. This capacity is not significantly vulnerable to foreseeable events |
| AA | Aa2 | AA | | | |
| AA- | Aa3 | AA- | | | |
| A+ | A1 | A+ | An obligation rated 'A' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than obligations in higher-rated categories. However, the obligor's capacity to meet its financial commitment on the obligation is still strong | Obligations rated A are considered upper-medium grade and are subject to low credit risk. | 'A' ratings denote expectations of low default risk. The capacity for payment of financial commitments is considered strong. This capacity may, nevertheless, be more vulnerable to adverse business or economic conditions than is the case for higher ratings |
| A | A2 | A | | | |
| A- | A3 | A- | | | |
| BBB+ | Baa1 | BBB+ | An obligation rated 'BBB' exhibits adequate protection parameters. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitment on the obligation | Obligations rated Baa are subject to moderate credit risk. They are considered medium-grade and as such may possess certain speculative characteristics | 'BBB' ratings indicate that expectations of default risk are currently low. The capacity for payment of financial commitments is considered adequate but adverse business or economic conditions are more likely to impair this capacity |
| BBB | Baa2 | BBB | | | |
| BBB- | Baa3 | BBB- | | | |

Investment Grade

CONFIDENTIAL

Exhibit 22
Guide to Long-Term Credit Ratings Issued by Major Rating Agencies

| Rating | | | Description | | |
| S&P | Moody's | Fitch | S&P | Moody's | Fitch |
|---|---|---|---|---|---|
| BB+ | Ba1 | BB+ | An obligation rated 'BB' is less vulnerable to nonpayment than other speculative issues. However, it faces major ongoing uncertainties or exposure to adverse business, financial, or economic conditions, which could lead to the obligor's inadequate capacity to meet its financial commitment on the obligation | Obligations rated Ba are judged to have speculative elements and are subject to substantial credit risk | 'BB' ratings indicate an elevated vulnerability to default risk, particularly in the event of adverse changes in business or economic conditions over time; however, business or financial flexibility exists which supports the servicing of financial commitments |
| BB | Ba2 | BB | | | |
| BB- | Ba3 | BB- | | | |
| B+ | B1 | B+ | An obligation rated 'B' is more vulnerable to nonpayment than obligations rated 'BB', but the obligor currently has the capacity to meet its financial commitment on the obligation. Adverse business, financial, or economic conditions will likely impair the obligor's capacity or willingness to meet its financial commitment on the obligation | Obligations rated B are considered speculative and are subject to high credit risk | 'B' ratings indicate that material default risk is present, but a limited margin of safety remains. Financial commitments are currently being met; however, capacity for continued payment is vulnerable to deterioration in the business and economic environment |
| B | B2 | B | | | |
| B- | B3 | B- | | | |
| CCC+ | Caa1 | CCC+ | An obligation rated 'CCC' is currently vulnerable to nonpayment, and is dependent upon favorable business, financial, and economic conditions for the obligor to meet its financial commitment on the obligation. In the event of adverse business, financial, or economic conditions, the obligor is not likely to have the capacity to meet its financial commitment on the obligation | Obligations rated Caa are judged to be of poor standing and are subject to very high credit risk | Default is a real possibility |
| CCC | Caa2 | CCC | | | |
| CCC- | Caa3 | CCC- | | | |
| CC | Ca | CC | An obligation rated 'CC' is currently highly vulnerable to nonpayment | Obligations rated Ca are highly speculative and are likely in, or very near, default, with some prospect of recovery of principal and interest | Default of some kind appears probable |
| C | C | C | A 'C' rating is assigned to obligations that are currently highly vulnerable to nonpayment, obligations that have payment arrearages allowed by the terms of the documents, or obligations of an issuer that is the subject of a bankruptcy petition or similar action which have not experienced a payment default. Among others, the 'C' rating may be assigned to subordinated debt, preferred stock or other obligations on which cash payments have been suspended in accordance with the instrument's terms | Obligations rated C are the lowest rated class of bonds and are typically in default, with little prospect for recovery of principal or interest | Default is imminent or inevitable, or the issuer is in standstill Conditions that are indicative of a 'C' category rating for an issuer include: a. the issuer has entered into a grace or cure period following non-payment of a material financial obligation; b. the issuer has entered into a temporary negotiated waiver or standstill agreement following a payment default on a material financial obligation; or c. Fitch Ratings otherwise believes a condition of 'RD' or 'D' to be imminent or inevitable, including through the formal announcement of a coercive debt exchange |
| D | | D | An obligation rated 'D' is in payment default. The 'D' rating category is used when payments on an obligation are not made on the date due even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. The 'D' rating also will be used upon the filing of a bankruptcy petition or the taking of similar action if payments on an obligation are jeopardized | Not Applicable | 'D' ratings indicate an issuer that in Fitch Ratings' opinion has entered into bankruptcy filings, administration, receivership, liquidation or other formal winding-up procedure, or which has otherwise ceased business 'D' ratings are not assigned prospectively to entities or their obligations; within this context, non-payment on an instrument that contains a deferral feature or grace period will generally not be considered a default until after the expiration of the deferral or grace period, unless a default is otherwise driven by bankruptcy or other similar circumstances, or by a coercive debt exchange |

Speculative Grade

Sources:
[1] "Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009
[2] "Rating Symbols and Definitions," Moody's Investors Service, November 2009
[3] "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010

CONFIDENTIAL

**Exhibit 23**

**S&P, Moody's, and Fitch Cumulative Average Long-Term Historical Default Rates**
**One to Two Years**



Notes:

[1] S&P defines a default as recorded on the first occurrence of a payment default on any financial obligation - rated or unrated - other than a financial obligation subject to a bona fide commercial dispute; an exception occurs when an interest payment missed on the due date is made within the grace period.

[2] Moody's definition of default includes three types of credit events: (1) a missed or delayed disbursement of interest and/or principal; (2) bankruptcy, administration, legal receivership, or other legal blocks (perhaps by regulators) to the timely payment of interest and/or principal, or (3) a distressed exchange occurs where: (i) the issuer offers debt holders a new security or package of securities that amount to a diminished financial obligation (such as preferred or common stock, or debt with a lower coupon or par amount, lower seniority, or longer maturity); and (ii) the exchange has the effect of allowing the issuer to avoid a bankruptcy or payment default.

3. Fitch defines a default as one of the following: _1_ failure of an obli_or to make timel_ _a_ment of _rinci_al and/or interest under contractual terms of an_ financial obli_ation, _2_ the bankruptcy filing, administration, receivership, liquidation or other winding up or cessation of business of an obligor; or (3) the distressed or other coercive exchange of an obligation, where creditors were offered securities with diminished structural or economic terms compared with the existing obligation.

Sources:

[1] "Default, Transition, and Recovery: 2007 Annual Global Corporate Default Study And Rating Transitions," Standard & Poor's, February 5, 2008.
[2] "Corporate Default and Recovery Rates, 1920-2007," Moody's Investors Service, February 2008.
[3] "Fitch Ratings Global Corporate Finance 2007 Transition and Default Study," Fitch Ratings, April 30, 2008.

CONFIDENTIAL

Exhibit 24

Guide to Short-Term Credit Ratings Issued by Major Rating Agencies

| Rating | | | Description | | |
|---|---|---|---|---|---|
| S&P | Moody's | Fitch | S&P | Moody's | Fitch |
| **Investment Grade** | | | | | |
| A-1 | P-1 | F1 | A short-term obligation rated 'A-1' is rated in the highest category by Standard & Poor's. The obligor's capacity to meet its financial commitment on the obligation is strong. Within this category, certain obligations are designated with a plus sign (+). This indicates that the obligor's capacity to meet its financial commitment on these obligations is extremely strong | Issuers (or supporting institutions) rated Prime-1 have a superior ability to repay short-term debt obligations | Indicates the strongest intrinsic capacity for timely payment of financial commitments; may have an added "+" to denote any exceptionally strong credit feature |
| A-2 | P-2 | F2 | A short-term obligation rated 'A-2' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than obligations in higher rating categories. However, the obligor's capacity to meet its financial commitment on the obligation is satisfactory | Issuers (or supporting institutions) rated Prime-2 have a strong ability to repay short-term debt obligations | Good intrinsic capacity for timely payment of financial commitments |
| A-3 | P-3 | F3 | A short-term obligation rated 'A-3' exhibits adequate protection parameters. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitment on the obligation. | Issuers (or supporting institutions) rated Prime-3 have an acceptable ability to repay short-term obligations | The intrinsic capacity for timely payment of financial commitments is adequate |
| **Speculative Grade** | | | | | |
| B-1 | | B | A short-term obligation rated 'B-1' is regarded as having significant speculative characteristics, but the obligor has a relatively stronger capacity to meet its financial commitments over the short-term compared to other speculative-grade obligors | Issuers (or supporting institutions) rated Not Prime do not fall within any of the Prime rating categories. Note: Canadian issuers rated P-1 or P-2 have their short-term ratings enhanced by the senior-most long-term rating of the issuer, its guarantor or support-provider | Minimal capacity for timely payment of financial commitments, plus heightened vulnerability to near term adverse changes in financial and economic conditions |
| B-2 | NP | B | A short-term obligation rated 'B-2' is regarded as having significant speculative characteristics, and the obligor has an average speculative-grade capacity to meet its financial commitment over the short-term compared to other speculative-grade obligors | | |
| B-3 | | B | A short-term obligation rated 'B-3' is regarded as having significant speculative characteristics, and the obligor has a relatively weaker capacity to meet its financial commitments over the short-term compared to other speculative-grade obligors | | |
| C | Not Applicable | C | A short-term obligation rated 'C' is currently vulnerable to nonpayment and is dependent upon favorable business, financial, and economic conditions for the obligor to meet its financial commitment on the obligation | Not Applicable | Default is a real possibility |
| Not Applicable | | RD | Not Applicable | | Indicates an entity that has defaulted on one or more of its financial commitments, although it continues to meet other financial obligations. Applicable to entity ratings only |
| D | Not Applicable | D | A short-term obligation rated 'D' is in payment default. The 'D' rating category is used when payments on an obligation are not made on the date due even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. The 'D' rating also will be used upon the filing of a bankruptcy petition or the taking of a similar action if payments on an obligation are jeopardized | Not Applicable | Indicates a broad-based default event for an entity, or the default of a short-term obligation |

Sources:
[1] "Standard & Poor's Ratings Definitions," Standard & Poor's, August 20, 2010
[2] "Rating Symbols and Definitions," Moody's Investors Service, November 2009
[3] "Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010

CONFIDENTIAL

Exhibit 25

**S&P and Moody's Cumulative Average Short-Term Historical Default Rates**



**Cumulative Average Default Rates**

| | One Month | One Quarter | One Year |
|---|---|---|---|
| S&P A-1 (1981–April 2007) | 0.00% | 0.01% | 0.00% |
| Moody's P-1 (1983–2006) | 0.00% | 0.00% | 0.06% |

■ S&P A-1 (1981–April 2007)   ■ Moody's P-1 (1983–2006)

**Notes:**

[1] S&P defines a default as recorded on the first occurrence of a payment default on any financial obligation - rated or unrated - other than a financial obligation subject to a bona fide commercial dispute; an exception occurs when an interest payment missed on the due date is made within the grace period.

[2] Moody's definition of default includes three types of credit events: (1) a missed or delayed disbursement of interest and/or principal; (2) bankruptcy, administration, legal receivership, or other legal blocks (perhaps by regulators) to the timely payment of interest and/or principal; or (3) a distressed exchange occurs where: (i) the issuer offers debt holders a new security or package of securities that amount to a diminished financial obligation (such as preferred or common stock, or debt with a lower coupon or par amount, lower seniority, or longer maturity); and (ii) the exchange has the effect of allowing the issuer to avoid a bankruptcy or payment default.

**Sources:**

[1] "Default, Transition, and Recovery: Global Short-Term Default Study And Rating Transitions," Standard & Poor's, June 21, 2007.

[2] "Short-Term Corporate and Structured Finance Rating Transition Rates," Moody's Investors Service, June 2007.

CONFIDENTIAL

**Exhibit 26**
**Moody's Investors Service**
**Average and Median Ratings Prior to Default, 1983 - 2007**



**Source:** Diagram taken from "Corporate Default and Recovery Rates, 1920 – 2007," Moody's Investors Service, February 2008, p.7.

CONFIDENTIAL

## Exhibit 27
### Percent of Analysts Recommending Buy or Hold
### Comparable Financial Companies - Investment Banks
### July 1, 2007 - September 1, 2008



**Notes:**
[1] A recommendation is considered a "buy" if analyst recommends "buy" or "strong buy."
[2] JPMorgan Chase & Co. announced the acquisition of The Bear Stearns Companies, Inc. on March 16, 2008.
[3] Bank of America Corp. announced the acquisition of Merrill Lynch & Co., Inc. on September 14, 2008.

**Sources:**
[1] Thomson IBES.
[2] Capital IQ.

CONFIDENTIAL



**Exhibit 28**
**Percent of Analysts Recommending Buy or Hold**
**Comparable Financial Companies - Banking and Financial Institutions**
**July 1, 2007 – September 1, 2008**

Percent of Analysts
Recommending Buy or Hold

■ Mean   ■ Median   ■ Lehman

Notes:
[1] A recommendation is considered a "buy" if analyst recommends "buy" or "strong buy."
[2] Banking and financial institutions are identified by Capital IQ. See Footnote 14 of the Expert Report for further detail.
[3] The mean and median are of the percent of analysts recommending buy or hold of banking and financial institutions. These companies are:  American Express Co.; Bank of America Corp.; Bank of New York Mellon Corp.; BB&T Corp.; Capital One Financial Corp.; Citigroup Inc.; Fifth Third Bancorp; Ford Motor Co.; General Electric Co.; JPMorgan Chase & Co.; National City Corp.; PNC Financial Services Group, Inc.; Regions Financial Corp.; SLM Corp.; State Street Corp.; SunTrust Banks, Inc.; U.S. Bancorp; Wachovia Corp.; and Wells Fargo & Co.  The Capital Group Companies Inc. did not have analyst recommendation data available and is excluded from this analysis.

Sources:
[1] Thomson IBES.
[2] Capital IQ.

CONFIDENTIAL

Exhibit 29

Analyst Recommendations for Lehman

July 1, 2007 - September 15, 2008

| Report Date | Contributor | Recommendation | Selected Quotes |
|---|---|---|---|
| 8/17/2007 | Fox-Pitt Kelton Cochran Caronia Waller | Outperform | In our view, a big disconnect between mkt concerns and Lehman's actual experience continues to subsist, likely due to investors' unwillingness to consider risk mitigation claims |
| 9/15/2007 | JPMorgan | Neutral | Writedowns related to LBO and mortgage exposures led to weak capital markets revenue, partially offset by strong results in banking and equity trading  We maintain our Neutral rating due to concerns related to mortgage/leveraged finance and expenses required for Lehman's international build-out |
| 9/19/2007 | HSBC Global Research | Overweight | Lehman should trade closer to Goldman, Morgan Stanley, and Merrill Lynch, not Bear Stearns |
| 9/19/2007 | HSBC Global Research | Overweight | Solid results, followed by a decidedly bullish and surefooted conference call drove home the point that an advantageously scoped and scaled securities firm is set up to make plenty of money acting as intermediary in even the most difficult of markets |
| 9/19/2007 | The Buckingham Research Group | Strong Buy | Overall, we remain bullish on the stock   Reiterate Strong Buy rating |
| 9/19/2007 | Wachovia | Outperform | Given our constructive fundamental outlook, we believe LEH's shares are meaningfully undervalued |
| 9/19/2007 | Wachovia | Outperform | Away from fixed income, the Company's equities, investment banking and investment management divisions delivered record or near record results |
| 10/8/2007 | Credit Suisse | Outperform (from Neutral) | Today's results were, once again, a clear proof of Lehman's diversified platform |
| 10/8/2007 | Credit Suisse | Outperform (from Neutral) | We are raising our rating on Lehman Brothers to Outperform from Neutral based on improved performance prospects (both absolute and relative to peers) and with that a greater likelihood of multiple expansion and share price outperformance |
| 10/24/2007 | Deutsche Bank | Buy | CDOs are Not a Big Issue at Lehman, In Our View  Lehman ranked well down in the league tables for underwriting CDOs and at quarter-end had $1 8B of ABS CDO exposure on a gross basis  On a net basis, we estimate this exposure is negative given hedges that more than offset their exposure  In other words, Lehman probably has gains on its net CDO position |
| 12/13/2007 | Wachovia | Outperform | Business conditions remain incredibly challenging, but market share grabbing opportunities appear to be surfacing  This might not mean much now but could if things improve sometime in 2008 |
| 12/13/2007 | Credit Suisse | Outperform | LEH remains well positioned to benefit from a favorable interest rate environment as well as a recovery in the IPO and advisory markets, in our view |
| 12/13/2007 | Credit Suisse | Outperform | Our thesis on LEH   the shares are rated Outperform based on improved performance prospects, both absolute and relative to peers, and with that a greater likelihood of multiple expansion and share price outperformance |
| 12/13/2007 | Deutsche Bank | Buy | Net-net results could have been worse  Lehman, while not likely the best among the brokers (still likely Goldman Sachs (GS, $212 58, Buy)), should rank among the better performers this quarter  At first glance, there were no unusual surprises during a period that could have caused them |
| 12/14/2007 | Punk, Ziegel & Company | Sell | Balance sheet re-engineering is not the core of this company  Operating businesses are  The outlook for these businesses is not positive  Therefore, even though this is one of the most impressive companies in the financial sector, its stock should be avoided |
| 12/14/2007 | JPMorgan | Neutral | While we view Lehman as well managed and nimble, decelerating US fixed income origination volume in 2007 and a deteriorating leveraged finance market have led to downward earnings revisions   However, we continue to view Lehman as having one of the best cultures on Wall Street, with a strong execution track record  Accordingly, we expect Lehman will grow its US and international market share |
| 12/14/2007 | The Buckingham Research Group | Strong Buy | We continue to emphasize LEH's strong risk management abilities (which is enabling them to grab market share), organic growth, and international exposures as drivers of growth going forward |
| 12/14/2007 | The Buckingham Research Group | Strong Buy | LEH is our top pick given upside EPS potential next year and inexpensive valuation |

CONFIDENTIAL

Exhibit 29
Analyst Recommendations for Lehman
July 1, 2007 – September 15, 2008

| Report Date | Contributor | Recommendation | Selected Quotes |
|---|---|---|---|
| 1/10/2008 | Deutsche Bank | Buy | Our sense is that Lehman is positioned for market share gains given a more consistent culture, greater stability with risk management, and benefits from investment spending, especially now U.S.  Lehman is a well-run company in a tough part of the cycle but with a below historical valuation As opposed to several of its peers, Lehman needed no capital injection or dramatic downsizing |
| 3/17/2008 | Deutsche Bank | Buy | Lehman is Not Bear  1) It has more liquidity (below)  2) it has support among the major counterparties, evidenced by an extension on Friday of a $2B working capital line with 40 banks (on issue without Bear Stearns (BSC) seems to be that counterparties pulled in lines)  3) Its franchise is more diversified given almost half outside the US and its asset management business that is more than twice as large relative to its size (BSC was more plain vanilla)  4) It has a seasoned and experienced CEO (Bear's CEO was new) |
| 3/18/2008 | Punk, Ziegel & Company | Buy | Further, the Federal Reserve has promised to provide whatever funding that may be required to keep primary dealers liquid  Thus, anyone attacking Lehman would have to be able to bankrupt the Fed to break Lehman  An attack on Lehman or any other primary dealer is an attack on the Fed  To assume that Lehman would fail means that one assumes the Fed will not or cannot honor its commitments  This is a bad bet to make |
| 3/18/2008 | Credit Suisse | Outperform | Bottom line    the facts are better than the fears; the quarter was fine, exposures are coming down, slowly, liquidity is strong |
| 3/28/2008 | Citigroup | Buy/High Risk (from Hold/High Risk) | After being on the sidelines for a couple of years, we see the current valuation as an extremely attractive entry point into Lehman shares  Furthermore, the recent profitable quarter in a tough environment, the coordinated actions taken by the Fed & Treasury to provide meaningful liquidity, and Lehman's management team's excellent track record of creating value and managing risk all serve as excellent downside protection We see 70% upside in Lehman shares  LEH's valuation is compelling based on virtually any historical metric, leading to an excellent risk/reward opportunity |
| 4/1/2008 | JPMorgan | Neutral | We continue to rate Lehman Neutral based on a business mix that could make earnings growth challenging and DVA adjustments that could show an earnings recovery  While the capital raise appears to have gone quite well, we don't think downward earnings revisions have concluded for the brokerage sector |
| 4/1/2008 | Punk, Ziegel & Company | Buy | In sum, it seems evident that Lehman is being pushed hard by the markets to prove its balance sheet is safe  By raising additional capital and liquefying the balance sheet, the company hopes to put these fears to rest  Once this is done the stock is likely to snap back in price  My Buy recommendation indicates my faith that this will happen |
| 4/1/2008 | The Buckingham Research Group | Strong Buy | LEH is now trading at a 40% discount to the peer group on a P/B basis and well below its 10-year and 5-year averages of ~1.9x  We believe the valuation discount is way overdone given LEH's superior risk management and still solid growth prospects in a market recovery environment |
| 5/1/2008 | Credit Suisse | Outperform | The shares are rated Outperform based on valuation and support for improving performance into 2009 |
| 5/5/2008 | Deutsche Bank | Buy | In short, investors no longer even ask us about Lehman's survivability  It seems like a foregone conclusion |
| 6/5/2008 | Deutsche Bank | Buy | We've gotten several questions this week about whether Lehman will fail, reflecting an exaggeration of many of the concerns that have been around for the past couple months We feel that Lehman is not Bear  Liquidity is not a major issue, in our view  Equity risk remains but does not seem outsized  Revenues should continue to grow in most areas |
| 6/9/2008 | The Buckingham Research Group | Strong Buy | Retain Strong Buy rating on valuation and franchise value With market share gains continuing and solidly diversified franchise (50% now US, 20% wealth mgmt ), we expect a solid recovery in the fundamentals (as we saw with MS after its sizable 4Q loss) |
| 6/10/2008 | Wachovia | Market Perform | We underestimated how poorly marked LEH's assets were  In addition, the larger capital raise at meaningfully lower prices indicates that the Company did not have, and potentially still does not have, a complete grasp of its exposures We are cautious on LEH's ability to navigate through its concentrated exposures in challenged asset classes  However, LEH remains positioned to benefit from a favorable interest rate environment as well as a recovery in the IPO and advisory markets, in our view |

CONFIDENTIAL

**Exhibit 29**

**Analyst Recommendations for Lehman**

**July 1, 2007 – September 15, 2008**

| Report Date | Contributor | Recommendation | Selected Quotes |
|---|---|---|---|
| 6/10/2008 | Morgan Stanley | Overweight | We think near-term risk of incremental write-downs is balanced by solid liquidity and capital footing |
| 6/10/2008 | Morgan Stanley | Overweight | A return to profitability email a healing credit market should drive valuation closer to book value. BV is difficult to pin down, but we believe LEH has sufficient capital to absorb downside risk |
| 7/24/2008 | Morgan Stanley | Overweight | A return to profitability — in the context of a healing credit market backdrop — should be sufficient to drive valuation closer to book value. Meanwhile, aggressive Fed moves and adequate capital cushion should help the firm weather near-term headwinds stemming from balance sheet overhang |
| 8/15/2008 | Fox-Pitt Kelton Cochran Caronia Waller | Outperform | We continue to believe that the popular bear case on Lehman—that mgmt wasn't taking write-downs to the extent of peers—was faulty in that gross write-downs had indeed been extensive over 1Q07-1Q08, and bears failed to realize that these gross marks had been mitigated by big hedging gains |
| 8/28/2008 | Ladenburg Thalman | Buy | The company is facing a large number of very unhappy investors and employees. The reason for the upset is that the company may have been too slow to recognize the problems on its balance sheet. This requires decisive action. Since I believe the result will be a positive one, the stock is being recommended for purchase despite its dismal third fiscal quarter (ends August 31) expectations. Lehman continues to be one of the most attractive firms in the business |
| 9/5/2008 | Deutsche Bank | Buy | We feel that Lehman will be left with a lower risk balance sheet that will put behind the question of its viability and, therefore maintain Buy |
| 9/10/2008 | Credit Suisse | Neutral | There remains significant execution risk, most notably with respect to the ultimate value of the commercial real estate being spun-off and with that, future capital needs. Our estimates and target price have been reduced; the shares remain Neutral rated |
| 9/10/2008 | Fox-Pitt Kelton Cochran Caronia Waller | Outperform | On balance, Lehman's earnings were cyclically depressed, as we expect to see at peers next week. The good news is that—at least through August-end—Lehman's franchise does not appear to have been impacted by the negative headlines and weak stock performance |
| 9/10/2008 | JPMorgan | Neutral | While we view Lehman as nimble and having one of the best cultures on Wall Street, deteriorating fixed income asset valuations and leveraged loans have led to downward earnings revisions |
| 9/11/2008 | The Buckingham Research Group | Neutral | While we strongly disagree with the rating agencies' stance, perception is reality in this business and a significant downgrade would be very onerous on LEH's trading business. That said, we do see tremendous upside in the stock if LEH can maintain a single A rating. However, the uncertainty of whether they can maintain that (particularly in light of Moody's target in the BBB range) leaves us no choice but to move to the sidelines on the stock |
| 9/11/2008 | Ladenburg Thalman | Buy | I still believe that this is one of the best companies on Wall Street and that it has value well beyond its current stock price. Therefore, the stock remains a Buy<br><br>In sum, management is attempting to keep its head while everyone around it is losing theirs |
| 9/11/2008 | Wachovia | Market Perform | We are cautious on LEH shares due to uncertainty regarding the proposed REH spinoff and sale of the IMD business. However, LEH remains positioned to benefit from a favorable interest rate environment as well as a recovery in the IPO and advisory markets, in our view, if LEH's transactions are completed |
| 9/11/2008 | HSBC Global Research | Underweight | The meaningful distinctions with Bear Stearns should limit how wide this name could trade, still, near-term uncertainty keeps us Underweight<br><br>Lehman is a better, more diversified franchise. It is much more conservatively funded, and carries a huge liquidity pool of some $42 billion. It has access to the Federal Reserve for emergency funding. It also has one thing that it shares with Bear Stearns—it is too big to fail in our opinion. The interconnectedness of the firm within the global financial system is firmly bound. We have to believe that no regulator or central banker really wants to find out what a massive counterparty risk failure would look like |

Source: Thomson ONE Banker

CONFIDENTIAL

# APPENDIX A

## ROBERT GLENN HUBBARD

### *Curriculum Vitae*

**PERSONAL DATA**

> Born:　　　　In Orlando, Florida.
> Marital Status:　Married, two children.

**FIELDS OF SPECIALIZATION**

> Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

**EDUCATION**

> Ph.D., Economics, Harvard University, May 1983.
> Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.
>
> A.M., Economics, Harvard University, May 1981.
>
> B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.

**HONORS AND AWARDS**

> Joint American Economic Association/American Finance Association Distinguished Speaker, 2008.
>
> Cairncross Lecture, University of Oxford, 2007.
>
> Fellow of the National Association of Business Economists, 2005.
>
> William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.
>
> Exceptional Service Award, The White House, 2002.
>
> Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.
>
> Alumni Hall of Fame, University of Central Florida, 2000.
>
> Best Paper Award for Corporate Finance, Western Finance Association, 1998.
>
> Exceptional Service Award, U.S. Department of the Treasury, 1992.

CONFIDENTIAL

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

## POSITIONS HELD

| | |
|---|---|
| 2004-present | Dean, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 2007-present | Panel of Economic Advisors, Federal Reserve Bank of New York (also 1993-2001) |
| 2003-present | Featured commentator, *Nightly Business Report* |
| 2003-2010 | Featured commentator, *Marketplace* |
| 2003-2007 | Visiting Scholar American Enterprise Institute (also 1995-2001) |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |

CONFIDENTIAL

| | |
|---|---|
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-2001 | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |
| 1981-1983 | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |

## DIRECTORSHIPS

| | |
|---|---|
| 2007-present | Met Life |
| 2006-2008 | Capmark Financial Corporation; Information Services Group |
| 2004-present | ADP, Inc.; KKR Financial Corporation; BlackRock Closed-End Funds |
| 2004-2008 | Duke Realty Corporation |
| 2004-2006 | Dex Media/R.H. Donnelley |

CONFIDENTIAL

| 2003-2005 | ITU Ventures |
| 2000-2001 | Angel Society, LLC; Information Technology University, LLC |

## CONSULTING OR ADVISORY RELATIONSHIPS

| 2005-2009 | Arcapita |
| 2005-2010 | Nomura Holdings America |
| 2006-present | Analysis Group (also 1995-2003) |
| 2008 | Laurus Funds |
| 2005-2008 | Chart Venture Partners |
| 2003-2009 | Ripplewood Holdings |

## POSTS IN NON-PROFIT ORGANIZATIONS

| 2006-present | Co-Chair, Committee on Capital Markets Regulation |
| 2004-present | Member, Advisory Board, National Center on Addiction and Substance Abuse |
| 2003-present | Member, Manhattan District Council Board, Boy Scouts of America |
| 2010-2011 | Co-Chair, The Study Group on Corporate Boards |
| 2008-2011 | Elder, Fifth Avenue Presbyterian Church |
| 2008-2010 | Chairman, Economic Club of New York |
| 2006-2008 | Member, Board of Directors, Resources for the Future |
| 2003-2008 | Trustee, Tax Foundation |
| 2004-2010 | Trustee, Economic Club of New York |
| 2004-2007 | Trustee, Fifth Avenue Presbyterian Church, New York |

CONFIDENTIAL

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1987-present | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |
| 2007-present | Life Member, Council on Foreign Relations |
| 2003 | Member, Committee of Visitors, National Science Foundation |
| 2000 | Panelist, Graduate Fellowship Selection Committee, National Science Foundation |
| 1999-2001 | Director, Project on Nonprofit Organizations, National Bureau of Economic Research |
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |

CONFIDENTIAL

| | |
|---|---|
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
| 1981-present | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |
| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |

CONFIDENTIAL

Referee: *American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation*; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press

Associate Editor: *Journal of Applied Corporate Finance*

Former Associate Editor: *Federal Reserve Bank of New York Economic Policy Review; International Finance; International Tax and Public Finance; Journal of Industrial Economics; Journal of Macroeconomics; Journal of Small Business Finance; National Tax Journal*

# PUBLICATIONS AND PAPERS

## Edited Volumes

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, DC: AEI Press, 2001.

*Inequality and Tax Policy* (with K.A. Hassett), Washington, DC: AEI Press, 2001.

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

CONFIDENTIAL

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

## Books

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Hoover Institution Press and AEI Press, 1st ed., 2005; 2nd ed., 2011.

*Seeds of Destruction* (with P. Navarro), FT Publishing, 2010.

*The Mutual Fund Industry: Competition and Investor Welfare* (with M.F. Koehn, S.I. Ornstein, M. Van Audenrode, and J. Royer), New York: Columbia Business School Publishing, 2010.

*The Aid Trap: Hard Truths About Ending Poverty* (with W. Duggan), Columbia Business School Publishing, 2009

## Textbooks

*Principles of Economics* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2006; 2nd ed., 2008; 3rd ed., 2010.

Money, Banking, and the Financial System (with A.P. O'Brien), Pearson Prentice Hall, 1st ed. 2012

*Macroeconomics* (with A.P. O'Brien and M. Rafferty), Pearson Prentice Hall, 1st ed., 2012

*Money, the Financial System, and the Economy*, Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007.

## Publications

### Articles

"The Effect of Tax Preferences on Health Spending" (with J.F. Cogan and D.P. Kessler), *National Tax Journal*, forthcoming.

CONFIDENTIAL

"The Effect of Medicare Coverage for the Disabled on the Market for Private Insurance" (with J.F. Cogan and D.P. Kessler), *Journal of Health Economics* 29 (2010): 418-428.

"The Effect of Massachusetts' Health Reform on Employer-Sponsored Insurance Premiums" (with J.F. Cogan and D.P. Kessler), *Forum for Health Economics and Policy*, 2010.

"The Mortgage Market Meltdown and House Prices" (with C. Mayer), *The B.E. Journal of Economic Analysis & Policy* 9: Issue 3 (Symposium), Article 8 (2009).

"Competition in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), *Journal of Corporation Law*, 33 (Fall 2007).

"Evaluating Effects of Tax Preferences on Health Care Spending and Federal Revenues" (with J.F. Cogan and D.P. Kessler), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 21, Cambridge: MIT Press, 2007.

"To Bundle or Not to Bundle: Firms' Choices Under Pure Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business*, 14 (2007): 59-83.

"The Effects of Progressive Income Taxation on Job Turnover" (with W.M. Gentry), *Journal of Public Economics* 88 (September 2004): 2301-2322.

"Business, Knowledge, and Global Growth", *Capitalism and Society*, 1 (2006).

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, 2005.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Entrepreneurship and Household Saving" (with W.M. Gentry), *Advances in Economic Analysis and Policy*, 4 (2004).

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics* 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"The Share Price Effects of Dividend Taxes and Tax Imputation Credits" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

CONFIDENTIAL

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

CONFIDENTIAL

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879- 1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

CONFIDENTIAL

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

CONFIDENTIAL

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

### Writings on Public Policy

"Back to the Future: The Marshall Plan" (with W. Duggan), in C. Schramm, ed.

Entrepreneurship and Expeditionary Economics, Kansas City: Kauffman Foundation (2011): 8-19

"The Morning After: A Road Map for Financial Regulatory Reform," in R. B. Porter, R. R. Glauber, and J.J. Healey, eds., *New Directions in Financial Services Regulation*, Cambridge: MIT Press (2011): 77-98

"The Best Business Education Ever," *BizEd* 6:5 (2007).

"An Action Plan for US Capital Markets," *International Finance* 10:1 (2007): 91-99.

"Nondestructive Creation," *strategy+business* 27 (Summer 2007): 30-35.

CONFIDENTIAL

"The Productivity Riddle," *strategy+business* 45 (Winter 2006): 28-33.

*"Overview of the Japanese Deficit Question," (with Takatoshi Ito), "Tackling Japan's Fiscal Challenges: Strategies to Cope with High Public Debt and Population Aging (International Monetary Fund Book) Palgrave* Macmillan (October 31, 2006).

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling* 28 (2006): 665-671.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?," In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform*. Washington, DC: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

"Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004):233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future*. Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled,"(with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

CONFIDENTIAL

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth,* Washington, DC: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

CONFIDENTIAL

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

### *Comments, Notes, and Reviews*

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Key Issues in Public Finance: Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720.

CONFIDENTIAL

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Handlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

CONFIDENTIAL

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

### Submitted Papers and Working Papers

"The Elasticity of Deferred Income With Respect to Marginal Income Tax Rates" (with K.A. Hassett and A. Mathur), Working Paper, Columbia University, 2011.

"Tax Policy and Wage Growth" (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Working Paper, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Working Paper, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Working Paper, Columbia University, 1999.

"Entrepreneurship and Household Saving," (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss),Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Working Paper, Northwestern University, 1987.

CONFIDENTIAL

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

## GRANTS RECEIVED

"Corporate Board Study Group," Rockefeller Foundation, 2009.

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.

CONFIDENTIAL

## PAPERS PRESENTED

### University Seminars

Bard College, University of Bergamo, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia, University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Harvard, Hendrix College, University of Illinois, Indiana University, Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, New York University, Northwestern, Oxford, University of Pennsylvania, Princeton, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.

### Conference Papers Presented

American Council for Capital Formation, Washington, DC, June 1994.

American Economic Association, New Orleans, 2008; Chicago 2007; Boston, 2006; Philadelphia, 2005; San Diego, January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington, D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Private Equity, 2007; Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, New Orleans, January 2008; San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

CONFIDENTIAL

Bipartisan Commission on Entitlement and Tax Reform, Washington, DC, June 1994.

Brookings Panel on Economic Activity, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002; March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment of Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2007; November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

CONFIDENTIAL

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, DC, May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, DC, June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2006; August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

CONFIDENTIAL

National Bureau of Economic Research Conference on Innovation Policy, Washington, DC, April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, DC, April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, DC, October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, DC, June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, DC, June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

CONFIDENTIAL

U.S. Joint Economic Committee, Washington, DC, February 2003, October 2002, October 2001, May 2001.

U. S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, DC, October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U. S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, DC, February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

CONFIDENTIAL

## APPENDIX B

### ROBERT GLENN HUBBARD

#### Testimony as an expert witness 2006 – 2011

*Securities and Exchange Commission against Ralph Cioffi and Matthew Tannin,* 08 Civ. 2457 (FB), United States District Court, Eastern District of New York.  Provided deposition testimony in 2011.

*Chemtech Royalty Associates, L.P., by Dow Europe, S.A., as Tax Matters Partner v. United States of America,* 06-258-BAJ-DLD, United States District Court, Middle District of Louisiana. Provided deposition testimony in 2009 and trial testimony in 2011.

*The Board of Trustees of the Southern California IBEW-NECA Defined Contribution Plan v. The Bank of New York Mellon Corporation, et al.,* Civil Action No. 09-cv-06273 (RMB)(AJP), United States District Court, Southern District of New York.  Provided deposition testimony in 2011.

*SCF Arizona v. Wachovia Bank, N.A.,* 09 Civ. 9513 (WHP), United States District Court, Southern District of New York.  Provided deposition testimony in 2011.

*Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al.,* Civil Action No. 5249-CC, Court of Chancery of the State of Delaware.  Provided deposition testimony and trial testimony in 2010.

*Charles Fisher, et al. v. ABB, Inc., et al.,* 2:06-CV-04305 (NKL), United States District Court, Western District of Missouri. Provided deposition testimony in 2009 and trial testimony in 2010.

*United States of America against Ralph Cioffi and Matthew Tannin,* 08-CR-415(FB), United States District Court, Eastern District of New York.  Provided trial testimony in 2009.

*Novell, Inc. v. Microsoft Corporation,* MDL Docket No. 1332, Civil Action No. JRM-05-1087, United States District Court, District of Maryland.  Provided deposition testimony in 2009.

*In Re American Mutual Funds Fee Litigation,* 2:04-cv-05593-GAF-RNB, United States District Court, Central District of California, Western Division. Provided deposition testimony in 2009.

*Convolve, Inc., and Massachusetts Institute of Technology v. Compaq Computer Corporation and Seagate Technology, LLC,* 00-CIV-5141, United States District Court for the Southern District of New York.  Provided deposition testimony in 2008.

CONFIDENTIAL

*Cynthia A. Bennett, et al. v. Fidelity Management & Research Company and FMR Co., Inc.*, 04-CV-11756-MLW, United States District Court, District of Massachusetts. Provided deposition testimony in 2008.

*Pro-Sys Consultants Ltd. and Neil Godfrey, Plaintiffs against Microsoft Corporation and Microsoft Canada Co./Microsoft Canada CIE Defendants*, No. L043175, Vancouver Registry, Supreme Court of British Columbia. Provided deposition testimony in 2008.

*United States of America vs. Frederick S. Schiff and Richard J. Lane*, Criminal No. 06-406, United States District Court, District of New Jersey. Provided trial testimony in 2008.

*Discover Financial Services, et al. v. Visa U.S.A. Inc., et al.*, 04-CV-7844, United States District Court, Southern District of New York. Provided deposition testimony in 2007.

*In re: Oracle Securities Litigation*, C01-0988-MJJ, United States District Court, Northern District of California. Provided deposition testimony in 2007.

*Susan Strigliabotti, et al. v. Franklin Resources, Inc., et al.*, C-04-0883, United States District Court,  Northern District of California. Provided deposition testimony in 2007.

*Joe Comes and Comes Vending, Inc. v. Microsoft Corporation*, CL 82311, Iowa District Court for Polk County. Provided deposition testimony in 2006.

*Robert L. Baker v. American Century Investment Management, Inc*, 04-4039-CV-C-ODS, United States District Court,  Western District of Missouri. Provided deposition testimony in 2006.

CONFIDENTIAL

# APPENDIX C

# MATERIALS CONSIDERED

### Legal Filings

"Northern Trust Global Securities Lending Presentation (October 2008)," Exhibit 18 to Plaintiffs' Proposed Findings of Fact and Conclusions of Laws, *BP Corporation North America Inc. Savings Plan Investment Oversight Committee et al. v. Northern Trust Investments N.A. and the Northern Trust Company* , 1:08-cv-06029, Northern District of Illinois, December 4, 2008

Amended Complaint and Jury Demand, *COPIC Insurance Company v. Wells Fargo & Company et al.* , 1:09-cv-00041-WDM-BNB, District of Colorado, February 20, 2009

Class Action Complaint, *Board of Trustees of the Imperial County Employees' Retirement System et al. v. JPMorgan Chase Bank, N.A.,* 1:09-cv-03020-UA, Southern District of New York, March 27, 2009

Complaint, City of *St. Petersburg, Florida v. Wachovia Bank, National Association d/b/a Wachovia Global Securities Lending; Wells Fargo & Company; and Metropolitan West Securities, L.L.C. d/b/a Wachovia Global Securities Lending* , Case No. 8:10-cv-693-T-26TBM, Middle District of Florida, March 23, 2010.

Report of Anton R. Valukas, Examiner, *In re Lehman Brothers Holdings Inc., et. al., Debtors* , 08-13555 (JMP), Southern District of New York, March 11, 2010

Second Amended Class Action Complaint, *IBEW vs. Bank of New York Mellon, N.A.* , Civil Action No. 09-cv-06273 (RMB)(AJP), Southern District of New York, December 17, 2009

Written Report of Laurence Freed, July 27, 2011, in the Litigation *City of St. Petersburg, Florida v. Wells Fargo Bank, National Association*

### Bates-Stamped Documents

WACH-STPETE 089670 - 089709 (Deposition Exhibit 45)
WACH-STPETE 165534 - 165538 (Deposition Exhibit 40)

### Publicly-available Data and Documents

"1Q08: Underlying Earnings Power Remains Intact," The Buckingham Research Group, September 19, 2007

"20 Largest Public Company Bankruptcy Filings 1980 – Present," BankruptcyData.com, available at http://www.bankruptcydata.com/Research/Largest_Overall_All-Time.pdf, viewed on July 13, 2011

"2009 New Year Preview: Sector Themes for 2009," RBC Capital Markets, January 2009

"2Q08: Risks Are Coming Down; Reaffirm S. Buy," The Buckingham Research Group, June 17, 2008

"3Q08 Pre-Release," Deutsche Bank, September 10, 2008

"About us," Sallie Mae, available at https://www1.salliemae.com/about/, viewed on July 13, 2011

"An Educational Look at Bond Credit Ratings," Morgan Stanley, available at http://www.morganstanleyindividual.com/ markets/bondcenter/ school/credit/default.asp, viewed on July 13, "Assessing Strategic Alternatives for Commercial Mortgage," Fox-Pitt Kelton Cochran Caronia Waller, September 4, 2008

"Attacking the Federal Reserve," Punk, Ziegel & Company, March 18, 2008

"Background," International Bank for Reconstruction and Development, available at http://web.worldbank.org/ WBSITE/EXTERNAL/EXTABOUTUS/EXTIBRD/0,,contentMDK:21130269~menuPK:3168298~pagePK:641 68445~piPK:64168309~theSitePK:3046012,00 html, viewed on July 13, 2011

"Bank Stocks Fail to Rally on AIG Bailout - Lehman Bankruptcy Still Reverberating; Difficult to Gauge Impact on Banks," JPMorgan, September 18, 2008

"BlackRock's Fink Says Lehman Not Another Bear," *CNBC,* June 11, 2008

"Broader Lessons from Lehman Brothers' Bankruptcy," Standard & Poor's, September 17, 2008

"Chrysler Gets $4 Billion U.S. Government Loan," *Reuters,* January 2, 2009

"Corporate Default and Recovery Rates, 1920-2007," Moody's Investors Service, February 2008

"Corporate Default and Recovery Rates, 1920-2008," Moody's Investors Service, February 2009

"Default, Transition, and Recovery: 2007 Annual Global Corporate Default Study And Rating Transitions," Standard & Poor's, February 5, 2008

CONFIDENTIAL

"Default, Transition, and Recovery: 2008 Annual Global Corporate Default Study and Rating Transitions," Standard & Poor's, April 2, 2009

"Default, Transition, and Recovery: Global Short-Term Default Study And Rating Transitions," Standard & Poor's, June 21, 2007

"Definitions of Ratings and Other Forms of Opinion," Fitch Ratings, October 2010

"De-risking and Depending on Markets to Hold," HSBC Global Research, September 11, 2008

"Downgrade from Buy to Hold on Rating Agency Reports," Deutsche Bank, September 11, 2008

"Ethical and Professional Standards and Quantitative Methods," CFA Program Level 1 Curriculum, Volume 1, 2010

"Evaluating Liquidity at the Rest of the Brokers in a 'Run on the Bank' Scenario," The Buckingham Research Group, March 17, 2008

"Fitch Affirms Lehman Brothers' IDRs at 'A+/F1'; Outlook Negative," Fitch Ratings, July 9, 2008

"Fitch Downgrades Lehman Brothers' L-T & S-T IDRs to 'A+/F1'; Outlook Negative," Fitch Ratings, June 9, 2008

"Fitch Places Lehman Brothers on Rating Watch Negative," Fitch Ratings, September 9, 2008

"Fitch Ratings – Fitch Group Subsidiaries," Fitch Ratings, available at http://www.fitchratings.com/jsp/creditdesk/ AboutFitch.faces?context=1&detail=19, viewed on July 13, 2011

"Fitch Ratings Global Corporate Finance 2007 Transition and Default Study," Fitch Ratings, April 30, 2008

"Fitch Revises Outlook on Lehman Brothers to Negative; Affirms 'AA-/F1+' IDRs," Fitch Ratings, April 1, 2008

"Follow-Up Thoughts on Recent Bearish Arguments," Fox-Pitt Kelton Cochran Caronia Waller, June 4, 2008

"Frequently Asked Questions," Federal Home Loan Banks, available at www.fhlbanks.com/overview_faqs htm, viewed on July 13, 2011

"Frequently Asked Questions," Freddie Mac, available at http://www.freddiemac.com/corporate/company_profile/ faqs/, viewed on July 13, 2011

"Going Private May Be the Best Course of Action," Fox-Pitt Kelton Cochran Caronia Waller, July 14, 2008

"Goldman Sachs / Lehman Brothers Holdings," JPMorgan, March 19, 2008

"Govt GSE Action Can Help," Deutsche Bank, September 5, 2008

"Greater Than Expected Loss, But More Than in the Stock," The Buckingham Research Group, June 9, 2008

"Investment Perspectives," Morgan Stanley, September 24, 2008

"Keynes, Libor, Leverage," *Financial Times (FT.com),* December 30, 2008

"LEH 3Q08: Core Results As Expected, Dispositions Bigger," Fox-Pitt Kelton Cochran Caronia Waller, September 10, 2008

"LEH Reports 3Q08 EPS Loss of ($5.92) and Net Write-Down of $5.6B," Oppenheimer, September 10, 2008

"LEH: A Great Restructuring Plan, But Will the Markets Get It?," Fox-Pitt Kelton Cochrain Caronia Waller, September 11, 2008

"LEH: Analyzing the Firm's Shrinking Options…," Bernstein Research, September 8, 2008

"LEH: Lehman Defies Skeptics…Again--Lowering Est.," Wachovia, March 19, 2008

"LEH: Pre-Announces and Highlights Initiatives – Adjusting Ests.," Wachovia, September 11, 2008

"LEH: Survive….. And Thrive Later, Solid All Things Considered," Wachovia, December 13, 2007

"Lehman Bros Files for Bankruptcy," *BBC News,* September 16, 2008

"Lehman Brothers Holding; It is not Bear," Deutsche Bank, March 17, 2008

"Lehman Brothers Holdings - Final Transcript," Thomson StreetEvents, December 13, 2007

"Lehman Brothers Holdings - Final Transcript," Thomson StreetEvents, June 16, 2008

"Lehman Brothers Holdings - Final Transcript," Thomson StreetEvents, June 9, 2008

"Lehman Brothers Holdings - Final Transcript," Thomson StreetEvents, March 18, 2008

"Lehman Brothers Holdings - Final Transcript," Thomson StreetEvents, September 10, 2008

"Lehman Brothers Holdings - Preliminary Transcript," Thomson StreetEvents, December 13, 2007

"Lehman Brothers Holdings - Preliminary Transcript," Thomson StreetEvents, June 16, 2008

"Lehman Brothers Holdings - Preliminary Transcript," Thomson StreetEvents, June 9, 2008

"Lehman Brothers Holdings - Preliminary Transcript," Thomson StreetEvents, March 18, 2008

"Lehman Brothers Holdings - Preliminary Transcript," Thomson StreetEvents, September 10, 2008

"Lehman Brothers Holdings - Preliminary Transcript," Thomson StreetEvents, September 10, 2008

CONFIDENTIAL

"Lehman Brothers Holdings Inc.," The Investext Group, August 1, 2007
"Lehman Brothers Holdings Inc.," The Investext Group, July 2, 2007
"Lehman Brothers Holdings Inc.," The Investext Group, June 2, 2008
"Lehman Brothers Holdings Inc.," The Investext Group, March 28, 2008
"Lehman Brothers Holdings Inc: Corporate and Strategic Assessment - Company Financials," Datamonitor, July 15, 2008
"Lehman Brothers Holdings Inc: Corporate and Strategic Assessment - Strategic Analysis," Datamonitor, July 21, 2008
"Lehman Brothers Holdings, Incorporated," IBISWorld, April 13, 2008
"Lehman Brothers Holdings, Incorporated," IBISWorld, January 10, 2008
"Lehman Brothers Holdings," CIBC World Markets, August 6, 2007
"Lehman Brothers Holdings," Credit Suisse, April 3, 2008
"Lehman Brothers Holdings," Credit Suisse, April 30, 2008
"Lehman Brothers Holdings," Credit Suisse, December 13, 2007
"Lehman Brothers Holdings," Credit Suisse, February 12, 2008
"Lehman Brothers Holdings," Credit Suisse, February 29, 2008
"Lehman Brothers Holdings," Credit Suisse, February 6, 2008
"Lehman Brothers Holdings," Credit Suisse, February 7, 2008
"Lehman Brothers Holdings," Credit Suisse, January 11, 2008
"Lehman Brothers Holdings," Credit Suisse, June 10, 2008
"Lehman Brothers Holdings," Credit Suisse, March 18, 2008
"Lehman Brothers Holdings," Credit Suisse, May 1, 2008
"Lehman Brothers Holdings," Credit Suisse, May 21, 2008
"Lehman Brothers Holdings," Credit Suisse, October 8, 2007
"Lehman Brothers Holdings," Credit Suisse, September 10, 2008
"Lehman Brothers Holdings," Deutsche Bank, April 1, 2008
"Lehman Brothers Holdings," Deutsche Bank, April 1, 2008
"Lehman Brothers Holdings," Deutsche Bank, April 9, 2008
"Lehman Brothers Holdings," Deutsche Bank, August 13, 2008
"Lehman Brothers Holdings," Deutsche Bank, December 13, 2007
"Lehman Brothers Holdings," Deutsche Bank, February 29, 2008
"Lehman Brothers Holdings," Deutsche Bank, January 10, 2008
"Lehman Brothers Holdings," Deutsche Bank, January 29, 2008
"Lehman Brothers Holdings," Deutsche Bank, June 16, 2008
"Lehman Brothers Holdings," Deutsche Bank, June 9, 2008
"Lehman Brothers Holdings," Deutsche Bank, June 9, 2008
"Lehman Brothers Holdings," Deutsche Bank, March 11, 2008
"Lehman Brothers Holdings," Deutsche Bank, March 18, 2008
"Lehman Brothers Holdings," Deutsche Bank, May 5, 2008
"Lehman Brothers Holdings," Deutsche Bank, October 24, 2007
"Lehman Brothers Holdings," Fitch Ratings, April 1, 2008
"Lehman Brothers Holdings," Fitch Ratings, April 16, 2008
"Lehman Brothers Holdings," Fitch Ratings, August 12, 2008
"Lehman Brothers Holdings," Fitch Ratings, December 10, 2007
"Lehman Brothers Holdings," Fitch Ratings, February 4, 2008
"Lehman Brothers Holdings," Fitch Ratings, January 25, 2008
"Lehman Brothers Holdings," Fitch Ratings, July 9, 2008
"Lehman Brothers Holdings," Fitch Ratings, June 9, 2008
"Lehman Brothers Holdings," Fitch Ratings, June 9, 2008
"Lehman Brothers Holdings," Fitch Ratings, March 18, 2008
"Lehman Brothers Holdings," Fitch Ratings, September 9, 2008

CONFIDENTIAL

"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, August 15, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, January 15, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, July 16, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, June 13, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, June 17, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, June 3, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, June 9, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, March 18, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, March 19, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, March 25, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, May 22, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, May 22, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, September 11, 2008
"Lehman Brothers Holdings," Fox-Pitt Kelton Cochran Caronia Waller, September 9, 2008
"Lehman Brothers Holdings," Fox-Pitt, Kelton Group, August 17, 2007
"Lehman Brothers Holdings," HSBC Global Research, January 3, 2008
"Lehman Brothers Holdings," HSBC Global Research, July 15, 2008
"Lehman Brothers Holdings," HSBC Global Research, June 11, 2008
"Lehman Brothers Holdings," HSBC Global Research, September 12, 2008
"Lehman Brothers Holdings," HSBC Global Research, September 19, 2007
"Lehman Brothers Holdings," JPMorgan, April 1, 2008
"Lehman Brothers Holdings," JPMorgan, August 18, 2008
"Lehman Brothers Holdings," JPMorgan, December 14, 2007
"Lehman Brothers Holdings," JPMorgan, June 16, 2008
"Lehman Brothers Holdings," JPMorgan, June 9, 2008
"Lehman Brothers Holdings," JPMorgan, March 10, 2008
"Lehman Brothers Holdings," JPMorgan, March 19, 2008
"Lehman Brothers Holdings," JPMorgan, September 19, 2007
"Lehman Brothers Holdings," Ladenburg Thalmann, August 21, 2008
"Lehman Brothers Holdings," Ladenburg Thalmann, August 28, 2008
"Lehman Brothers Holdings," Ladenburg Thalmann, August 6, 2008
"Lehman Brothers Holdings," Ladenburg Thalmann, July 1, 2008
"Lehman Brothers Holdings," Ladenburg Thalmann, June 17, 2008
"Lehman Brothers Holdings," Ladenburg Thalmann, June 27, 2008
"Lehman Brothers Holdings," Ladenburg Thalmann, September 9, 2008
"Lehman Brothers Holdings," Morgan Stanley, August 27, 2008
"Lehman Brothers Holdings," Morgan Stanley, September 11, 2008
"Lehman Brothers Holdings," nabCapital, December 14, 2007
"Lehman Brothers Holdings," Oppenheimer, April 2, 2008
"Lehman Brothers Holdings," Oppenheimer, April 22, 2008
"Lehman Brothers Holdings," Oppenheimer, January 28, 2008
"Lehman Brothers Holdings," Oppenheimer, July 11, 2008
"Lehman Brothers Holdings," Oppenheimer, June 10, 2008
"Lehman Brothers Holdings," Oppenheimer, June 17, 2008
"Lehman Brothers Holdings," Oppenheimer, June 2, 2008
"Lehman Brothers Holdings," Oppenheimer, March 10, 2008
"Lehman Brothers Holdings," Oppenheimer, March 18, 2008
"Lehman Brothers Holdings," Oppenheimer, March 23, 2008
"Lehman Brothers Holdings," Oppenheimer, March 31, 2008
"Lehman Brothers Holdings," Oppenheimer, September 8, 2008
"Lehman Brothers Holdings," PriceTarget Research, April 6, 2008

CONFIDENTIAL

"Lehman Brothers Holdings," PriceTarget Research, February 16, 2008
"Lehman Brothers Holdings," PriceTarget Research, January 27, 2008
"Lehman Brothers Holdings," PriceTarget Research, January 5, 2008
"Lehman Brothers Holdings," PriceTarget Research, July 28, 2007
"Lehman Brothers Holdings," PriceTarget Research, March 9, 2008
"Lehman Brothers Holdings," PriceTarget Research., December 15, 2007
"Lehman Brothers Holdings," Punk, Ziegel & Company, April 1, 2008
"Lehman Brothers Holdings," Punk, Ziegel & Company, August 7, 2007
"Lehman Brothers Holdings," Punk, Ziegel & Company, December 14, 2007
"Lehman Brothers Holdings," Punk, Ziegel & Company, February 8, 2008
"Lehman Brothers Holdings," Punk, Ziegel & Company, March 19, 2008
"Lehman Brothers Holdings," Punk, Ziegel & Company, May 21, 2008
"Lehman Brothers Holdings," Punk, Ziegel & Company, May 22, 2008
"Lehman Brothers Holdings," Rapid Ratings, December 14, 2007
"Lehman Brothers Holdings," Rapid Ratings, July 31, 2007
"Lehman Brothers Holdings," Rapid Ratings, March 4, 2008
"Lehman Brothers Holdings," Rapid Ratings, May 26, 2008
"Lehman Brothers Holdings," Raymond James Euro Equities, June 10, 2008
"Lehman Brothers Holdings," The Buckingham Research Group, April 1, 2008
"Lehman Brothers Holdings," The Buckingham Research Group, April 14, 2008
"Lehman Brothers Holdings," The Buckingham Research Group, August 20, 2008
"Lehman Brothers Holdings," The Buckingham Research Group, December 14, 2007
"Lehman Brothers Holdings," The Buckingham Research Group, February 27, 2008
"Lehman Brothers Holdings," The Buckingham Research Group, March 19, 2008
"Lehman Brothers Holdings," ValuEngine, July 10, 2007
"Lehman Brothers Holdings," ValuEngine, July 11, 2007
"Lehman Brothers Holdings," ValuEngine, July 12, 2007
"Lehman Brothers Holdings," ValuEngine, July 13, 2007
"Lehman Brothers Holdings," ValuEngine, July 20, 2007
"Lehman Brothers Holdings," ValuEngine, July 3, 2007
"Lehman Brothers Holdings," Wachovia, April 1, 2008
"Lehman Brothers Holdings," Wachovia, April 9, 2008
"Lehman Brothers Holdings," Wachovia, April 9, 2008
"Lehman Brothers Holdings," Wachovia, January 15, 2008
"Lehman Brothers Holdings," Wachovia, January 15, 2008
"Lehman Brothers Holdings," Wachovia, July 10, 2007
"Lehman Brothers Holdings," Wachovia, June 10, 2008
"Lehman Brothers Holdings," Wachovia, June 12, 2008
"Lehman Brothers Holdings," Wachovia, June 16, 2008
"Lehman Brothers Holdings," Wachovia, June 16, 2008
"Lehman Brothers Holdings," Wachovia, March 19, 2008
"Lehman Brothers Holdings," Wachovia, September 19, 2007
"Lehman Brothers: Bruised, Not Broken – and Poised for Profitability," Morgan Stanley, June 30, 2008
"Lehman's Non-Strategy," Ladenburg Thalmann, September 11, 2008
"Lowering Estimates," Deutsche Bank, June 5, 2008
"Maiden Lane Transactions," Federal Reserve Bank of New York, available at http://www ny frb.org/markets/ maidenlane html#, viewed on July 13, 2011
"Management Has Plan, Not Action – We Await Inv. Mgmt Sale," JPMorgan, September 10, 2008
"Measuring the Measurers: Credit Rating Could Do with More Competition, and A Bit More Rigour," *The Economist,* May 31, 2007
"Moody's Corporation," Moody's Investors Service, available at http://v3 moodys.com/pages/atc.aspx, viewed on July 13, 2011

CONFIDENTIAL

"Mutual Fund Name Changes at Columbia Management and RiverSource Investments," Columbia Management, September 27, 2010

"Overview," Federal Farm Credit Banks Funding Corporation, available at http://www.farmcredit-ffcb.com/farmcredit/fcsystem/overview.jsp, viewed on July 13, 2011

"Plausible Downside on Fundamentals is Priced In," Morgan Stanley, July 24, 2008

"Quick Take on 3Q EPS, Strategic Initiatives," Morgan Stanley, September 10, 2008

"Rating Action: Moody's Affirms Lehman's A1 Rating; Outlook Now Stable," Moody's Investors Service, March 17, 2008

"Rating Action: Moody's Changes Lehman's Rating Outlook to Negative," Moody's Investors Service, June 9, 2008

"Rating Action: Moody's Lowers Lehman Brothers Rating to A2; Outlook Negative," Moody's Investors Service, July 17, 2008

"Rating Action: Moody's Places Lehman's A1 Rating on Review for Downgrade; Prime-1 Affirmed," Moody's Investors Service, June 13, 2008

"Rating Agency Risk Too High," The Buckingham Research Group, September 11, 2008

"Rating Symbols and Definitions," Moody's Investors Service, November 2009

"Report of the Money Market Working Group," Investment Company Institute, March 17, 2009

"Research Update: Lehman Brothers Holdings Inc. Rating Lowered to 'A' From 'A+'; Outlook Negative," Standard & Poor's, June 2, 2008

"S&P 500 to Drop Lehman Brothers, Add Harris," *Reuters,* September 15, 2008

"S&P U.S. Indices, Index Methodology," Standard & Poor's, August 2009

"Selling Neuberger Could Be Part of MBO/Going Private," Fox-Pitt Kelton Cochran Caronia Waller, July 25,

"Shock Therapy," UniCredit, September 15, 2008

"Short-Term Corporate and Structured Finance Rating Transition Rates," Moody's Investors Service, June 2007

"Standard & Poor's | Key Statistics," Standard & Poor's, available at http://www.standardandpoors.com/about-sp/key-statistics/en/us, viewed on July 13, 2011

"Standard & Poor's Ratings Definitions," Standard & Poor's, April 27, 2011

"Standard & Poor's Ratings Definitions," Standard & Poor's, August 20, 2010

"Starting the Clean Up: Follow Through Critical," Credit Suisse, September 10, 2008

"Summary Analysis: Lehman Brothers Holdings Inc.," Standard & Poor's, April 3, 2008

"Top 10 Bankruptcies," *Time,* available at http://www.time.com/time/specials/packages/article/0,28804,1841334_1841431,00.html, viewed on July 13,

"Top Value Investors to Address 2008 Value Investing Congress West in Los Angeles This May," Business Wire, March 23, 2008

"Two Reserve Money Market Funds & Colorado Diversified Trust Lowered to 'Dm'; Others Watch Neg," Standard & Poor's, September 16, 2008

"Understanding Standard & Poor's Ratings Definitions," Standard & Poor's, June 3, 2009

"Upgrading to Buy; Reality Will Trump Fear," Citigroup, March 28, 2008

"US Government Rescues Insurer AIG", *BBC News,* September 17, 2008

"Wells Fargo to Buy Wachovia in $15.1 Billion Deal," *The New York Times,* October 3, 2008

"Why Was Lehman Brothers Rated 'A'?," Standard & Poor's, September 24, 2008

Anderson, J. and Story, L., "Lehman Posts Loss and Plans to Raise Capital," *The New York Times,* June 10, 2008

Bank of America Corporation, Form 10-Q for the period ended March 31, 2009

Bank of America Corporation, Form 8-K, filed September 18, 2008

BankruptcyData.com

Bawden, T., "Kuwait Fund Keeps Eye on US Banks as Lehman Seeks Cash," *The Times (UK),* June 5, 2008

Blinder, A., "Six Errors on the Path to the Financial Crisis," *The New York Times,* January 25, 2009

Bloomberg L.P.

Bodie, Zvi, Kane, Alex, and Marcus, Alan J., *Investments*, Seventh Edition, 2008

Brealey, R., Myers, S. and Allen, F., *Principles of Corporate Finance,* Tenth Edition, McGraw-Hill/Irwin, 2010

Bruno, J.B. and Crutsinger, M., "Lehman's Future in Doubt, Banks Seen Unveiling Plan to Restore Confidence in Financial System," Associated Press, September 15, 2008

Capital IQ

CONFIDENTIAL

Carreyrou, J., "Lehman's Ghost Haunts California," *The Wall Street Journal,* February 24, 2010

Center for Research in Securities Prices

Condon, C., "Reserve Money Fund Falls Below $1, Delays Withdrawals," *Bloomberg,* September 17, 2008

Craig, S., "Lehman Wants To Short-Circuit Short Sellers," *The Wall Street Journal,* April 1, 2008

DeAngelo, H., DeAngelo, L. and Gilson, S.C., "The Collapse of First Executive Corporation: Junk Bonds, Adverse Publicity, and the 'Run on the Bank' Phenomenon," *Journal of Financial Economics* 36 (March 1994):

Downes, J., and Goodman, J.E., *Dictionary of Finance and Investment Terms (Barron's Financial Guides),* Seventh Edition, Barron's Educational Series, 2006

Duncan, G., "Lehman Collapse Sends Shockwave Round World," *The Times (UK),* September 16, 2008

Eavis, P and D. Reilly, "Bear's Crisis Shocks Stock Markets --- A Liquidity Squeeze Reveals Vulnerability Of a Wall Street Firm," *The Wall Street Journal,* March 15, 2008

Fabozzi, F.J., *The Handbook of Fixed Income Securities,* Seventh Edition, 2005

Fama, E.F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* , 25:2,

Financial Industry Regulatory Authority

Fineman, J. and Onaran, Y., "Lehman CEO Fuld Finds What a Difference a Week Makes," *Bloomberg,* June 14, 2008

Form N-CSR, Columbia Funds Series Trust, Columbia Cash Reserves, August 31, 2008

Form N-CSR, Goldman Sachs Trust, Financial Square Prime Obligations Fund, June 30, 2008

Form N-Q ING Series Fund, Inc., ING Money Market Fund, December 31, 2008

Form N-Q ING Series Fund, Inc., ING Money Market Fund, June 30, 2008

Form N-Q, Dreyfus BASIC Money Market Fund, Inc., May 31, 2008

Form N-Q, Dreyfus BASIC Money Market Fund, Inc., November 30, 2008

Form N-Q, Dreyfus Cash Management Plus, Inc., April 30, 2008

Form N-Q, Dreyfus Cash Management Plus, Inc., October 31, 2008

Form N-Q, Dreyfus Liquid Assets, Inc., March 31, 2008

Form N-Q, Dreyfus Liquid Assets, Inc., September 30, 2008

Form N-Q, Dreyfus Worldwide Dollar Money Market Fund, Inc., January 31, 2009

Form N-Q, Dreyfus Worldwide Dollar Money Market Fund, Inc., July 31, 2008

Gangahar, A., "Lehman Buy-out Prospects Boost Wall Street," *Financial Times (FT.com),* August 22, 2008

Gasparino, C., "Street Prepares for Worst as Lehman Deal Stalls," *CNBC,* September 14, 2008

Gee, M., "Troubled Lehman Draws an Unlikely Suitor," *The Globe and Mail,* September 3, 2008

Geithner, T.F., "Causes of the Financial Crisis and the Case for Reform," Testimony Before the Financial Crisis Inquiry Commission, May 6, 2010

Giannone, J.A., "Greenlight Sees More Lehman Write-Downs," *Reuters,* December 10, 2007

Goldman Sachs Trust, NSAR-B, Exhibit 99, "Actions Taken Pursuant to Rule 2a-7(c)(6)(ii) on Behalf of the Goldman Sachs Financial Square Prime Obligations Fund," March 2, 2009

Guha, K., "No Public Subsidy for Lehman Takeover," *Financial Times (FT.com),* September 12, 2008

Gullapalli, D., Anand, S. and Maxey, D., "Money Fund, Hurt by Debt Tied to Lehman, Breaks the Buck," *The Wall Street Journal,* September 17, 2008

Heckman, J., "Sample Selection Bias as a Specification Error," *Econometrica* , January 1979, p. 153.

Hubbard, R.G. and O'Brien, A.P., *Money, Banking, and the Financial System,* First Edition, Pearson Prentice Hall, 2011

Interactive Data Corporation

Ivry, B., Pittman, M. and Harper, C., "Sleep-At-Night-Money Lost in Lehman Lesson Missing $63 Billion," *Bloomberg,* September 8, 2009

JPMorgan Chase & Co., Form 8-K, filed March 24, 2008

Karnitschnig, M., Mollenkamp, C. and Fitzpatrick, D., "Bank of America to Buy Merrill," *The Wall Street Journal,* September 15, 2008

Katz, J., E. Salinas, and C. Stephanou, "Credit Rating Agencies," International Finance Corporation, October 2009

Kuykendall, L., "Greenberg: Lehman 'A Great Franchise,' Now Has Enough Capital," *MarketWatch,* June 10, Lehman Brothers Holdings Inc., Form 10-K for the period ended November 30, 2007

CONFIDENTIAL

Lehman Brothers Holdings Inc., Form 10-Q for the period ended February 29, 2008

Lehman Brothers Holdings Inc., Form 10-Q for the period ended May 31, 2008

Lehman Brothers Holdings Inc., Form 424(b)(2), June 9, 2008

Lehman Brothers Holdings Inc., Form 424(b)(2), March 20, 2007

Lehman Brothers Holdings Inc., Form 424(b)(2), May 22, 2007

Lehman Brothers Holdings Inc., Form 424(b)(2), May 30, 2006

Lehman Brothers Holdings Inc., Form 424(b)(2), September 26, 2007

Lehman Brothers Holdings Inc., Form 424(b)(3), August 23, 2006

Lehman Brothers Holdings Inc., Form 424(b)(3), December 18, 2006

Lehman Brothers Holdings Inc., Form 424(b)(3), January 20, 2006

Lehman Brothers Holdings Inc., Form 424(b)(3), January 9, 2007

Lehman Brothers Holdings Inc., Form 424(b)(3), March 29, 2006

Lehman Brothers Holdings Inc., Form 424(b)(3), November 9, 2006

Lehman Brothers Holdings Inc., Form 424(b)(3), October 19, 2005

Lehman Brothers Holdings Inc., Form 424(b)(3), October 4, 2006

Lehman Brothers Holdings Inc., Form 8-K, filed September 10, 2008

Lehman Brothers Holdings Inc., Form S-8, filed August 15, 2008

Lehman Brothers Holdings Inc., Form S-8, filed November 20, 2007

Mackenzie, M. and Davies, P.J., "Money Markets Fund Sector Shocked," *Financial Times (FT.com),* September 17, 2008

Maxey, D., "Sponsors to Back Some Lehman Exposure - Funds of Evergreen, Russell Investments To Receive Support," *The Wall Street Journal,* September 17, 2008

Morath, E., "Pimco Paid Hefty Prices for Lehman Debt as Collapse Neared," *The Wall Street Journal,* May 16, 2011, available at http://online.wsj.com/article/SB10001424052748703509104576327440394557176.html, viewed on August 23, 2011

Moroney, R., "No News, Good News," *The Wall Street Journal,* March 18, 2008

Onaran, Y., "Lehman May Shift $32 Billion of Mortgage Assets to 'Bad Bank,'" *Bloomberg,* September 4, 2008

PNC Funding Corp, Form 424(b)(2), February 1, 2007

PNC Funding Corp, Form 424(b)(2), January 25, 2007

PNC Funding Corp, Form 424(b)(2), June 7, 2007

PNC Funding Corp, Form 424(b)(2), October 26, 1999

PNC Funding Corp, Form 424(b)(2), October 27, 2003

PNC Funding Corp, Form 424(b)(2), September 29, 2006

PNC Funding Corp, Form 424(b)(5), December 7, 2005

PNC Funding Corp, Form 424(b)(5), February 16, 1999

PNC Funding Corp, Form 424(b)(5), March 3, 2005

Rappaport, L. and Mollenkamp, C., "Lehman Bonds Find Stability - Executives' Ouster Send Share Price To a Six-Year Low," *The Wall Street Journal,* June 13, 2008

RiverSource Cash Management Fund Annual Report for the Period Ending July 31, 2009, RiverSource Investments

Schotter, A. and Yorulmazer, T., "On the Dynamics and Severity of Bank Runs: An Experimental Study," *Journal of Financial Mediation* , 18 (2009): 217-241

Scinta, C., "GM Wins Final Approval of $33 Billion Government Loan," *Bloomberg,* June 25, 2009

Sender, H., "RBC Pulled Back from Lehman Bid," *Financial Times (FT.com),* September 8, 2008

Sender, H., Guerrera, F. and Larsen, P.T., "BofA, JC Flowers, CIC Planning Joint Lehman Brothers Bid," *Financial Times (FT.com),* September 12, 2008

Smith, M., "$4.5 Trillion: Bill to Taxpayer of Bailout," *The Herald,* September 14, 2009

Sorkin, A.R., "How the Fed Reached Out to Lehman," *The New York Times,* December 16, 2008

Soros, G., "The Game Changer," *Financial Times (FT.com),* January 29, 2009

Spector, M., Pilon, M., and McGinty, T., "Pimco Takes Bath on Lehman," *The Wall Street Journal,* June 7, 2011, available at http://online.wsj.com/article/SB10001424052702304563104576361742449372266.html, viewed on August 23, 2011

CONFIDENTIAL

Spectrum Brands, Inc. Form, 10-K for the period ended September 30, 2007

Spectrum Brands, Inc. Form, 10-Q for the period ended December 30, 2007

Spectrum Brands, Inc. Form, 10-Q for the period ended March 30, 2008

Starr, M.A. and Yilmaz, R., "Bank Runs in Emerging Market Economies: Evidence From Turkey's Special Finance Houses," *Southern Economic Journal* , 73(4), April 2007: 1112-1132

The Bear Stearns Companies Inc., Form 10-Q for the period ended February 29, 2008

Thomas, L. Jr., "Big Hedge Funds Chasing Assets Held by Lehman," *International Herald Tribune,* October 2, 2008

Thomson IBES

Thomson ONE Banker

Trincal, E., "Greenlight's Einhorn Shorting Lehman," *HedgeWorld News,* May 22, 2008

Waggoner, J., "Reserve Primary Money Market Fund Breaks A Buck," *USA Today,* updated September 17, 2008

Wells Fargo & Company, Form 8-K, filed October 3, 2008

White, B. and Anderson, J., "Lehman Weighs Split to Shed Troubling Loans," *The New York Times,* September 5, 2008

Wilchins, D. and Comlay, E., "CIT Group Files for Prepackaged Bankruptcy," *Reuters,* November 1, 2009

Wilchins, D., "Lehman Should Raise More Capital: Einhorn," *Reuters,* May 22, 2008

Zweig, J., "The Intelligent Investor: How to Handle a Market Gone Mad," *The Wall Street Journal,* September 16, 2008