AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

**CITY OF ST. PETERSBURG, FLORIDA,**

    Plaintiff,

v.                                         CASE NUMBER: 8:10-cv-693-T-TBM

**WELLS FARGO BANK, N.A.,**

    Defendant.

    **THIS CAUSE** came before the court for trial by jury. The issues have been tried and a jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that final judgment be entered in favor of Plaintiff in the amount of $10,387,500.00 which shall bear interest at the usual rate for federal court judgments. The Court reserves jurisdiction on the matter of damages, interest, fees, and costs.

April 4, 2012

                                        **SHERYL L. LOESCH,**

                                      BY _____
                                                    Deputy Clerk