UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CITY OF ST. PETERSBURG, FLORIDA,

       Plaintiff,

vs.                                                      Case No. 8:10-cv-693-TBM

WELLS FARGO BANK, N.A.

       Defendant.

_____/

## SATISFACTION OF JUDGMENT

      Plaintiff, the City of St. Petersburg, Florida, by and through its undersigned counsel, hereby acknowledges full satisfaction of the Judgment entered in favor of Plaintiff and against Defendant Wells Fargo Bank, N.A., on April 4, 2012 (Dkt. No. 162) following jury verdict.  As the result of a settlement between the parties, Plaintiff states that Defendant Wells Fargo Bank, N.A., has fully and completely satisfied any and all orders and judgments in this case and hereby requests that the above-referenced Judgment be fully satisfied of record and dismissed with prejudice.

Dated:  June 25, 2013          CITY OF ST. PETERSBURG, FLORIDA

By its attorneys:

SMITH MOORE LEATHERWOOD LLP

*/s/ C. Bailey King, Jr.*
Robert R. Marcus
N.C. State Bar No. 20041
C. Bailey King, Jr.
N.C. State Bar No. 34043
525 N. Tryon Street, Suite 1400
Charlotte, NC 28202
Telephone: 704.384.2600
Facsimile: 704.384.2800
rob.marcus@smithmoorelaw.com
bailey.king@smithmoorelaw.com

JOHN C. WOLFE, CITY ATTORNEY

Jacqueline Kovilaritch
Assistant City Attorney
P.O. Box 2842
St. Petersburg, FL 33731
Telephone: (727) 893-7401
Facsimile: (727) 892-5262
FBN: 380570
Jacqueline.Kovilaritch@stpete.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing to the following non-CM/ECF participants: None.

*/s/ C. Bailey King, Jr.*
Attorney for Plaintiff